# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**CARMEN AUTO SALES III, INC.,**
a Michigan corporation,

Case No. 16-12980
Hon. Laurie J. Michaelson
David R. Grand

    Plaintiff,

v

**CITY OF DETROIT**, a Michigan municipal corporation, **GENE'S TOWING**, a Michigan corporation, **B & G TOWING**, a Michigan corporation, **JONATHON D. PARNELL**, a sergeant in the Detroit Police Department, and **JEFF BOU**, an individual working for the City of Detroit,

    Defendants.

| | |
|---|---|
| **KASED LAW PLLC**<br>By: Ziyad Kased (P72237)<br>ziyad@kasedlaw.com<br>Attorneys for Plaintiff<br>631 E. Big Beaver Rd, Ste. 101<br>Troy, MI 48083<br>(248) 680-7300 | **CITY OF DETROIT LAW DEPARTMENT**<br>By: Eric B. Gaabo (P39213)<br>Gaabe@detroitmi.gov<br>Attorneys for Defendants City of Detroit, Jonathan Parnell & Jeff Bou<br>Coleman A. Young Municipal Center<br>2 Woodward Avenue, 5th Floor<br>Detroit, MI 48226<br>(313) 237-3052<br><br>By: Nicholas J. Bachand (P67447)<br>attorneybachand@gmail.com<br>Attorney for Defendants B&G Towing, LLC, And Gene's Towing, Inc.<br>2411 Vinewood<br>Detroit, MI 48216<br>(313) 228-0860 |

## DEFENDANT GENE'S TOWING, INC. WITNESS LIST

NOW COMES Defendant, GENE'S TOWING, INC., by and through its attorney, NICHOLAS J. BACHAND, and submits the following for its Witness List:

1. Current and former employees of Carmen Auto Sales III, Inc
   45 E 8 Mile Road
   Hazel Park, MI 48030

2. Nicholas Leo Carmisino
   45 E 8 Mile Road
   Hazel Park, MI 48030

3. Anthony Joseph Carmisino
   45 E 8 Mile Road
   Hazel Park, MI 48030

4. Jonathon D. Parnell
   c/o Detroit Police Department
   1301 Third St.
   Detroit, MI 48226

5. Jeff Bou
   c/o City of Detroit
   Coleman A. Young Municipal Center
   Two Woodward
   Detroit, MI 48226

6. Current and former employees of the Detroit Police Department
   Auction Detail Department
   2121 West Fort Street
   Detroit, MI 48216

7. Anthony Thomas
   8100 Lynch
   Detroit, MI 48234

8. Current and former employees of B&G Towing, LLC
   8100 Lynch
   Detroit, MI 48234

9. Paul Ott
   7770 Dix
   Detroit, MI 48209

10. Current and former employees of Gene's Towing, Inc.
    7770 Dix
    Detroit, MI 48209

11. Current and former employees of Boulevard & Trumbull Towing, Inc.
    2411 Vinewood
    Detroit, MI 48216

12. Accountants, Bookkeepers and Tax Return Preparers for Carmens Auto Sales III, Inc.

13. Employees, Officers, Representatives or Agents of First United Enterprises Corporation.

14. Djamel Tiguert

15. Frank Nash Carmisino
    45 E 8 Mile Road
    Hazel Park, MI 48030

16. Maurice Cox
    City of Detroit Planning and Development Department
    Coleman A. Young Municipal Center
    2 Woodward Ave., Suite 412
    Detroit, MI 48226

17. Jill Bryant
    Detroit Building Authority
    1301 Third Avenue
    Detroit, MI 48226

18. Felicia Studstill
    Detroit Alliance
    c/o Detroit Building Authority
    1301 Third Avenue
    Detroit, MI 48226

19. Gwendolyn Stokes
    City of Detroit Police Department
    1301 Third Avenue
    Detroit, MI 48226

20. David Mischiu
    c/o Signature Associates

21. Jerome Eagger
    Summit Commercial LLC
    7700 Second Avenue, Suite 300
    Detroit, MI 48202

22. Rolland Wilkins
    City of Detroit

    Coleman A. Young Municipal Center
    2 Woodward Avenue
    Detroit, MI 48226

23. Bruce Goldman
    City of Detroit Law Department
    Coleman A. Young Municipal Center
    2 Woodward Avenue, Suite 500
    Detroit, MI 48226

24. Current and former employees of the Detroit Police Department

25. Keeper of the records City of Detroit Police Department

26. Keeper of the records City of Detroit Building and Safety Engineers

27. All Necessary rebuttal witnesses.

28. All necessary impeachment witnesses.

29. All witnesses names as a result of discovery including interrogatories, depositions, requests for documents, and request for admissions.

30. Any and all witnesses listed by and on Plaintiff's and Co-Defendants witness list.

31. Defendant reserves the right to amend its Witness List up until the time of Trial as witnesses become known.

Respectfully submitted,

NICHOLAS J. BACHAND (P67447)
Attorney for Defendant Gene's Towing, Inc.
2411 Vinewood
Detroit, MI 48216
(313) 228-0860
attorneybachand@gmail.com

Dated: January 17, 2017

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2017 I served this Witness List of Defendant Gene's Towing, Inc. and this Certificate of Service, on all counsel listed on this pleading via email at the addresses listed for them.

I declare that the above statement is true to the best of my information, knowledge and belief.

Respectfully submitted,

NICHOLAS J. BACHAND (P67447)
Attorney for Defendant Gene's Towing, Inc.
2411 Vinewood
Detroit, MI 48216
(313) 228-0860
attorneybachand@gmail.com