EXHIBIT 5

## IMPOUNDED VEHICLE

.DETROIT DEPARTMENT POLICE

C of D–633–RE (10-76)   D.P.D. 406

| MAKE Ford | STYLE F150 Ranger | YEAR 98 | COLOR Green | LIC. PLATE NO. | STATE | V.I.N. 1FTZF1721WNA29831 |

| COMPLAINING OFFICER Jimenez | BADGE NO. | COMMAND CATS | REASON FOR IMPOUNDING Prop own | DATE IMPOUNDED 5-11-16 |

| FROM WHOM TAKEN (ARRESTED) | ADDRESS | PHONE NO. | TIME IMPOUNDED 150 |

IMPOUNDED AT (ORIGINAL STREET LOCATION) 3874 BRYDEN

HELD AT (COMMAND) Genes

VEHICLE MAY BE RELEASED FROM DEPARTMENT? ☐ YES ☐ NO – HOLD

HOLD FOR (CRIME)   PER (RANK AND NAME)   COMMAND

KEYS ☐ IGNITION ☐ TRUNK

PROPERTY TAG NO.

ENTERED IN COMP. BY

ANTI-FREEZE OK? ☐ YES ☐ NO   SIGNATURE OF PERSON FROM WHOM TAKEN

### TRANSFER OF VEHICLE TO AUTO POUND

| COMPUTER UPDATE BY: | TRANSFERRED TO AUTO POUND FROM | OFFICER OR TOW CO. TRANSFERRING. | TOW FEE $ |

| DATE IN POUND | RECEIVED BY | | AISLE |

### RELEASE OF VEHICLE FROM DEPARTMENT

| RELEASED TO | ADDRESS | CITY | PHONE NO. |

| DRIVER OR TOW CO. TAKING VEHICLE | OPERATOR'S LICENSE NO. | RELEASE NO. | TOW FEE $ | STORAGE FEE $ |

| OFFICER RELEASING | BADGE NO. | COMMAND | AUTHORIZED BY | BADGE NO. | COMMAND |

| SIGNATURE OF PERSON TO WHOM VEHICLE WAS RELEASED | PROOF OF OWNERSHIP ☐ TITLE ☐ REGISTRATION | DATE RELEASED | TIME |

---

540842

## ABANDONED VEHICLE REPORT
(Print with ballpoint pen)

Control # / Report # _____

Photograph Taken? ☐ Yes ☐ No

Ord. Violation No. _____

Location Vehicle: ☐ Front of ☐ Rear of (Address) 10565 Grand River

Between _____ and _____

Year 1998 Make Ford   Body Style F-150   Color Green

Year ___ State ___ Lic. No. NO Plate VIN 1FTZF1721WNA29831

Name of Owner If Known _____   Address _____   Telephone No. _____

Condition: ☐ Junk ☐ Poor ☐ Fair ☐ Good ☐ Exceptional • Converter ☐ Yes ☐ No   Dolly required? Yes ☐ No ☐

☐ Owner
☐ Renter
☐ Manager

I hereby request the Designated Police Agency to dispose of the described vehicle which has remained on land owned or controlled by me, without my consent, for the last 48 hours.

NAMES OF COMPLAINANTS OR WITNESSES   ADDRESS   TELEPHONE NO.

TK Row

Reason CATS   Row 3884   Entered by Emp.# 926   Initials FH   Truck# 529

**POLICE HOLD** ☐ YES ☒ NO

Signature of Officer _____   Badge# _____   Police Agency _____   Date 5-11-16

BT Towing (Rev. 1-14)   Checked: LEIN ☐   NCIC ☐

## Michigan Department of State
## ABANDONED VEHICLE/VESSEL – BILL OF SALE
Please note: Vehicle includes motor vehicles, ORVs, and snowmobiles.  Vessel includes watercraft.

The owner of record as kept by the Secretary of State of the vehicle/vessel may request a hearing with the named court to contest whether the towing and storage fees are reasonable, by filing a petition within 20 days of the date of this notice unless the vehicle/vessel is determined to be an unregistered, abandoned, scrap vehicle/vessel.

Date of Notice 06/09/2016
Complaint Number 8234904-53

Court Name 36TH DISTRICT COURT
Court Address 421 MADISON AVE
5TH FLOOR
DETROIT, MI

DETROIT POLICE DEPT
2121 W FORT ST
ABANDONED VEHICLE TASK FORCE  48216
DETROIT, MI

48226

**Notice to Law Enforcement Agency:**

Our records indicate that the law enforcement agency above notified the Secretary of State through LEIN of the abandoned vehicle/vessel listed below.  On the date of this notice, the Secretary of State sent an Abandoned Vehicle/Vessel Notice to the owner of record as kept by the Secretary of State and to the secured parties on record.

The back of this form may be used as a Bill of Sale following an auction.  Please make a copy of this notice for the law enforcement agency's records, if needed.  Once the vehicle/vessel has been disposed (claimed and redeemed by the owner, sold, released to the towing agency, custodian or a governmental unit, or scrapped), please enter the disposition of the vehicle/vessel through LEIN.

Michigan law [MCL 257.252g(2) and Sections 80130k(2), 81151, and 82161 2014 PA 549] provides that the money received from the public sale of a vehicle or vessel be applied in the following order of priority:

- Towing and storage charges
- Expenses incurred by the police agency or custodian
- Payment of the $40 abandoned fee, to be disbursed as follows:
  - Remit $25 to State of Michigan
  - Remit the remaining $15 of the abandoned fee to the towing agency.
  - Remit the remaining $15 of the abandoned fee to the Michigan Department of Treasury's unclaimed property division
- Any extra money shall be sent to the Michigan Department of Treasury's unclaimed property division

**Vehicle Information:**
Year Make    VIN/HIN/Serial Number    Model and Body Style
1998 FORD    1FTZF1721WNA29831    LGT CONVTNL 'F' PU

**Owner Name and Address:**
STEVEN GEORGE RAYMOND
8314 HUGH ST
WESTLAND    MI 48185

**First Secured Party Name and Address:**
CITIFINANCIAL
27506 FORD RD
GARDEN CITY    MI 48135

**Second Secured Party Name and Address:**

41949477

**Law Enforcement Agency Name and Address:**
DETROIT POLICE DEPT    ABANDONED VEHICLE TASK FORCE
2121 W FORT ST    48216
DETROIT, MI

**Date Vehicle/Vessel Taken Into Custody and Approximate Location From Which It Was Taken Into Custody:**
05/11/2016 10565 GRAND RIVER    DETROIT

**Custodian – Location  Where Vehicle/Vessel is Held:**
BOULEVARD TRUMBULL TOWING INC
2411 VINEWOOD ST
DETROIT    MI 48216

TR-52L (Rev. 04/2016)

# Call Receipt

**Boulevard & Trumbull**
2411 Vinewood Street
Detroit, MI  48216
Phone: 313-202-1700
Fax: 313-841-6641

**Tow Ticket #:** 66540842

**Customer:** DPDCATS-COMMERCIAL AUTO

**Tag:** NO PLATE

| | | |
|---|---|---|
| **Vehicle:** 1998 Ford F-150 Green Pickup Truck | **Odometer:** | **Owner Name:** |
| **VIN:** 1FTZF1721WNA29831 | | |

**Call Taken/Appointment**

**Towed From:** 10565 Grand River                                   05/11/16  13:18
**Towed To:** {VINE} Truck Row
**Date Into Lot:** 05/11/16  15:12     **Date Out:**          **Stop Billing Date:** 07/15/16  00:00
**Lot Location:** 2411 Vinewood                                    **Released By:**
**Control Customer:** DPDCATS-COMMERCIAL AUTO    **Police #:** CATS    **Elapsed Time (mins.):**  114

| | |
|---|---|
| **Tow Charges** | 125.00 |
| Light Duty Towing Charge | 10.00 |
| Auction Advertising | 75.00 |
| City of Detroit Admin Fee | 40.00 |
| Michigan Statutory Assessment | 50.00 |
| TR52 Administrative Fee | |
| **Storage Charges** | 990.00 |
| Outdoor Storage Charge | |
| 66.00 Day(s) @ $15.00/Day | |

| | |
|---|---|
| **Sub Total ($):** | 1,290.00 |
| **Tax ($):** | 0.00 |
| **Total Price ($):** | 1,290.00 |
| **Payments Received ($):** | 0.00 |
| **Amount Due:** | $1,290.00 |

THE UNDERSIGNED hereby for themselves, their principals, heirs, executors. successors, and assigns (collectively referred to as "Releasing Party") agree as follows:
1. Releasing Party releases and forever discharges, waives and releases Boulevard Trumbull and E & G Towing, its employees, and representative insurance companies (herein collectively referred to as the "Released Party") from any action, cause of action or claim for any and all damages suits claims or causes of action allegedly related to or arising out of Released Party's custody, control, transport, handling, or manipulation, in any way, of Releasing Party's property;
2. Releasing Party has had the opportunity to inspect his/her property and make a judgment as to its condition and has determined after inspection that Released Party has returned Releasing Party's property without damage;
3. Releasing Party agrees not to make any claim or take any proceedings against any person, corporation, or entity who might claim contribution or indemnity under the provision of any statute or otherwise.
4. Releasing Party understands and agrees that any payment, repair and/or consideration received from or performed by Released Party does not constitute any admission of liability on the part of the Released Party;
5. Releasing Party has knowingly and voluntarily claimed its property subject to this agreement, the terms of which are fully understood by Releasing Party.  Releasing Party further covenants that any payment, repair, or other consideration provided for herein are the sole consideration of this release and is accepted voluntarily as a full and final settlement of any and all claims Releasing Party believes it has or may have.
6. Arbitration. Any controversy or dispute arising among the parties or under this agreement shall be resolved by arbitration conducted at Southfield, Michigan, in accordance with the rules of the American Arbitration Association.  Judgment on any award rendered by the arbitrator(s) may be entered in any court having jurisdiction thereof.
7. In the event that any towing charges, lien expense and/or storage fee is unpaid on the Releasing Party's property, Releasing Party also agrees to pay reasonable attorney fees and other costs incurred for collection.

WITNESSED AND SIGNED this day of _____     IN THE PRESENCE OF:


_____          _____
                                                         Signature (Releasing Party)

Witness (Please Print)

8/25/2016 12:25 PM

# Boulevard & Trumbull    Call # 540842    Invoice #65540842

| | |
|---|---|
| **Call Status:** Inventory | **Call Taken:** 5/11/16 13:18 by tthomas |
| **Tow Customer:** DPDCATS-COMMERCIAL AUTO | **Sale Customer:** |
| **Location:** 10565 Grand River | **Destination:** {VINE} Truck Row |
| **Tow Type:** Light Duty | **Priority:** 1   **Appointment:**   **ETA:** 5/11/16 13:27   **Mileage Reqd.:** No   **Discount %:** 0.00 |
| **Reason:** | **Truck Reqd.:** |
| **No Charge:** No   **Portal To Portal:** No | **2nd Commission Applies:** No   **Last Mod.:** 8/25/16 12:25 by lpainter |
| **Control Customer:** DPDCATS-COMMERCIAL AUTO | **Caller:**   **Phone #:** |

**Dispatch Notes:** Admin fees must always be collected whether DPD states give back for free or it is a title. Always collect the $75.00 fee.

**Driver Notes:** LD-$125, 75 Ad Fee, $15 stg(ad trk $75) MD-$175, $75 fee, $20 Stge HD-$300, $75 fee, $25 Stg, EX trk $150 hr max 6hr, Boats/Rec $100 No BBall Hoops

| | | |
|---|---|---|
| **Yr/Make/Model:** 1998 Ford F-150 | **Color/Body:** Green Pickup Truck | **License:** NO PLATE |
| **VIN:** 1FTZF1721WNA29831   **Odometer:** | **Tag Expiry:** | **Other Info:** |
| **Zone:** | **Police #:** CATS | **Police Beat:** |
| **User Defined #1:** Auction 7/15/16 | | |
| **Call Source:** TOPS   **Seller:** | **System Data:** | |

| | | |
|---|---|---|
| **Driver:** Frank Havier 926 [926] | **Truck #:** 529 | **Status:** Completed |
| **Assigned:** 5/11/16 13:59 by tthomas | **Dispatched:** 5/11/16 13:59 by tthomas | **Acknowledged:** 5/11/16 14:06 by tthomas |
| **Arrived:** 5/11/16 14:49 by tthomas | **Hooked:** 5/11/16 14:49 by tthomas | **Dropped:** 5/11/16 15:12 by lpainter |
| **Completed:** 5/11/16 15:12 by lpainter | **Total Mileage:** | **Commissionable Amount ($):** |

| | | |
|---|---|---|
| **Lot:** 2411 Vinewood | **Date In:** 5/11/2016  3:12:19PM | **Date Out:** by |
| **Lot Location:** | **Stop Billing Date:** 07/15/2016 | **Planned Auction Date:** 7/15/2016 12:00:00AM |
| **Final Disposition:** In Inventory | **User Defined:** | |

| Re | Driver # | Truck # | Min. | Max. | Qty. | Calc | Flat | Qty | Rate ($) | Units | Flat | Qty | Rate ($) | Units | Flat | Rate ($) | Unit | DTC | Price ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | **Initial** | | | **Secondary** | | | | **Tertiary** | | | **Total** | |
| N | 926 | 529 | | | 1.00 | N | Y | | 125.00 | | N | | | | | N | | YNY | 125.00 |
| | **Description:** Light Duty Towing Charge | | | | | | | | | | | | | **Last Modification:** 5/11/16 13:18 by tthomas | | | | NNN | 10.00 |
| N | | | | | 1.00 | N | Y | | 10.00 | | N | | | | | | | | |
| | **Description:** Auction Advertising | | | | | | | | | | | | | **Last Modification:** 8/25/16 12:25 by lpainter | | | | NNN | 75.00 |
| N | | | | | 1.00 | N | Y | | 75.00 | | N | | | | | | | | |
| | **Description:** City of Detroit Admin Fee | | | | | | | | | | | | | **Last Modification:** 5/11/16 15:12 by lpainter | | | | NNN | 40.00 |
| N | | | | | 1.00 | N | Y | | 40.00 | | N | | | | | | | | |
| | **Description:** Michigan Statutory Assessment | | | | | | | | | | | | | **Last Modification:** 5/11/16 15:12 by lpainter | | | | NNN | 50.00 |
| N | | | | | 1.00 | N | Y | | 50.00 | | N | | | | | | | | |
| | **Description:** TR52 Administrative Fee | | | | | | | | | | | | | **Last Modification:** 8/25/16 12:25 by lpainter | | D | N | 990.00 |
| N | | | | | 66.00 | Y | N | | 15.00 | D | N | | | | | | | | |
| | **Description:** Outdoor Storage Charge | | | | | | | | | | | | | **Last Modification:** 8/25/16 12:25 by lpainter | | | | | |

|  |  |
|---|---|
| **Sub Total ($):** | 1,290.00 |
| **Discount Sub Total ($):** 125.00 @ 0.00% = | 0.00 |
| **Taxable Sub Total ($):** 0.00 @ 0.00% = | 0.00 |
| **Total ($):** | 1,290.00 |

8/25/2016 12:25 PM

540881

# ABANDONED VEHICLE REPORT
(Print with ballpoint pen)

Control # / Report # _____

Photograph Taken? ☒ Yes ☐ No

Ord. Violation No. _____

Location ☐ Front of

Vehicle: ☐ Rear of (Address) 9814 Bryden _____

Between _____ and _____

Year 99 Make Ford Must Body Style 2-D Color BLK

Year ____ State ____ Lic. No. _____ VIN | 1 | F | A | F | P | 4 | 0 | 4 | 7 | X | F | 1 | 5 | 3 | 2 | 6 | D |

Name of Owner
If Known _____ Address _____ Telephone No. _____

Condition: ☐ Junk ☐ Poor ☒ Fair ☐ Good ☐ Exceptional • Converter ☐ Yes ☒ No Dolly required? Yes ☒ No ☐

☐ Owner
☐ Renter
☐ Manager

I hereby request the Designated Police Agency to dispose of the described vehicle which has remained on land owned or controlled by me, without my consent, for the last 48 hours.

NAMES OF COMPLAINANTS OR WITNESSES _____ ADDRESS _____ TELEPHONE NO. _____

SL FENCE

Reason P IP Row 9 Entered by Emp.# 181 Initials DO Truck# 169

FENCE

**POLICE HOLD** ☐ YES ☒ NO

Signature of Officer _____ Badge# _____ Police Agency C473 Date 5-11-16
BT Towing (Rev. 1-14)

Checked: LEIN ☐ NCIC ☐

---

DETROIT
DEPARTMENT
POLICE

# IMPOUNDED VEHICLE

C of D–633-RE (10-76) D.P.D. 408

| MAKE | STYLE | YEAR | COLOR | LIC. PLATE NO. | STATE | V.I.N. |
|------|-------|------|-------|----------------|-------|--------|
| Ford | Mustang | 99 | Black | — | — | 1FAFP4047XF153262 |

| COMPLAINING OFFICER | BADGE NO. | COMMAND | REASON FOR IMPOUNDING | DATE IMPOUNDED |
|---|---|---|---|---|
| Derek Owens | 1141 | CATS | Proper Ownership | 5-11-16 |

FROM WHOM TAKEN (ARRESTED) _____ ADDRESS _____ PHONE NO. _____ TIME IMPOUNDED 1:00

IMPOUNDED AT (ORIGINAL STREET LOCATION) 9814 Bryden

HELD AT (COMMAND) Gene's

VEHICLE MAY BE RELEASED FROM DEPARTMENT? ☐ YES ☐ NO – HOLD

HOLD FOR (CRIME) _____ PER (RANK & NAME) _____ COMMAND

KEYS Non ☐ IGNITION ☐ TRUNK

PROPERTY TAG NO. _____

ANTI-FREEZE OK? ☐ YES ☐ NO

SIGNATURE OF PERSON FROM WHOM TAKEN _____

ENTERED IN COMP. BY _____

## TRANSFER OF VEHICLE TO AUTO POUND

| COMPUTER UPDATE BY: | TRANSFERRED TO AUTO POUND FROM | OFFICER OR TOW CO. TRANSFERRING. | TOW FEE $ |
|---|---|---|---|

| DATE IN POUND | RECEIVED BY | | AISLE |
|---|---|---|---|

## RELEASE OF VEHICLE FROM DEPARTMENT

| RELEASED TO | ADDRESS | CITY | PHONE NO. |
|---|---|---|---|

| DRIVER OR TOW CO. TAKING VEHICLE | OPERATOR'S LICENSE NO. | RELEASE NO. | TOW FEE $ | STORAGE FEE $ |
|---|---|---|---|---|

| OFFICER RELEASING | BADGE NO. | COMMAND | AUTHORIZED BY | BADGE NO. | COMMAND |
|---|---|---|---|---|---|

| SIGNATURE OF PERSON TO WHOM VEHICLE WAS RELEASED | PROOF OF OWNERSHIP ☐ TITLE ☐ REGISTRATION | DATE RELEASED | TIME |
|---|---|---|---|

Michigan Department of State
## ABANDONED VEHICLE/VESSEL – BILL OF SALE
Please note: Vehicle includes motor vehicles, ORVs, and snowmobiles.  Vessel includes watercraft.

The owner of record as kept by the Secretary of State of the vehicle/vessel may request a hearing with the named court to contest whether the vehicle/vessel was properly removed or deemed abandoned, or whether the towing and storage fees are reasonable, by filing a petition within 20 days of the date of this notice unless the vehicle/vessel is determined to be an unregistered, abandoned, scrap vehicle/vessel.

Date of Notice   06/09/2016
Complaint Number   8234904-53

14

Court Name   36TH DISTRICT COURT
Court Address   421 MADISON AVE

DETROIT POLICE DEPT
2121 W FORT ST
ABANDONED VEHICLE TASK FORCE   48216
DETROIT, MI

5TH FLOOR
DETROIT, MI                          48226

**Notice to Law Enforcement Agency:**
Our records indicate that the law enforcement agency above notified the Secretary of State through LEIN of the abandoned vehicle/vessel listed below.  On the date of this notice, the Secretary of State sent an Abandoned Vehicle/Vessel Notice to the owner of record as kept by the Secretary of State and to the secured parties on record.

The back of this form may be used as a Bill of Sale following an auction.  Please make a copy of this notice for the law enforcement agency's records, if needed.  Once the vehicle/vessel has been disposed (claimed and redeemed by the owner, sold, released to the towing agency, custodian or a governmental unit, or scrapped), please enter the disposition of the vehicle/vessel through LEIN.
Michigan law [MCL 257.252g(2) and Sections 80130k(2), 81151, and 82161 2014 PA 549] provides that the money received from the public sale of a vehicle or vessel be applied in the following order of priority:
• Towing and storage charges
• Expenses incurred by the police agency or custodian
• Payment of the $40 abandoned fee, to be disbursed as follows:
    • Remit $25 to State of Michigan
    ▪ Remit the remaining $15 of the abandoned fee to the towing agency.
• Any extra money shall be sent to the Michigan Department of Treasury's unclaimed property division

**Vehicle Information:**

| Year | Make | VIN/HIN/Serial Number | Model and Body Style |
|------|------|----------------------|----------------------|
| 1999 | FORD | 1FAFP4047XF153262 | 2D |

Owner Name and Address:
SABRINA LONNA BRASWELL
18921 SAINT MARYS ST   MI 48235
DETROIT
First Secured Party Name and Address:

Second Secured Party Name and Address:

41949467

Law Enforcement Agency Name and Address:
DETROIT POLICE DEPT              ABANDONED VEHICLE TASK FORCE
2121 W FORT ST              48216
DETROIT, MI
Date Vehicle/Vessel Taken Into Custody and Approximate Location From Which It Was Taken Into Custody:
05/11/2016  9814 BRYDEN              DETROIT
Custodian – Location  Where Vehicle/Vessel is Held:

BOULEVARD TRUMBULL TOWING INC
2411 VINEWOOD ST      MI 48216
DETROIT

TR-52L (Rev. 04/2016)

# Call Receipt

**Boulevard & Trumbull**
**2411 Vinewood Street**
**Detroit, MI  48216**
**Phone: 313-202-1700**
**Fax: 313-841-6641**

**Tow Ticket #:** 66540881

**Customer:**  DPDCATS-COMMERCIAL AUTO

**Tag:**

| | | |
|---|---|---|
| **Vehicle:** | 1999 Ford Mustang Black Two Door | **Owner Name:** |
| **VIN:** | 1FAFP4047XF153262 | **Odometer:** |

**Call Taken/Appointment**

| | | |
|---|---|---|
| **Towed From:** | 10565 Grand River | 05/11/16  14:50 |
| **Towed To:** | {VINE} Small Lot Fence | **Stop Billing Date:**  07/15/16  00:00 |
| **Date Into Lot:** | 05/11/16  16:30    **Date Out:** | **Released By:** |
| **Lot Location:** | 2411 Vinewood - 4 | **Elapsed Time (mins.):**  100 |
| **Control Customer:** | DPDCATS-COMMERCIAL AUTO     **Police #:**  CATS | |

## Tow Charges | 125.00

| | |
|---|---|
| Light Duty Towing Charge | 10.00 |
| Auction Advertising | 75.00 |
| City of Detroit Admin Fee | 40.00 |
| Michigan Statutory Assessment | 50.00 |
| TR52 Administrative Fee | |

## Storage Charges | 990.00

| | |
|---|---|
| Outdoor Storage Charge | |
| 66.00 Day(s) @ $15.00/Day | |

| | |
|---|---|
| **Sub Total ($):** | 1,290.00 |
| **Tax ($):** | 0.00 |
| **Total Price ($):** | 1,290.00 |
| **Payments Received ($):** | 0.00 |
| **Amount Due:** | $1,290.00 |

THE UNDERSIGNED hereby for themselves, their principals, heirs, executors. successors, and assigns (collectively referred to as "Releasing Party") agree as follows:
1. Releasing Party releases and forever discharges, waives and releases Boulevard Trumbull and E & G Towing, its employees, and representative insurance companies (herein collectively referred to as the "Released Party") from any action, cause of action or claim for any and all damages suits claims or causes of action allegedly related to or arising out of Released Party's custody, control, transport, handling, or manipulation, in any way, of Releasing Party's property;
2. Releasing Party has had the opportunity to inspect his/her property and make a judgment as to its condition and has determined after inspection that Released Party has returned Releasing Party's property without damage;
3. Releasing Party agrees not to make any claim or take any proceedings against any person, corporation, or entity who might claim contribution or indemnity under the provision of any statute or otherwise.
4. Releasing Party understands and agrees that any payment, repair and/or consideration received from or performed by Released Party does not constitute any admission of liability on the part of the Released Party;
5. Releasing Party has knowingly and voluntarily claimed its property subject to this agreement, the terms of which are fully understood by Releasing Party.  Releasing Party further covenants that any payment, repair, or other consideration provided for herein are the sole consideration of this release and is accepted voluntarily as a full and final settlement of any and all claims Releasing Party believes it has or may have.
6. Arbitration. Any controversy or dispute arising among the parties or under this agreement shall be resolved by arbitration conducted at Southfield, Michigan, in accordance with the rules of the American Arbitration Association.  Judgment on any award rendered by the arbitrator(s) may be entered in any court having jurisdiction thereof.
7. In the event that any towing charges, lien expense and/or storage fee is unpaid on the Releasing Party's property, Releasing Party also agrees to pay reasonable attorney fees and other costs incurred for collection.

WITNESSED AND SIGNED this day of _____         IN THE PRESENCE OF:

_____          _____
                                                     Signature (Releasing Party)

Witness (Please Print)

Page 1 of 1

8/25/2016 11:42 AM

# Boulevard & Trumbull

**Call # 540881**

Invoice# 66540881

| | |
|---|---|
| **Call Status:** Inventory | **Call Taken:** 5/11/16 14:50 by tthomas |
| **Tow Customer:** DPDCATS-COMMERCIAL AUTO | **Sale Customer:** |
| **Location:** 10565 Grand River | **Destination:** {VINE} Small Lot Fence |

**Tow Type:** Light Duty    **Priority:** 1    **Appointment:**    **ETA:** 5/11/16 13:27    **Mileage Reqd.:** No    **Discount %:** 0.00

**Reason:**    **Truck Reqd.:**

**No Charge:** No    **Portal To Portal:** No    **2nd Commission Applies:** No    **Last Mod.:** 8/25/16 11:44 by lpainter

**Control Customer:** DPDCATS-COMMERCIAL AUTO    **Caller:**    **Phone #:**

**Dispatch Notes:** Admin fees must always be collected whether DPD states give back for free or it is a title. Always collect the $75.00 fee.

**Driver Notes:** LD-$125, 75 Ad Fee, $15 stg(ad trk $75) MD-$175, $75 fee, $20 Stge HD-$300, $75 fee, $25 Stg, EX trk $150 hr max 6hr, Boats/Rec $100 No  BBall Hoops

**Yr/Make/Model:** 1999 Ford Mustang    **Color/Body:** Black Two Door    **License:**

**VIN:** 1FAFP4047XF153262    **Odometer:**    **Tag Expiry:**    **Other Info:**

**Zone:**    **Police #:** CATS    **Police Beat:**

**User Defined #1:** Auction 7/15/16

**Call Source:** TOPS    **Seller:**    **System Data:**

---

| | |
|---|---|
| **Driver:** DAVID DENNIS/181 [181] | **Truck #:** 169    **Status:** Completed |
| **Assigned:** 5/11/16 14:51 by tthomas | **Dispatched:** 5/11/16 14:51 by tthomas    **Acknowledged:** 5/11/16 14:52 by tthomas |
| **Arrived:** 5/11/16 15:21 by tthomas | **Hooked:** 5/11/16 15:21 by tthomas    **Dropped:** 5/11/16 15:38 by tthomas |
| **Completed:** 5/11/16 16:30 by montis1 | **Total Mileage:**    **Commissionable Amount ($):** |

---

**Lot:** 2411 Vinewood    **Date In:** 5/11/2016 4:30:42PM    **Date Out:** by

**Lot Location:** 4    **Stop Billing Date:** 07/15/2016    **Planned Auction Date:** 7/15/2016

**Final Disposition:** In Inventory    **User Defined:**    12:00:00AM

| Re | Driver # | Truck # | Min. | Max. | Qty. | Calc | Flat | Qty | Rate ($) | Units | Flat | Qty | Rate ($) | Units | Flat | Rate ($) | Unit | DTC | Price ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | **Initial** | | | | **Secondary** | | | | **Tertiary** | | | **Total** | |
| N | 181 | 169 | | | 1.00 | N | Y | | 125.00 | | | | | | N | | | YNY | 125.00 |
| | Description: Light Duty Towing Charge | | | | | | | | | | | | | | Last Modification: 5/11/16 14:50 by tthomas | | | | |
| N | | | | | 1.00 | N | Y | | 10.00 | | N | | | | N | | | NNN | 10.00 |
| | Description: Auction Advertising | | | | | | | | | | | | | | Last Modification: 8/25/16 11:42 by lpainter | | | | |
| N | | | | | 1.00 | N | Y | | 75.00 | | N | | | | N | | | NNN | 75.00 |
| | Description: City of Detroit Admin Fee | | | | | | | | | | | | | | Last Modification: 5/11/16 17:08 by montis1 | | | | |
| N | | | | | 1.00 | N | Y | | 40.00 | | N | | | | N | | | NNN | 40.00 |
| | Description: Michigan Statutory Assessment | | | | | | | | | | | | | | Last Modification: 5/11/16 17:08 by montis1 | | | | |
| N | | | | | 1.00 | N | Y | | 50.00 | | N | | | | N | | | NNN | 50.00 |
| | Description: TR52 Administrative Fee | | | | | | | | | | | | | | Last Modification: 8/25/16 11:42 by lpainter | | | | |
| N | | | | | 66.00 | Y | N | | 15.00 | D | N | | | | D | | N | NNN | 990.00 |
| | Description: Outdoor Storage Charge | | | | | | | | | | | | | | Last Modification: 8/25/16 11:42 by lpainter | | | | |

| | |
|---|---|
| **Sub Total ($):** | 1,290.00 |
| **Discount Sub Total ($):** 125.00 @ 0.00% = | 0.00 |
| **Taxable Sub Total ($):** 0.00 @ 0.00% = | 0.00 |
| **Total ($):** | 1,290.00 |

548837

## ABANDONED VEHICLE REPORT
(Print with ballpoint pen)

Control # / Report # _____

Photograph Taken? ☒ Yes ☐ No

Ord. Violation No. _____

**Location** ☐ Front of

**Vehicle:** ☐ Rear of (Address) 9814 Bryden

**Between** Yukon and _____

**Year** 1999 **Make** Gmc Denali **Body Style** Suv **Color** Sil

**Year** _____ **State** _____ **Lic. No.** _____ **VIN** 1 G K E K 1 3 R 0 X R 9 1 1 3 0 8 5

**Name of Owner If Known** _____ **Address** _____ **Telephone No.** _____

**Condition:** ☐ Junk ☐ Poor ☐ Fair ☒ Good ☐ Exceptional • **Converter** ☒ Yes ☐ No  **Dolly required?** Yes ☐ No ☒

☐ Owner
☒ Renter
☐ Manager

I hereby request the Designated Police Agency to dispose of the described vehicle which has remained on land owned or controlled by me, without my consent, for the last 48 hours.

**NAMES OF COMPLAINANTS OR WITNESSES** _____ **ADDRESS** _____ **TELEPHONE NO.** _____

FENCE

**Reason** D10 **Row** 5-L **Entered by Emp.#** 171 **Initials** DD **Truck#** 169

## POLICE HOLD ☐ YES ☒ NO

**Badge#** _____ **Police Agency** CATS **Date** 5-11-16

**Signature of Officer** _____ **Checked:** LEIN ☐ NCIC ☐

BT Towing (Rev. 1-14)

---

DETROIT
DEPARTMENT
POLICE

## IMPOUNDED VEHICLE

C of D-633 RE (10 76)   D P D 406

| MAKE | STYLE | YEAR | COLOR | LIC. PLATE NO. | STATE | V I N |
|---|---|---|---|---|---|---|
| Gmc | Denali | 99 | Grey | | | 1GKEK13R0XR913289 |

| COMPLAINING OFFICER | BADGE NO | COMMAND | REASON FOR IMPOUNDING | DATE IMPOUNDED |
|---|---|---|---|---|
| R. Harris | 3501 | Cats | Proper Ownership | 5/11/16 |

| FR. WHOM TAKEN ARRESTED | ADDRESS | PHONE NO. | TIME IMPOUNDED |
|---|---|---|---|
| | | | 1PM |

| IMPOUNDED AT ORIGINAL STREET LOCATION | HELD AT (COMMAND) | VEHICLE MAY BE RELEASED FROM DEPARTMENT? ☐ YES ☐ NO - HO |
|---|---|---|
| 9814 Bryden | Gmcs | |

| HOLD FOR CRIME? | PER (RANK & NAME) | COMMAND | KEYS ☐ IGNITION ☐ TRUNK | PROPERTY TAG NO. |
|---|---|---|---|---|

| ANTI FREEZE OK? ☐ YES ☐ NO | SIGNATURE OF PERSON FROM WHOM TAKEN | ENTERED IN COMP. BY |
|---|---|---|

### TRANSFER OF VEHICLE TO AUTO POUND

| COMPUTER UPDATE BY | TRANSFERRED TO AUTO POUND FROM | OFFICER OR TOW CO. TRANSFERRING. | TOW FEE $ |
|---|---|---|---|
| DATE IN POUND | RECEIVED AY | AISLE | |

### RELEASE OF VEHICLE FROM DEPARTMENT

| RELEASED TO | ADDRESS | CITY | PHONE NO. |
|---|---|---|---|
| DRIVER OR TOW CO. TAKING VEHICLE | OPERATOR'S LICENSE NO | RELEASE NO. | TOW FEE $ | STORAGE FEE $ |
| | BADGE NO | COMMAND | AUTHORIZED BY | BADGE NO | COMMAND |
| SIGNATURE OF PERSON TO WHOM VEHICLE WAS RELEASED | PROOF OF OWNERSHIP ☐ TITLE ☐ REGISTRATION | DATE RELEASED | TIME |

Michigan Department of State
## ABANDONED VEHICLE/VESSEL – BILL OF SALE
*Please note: Vehicle includes motor vehicles, ORVs, and snowmobiles. Vessel includes watercraft.*

The owner of record as kept by the Secretary of State of the vehicle/vessel may request a hearing with the named court to contest whether the vehicle/vessel was properly removed or deemed abandoned, or whether the towing and storage fees are reasonable, by filing a petition within 20 days of the date of this notice unless the vehicle/vessel is determined to be an unregistered, abandoned, scrap vehicle/vessel.

Date of Notice    06/09/2016
Complaint Number    8234904-53

24

Court Name    36TH DISTRICT COURT
Court Address    421 MADISON AVE
                 5TH FLOOR
                 DETROIT, MI

DETROIT POLICE DEPT
2121 W FORT ST
ABANDONED VEHICLE TASK FORCE    48216
DETROIT, MI

48226

**Notice to Law Enforcement Agency:**

Our records indicate that the law enforcement agency above notified the Secretary of State through LEIN of the abandoned vehicle/vessel listed below. On the date of this notice, the Secretary of State sent an Abandoned Vehicle/Vessel Notice to the owner of record as kept by the Secretary of State and to the secured parties on record.

The back of this form may be used as a Bill of Sale following an auction. Please make a copy of this notice for the law enforcement agency's records, if needed. Once the vehicle/vessel has been disposed (claimed and redeemed by the owner, sold, released to the towing agency, custodian or a governmental unit, or scrapped), please enter the disposition of the vehicle/vessel through LEIN.

Michigan law [MCL 257.252g(2) and Sections 80130k(2), 81151, and 82161 2014 PA 549] provides that the money received from the public sale of a vehicle or vessel be applied in the following order of priority:

- Towing and storage charges
- Expenses incurred by the police agency or custodian
- Payment of the $40 abandoned fee, to be disbursed as follows:
  - Remit $25 to State of Michigan
  - Remit the remaining $15 of the abandoned fee to the towing agency.
- Any extra money shall be sent to the Michigan Department of Treasury's unclaimed property division

**Vehicle Information:**

| Year | Make | VIN/HIN/Serial Number | Model and Body Style |
|------|------|----------------------|---------------------|
|      |      |                      | SW |
| 1999 | GMC | 1GKEK13R0XR913285 | |

Owner Name and Address:
WAYNE NORRIS CORBETT
26825 GRAND RIVER AVE
REDFORD TWP        MI 48240

First Secured Party Name and Address:

Second Secured Party Name and Address:

41949482

Law Enforcement Agency Name and Address:        ABANDONED VEHICLE TASK FORCE
DETROIT POLICE DEPT
2121 W FORT ST        48216
DETROIT, MI

Date Vehicle/Vessel Taken Into Custody and Approximate Location From Which It Was Taken Into Custody:
05/11/2016 9814 BRYDEN        DETROIT

Custodian – Location Where Vehicle/Vessel is Held:
BOULEVARD TRUMBULL TOWING INC
2411 VINEWOOD ST        MI 48216
DETROIT

TR-52L (Rev. 04/2016)

# Call Receipt

**Boulevard & Trumbull**
**2411 Vinewood Street**
**Detroit, MI 48216**
**Phone: 313-202-1700**
**Fax: 313-841-6641**

Tow Ticket #: 66540837

**Customer: DPDCATS-COMMERCIAL AUTO**

| | |
|---|---|
| **Vehicle:** 1999 GMC Yukon Silver Sport Utility Vehicle | **Tag:** |
| **VIN:** 1GKEK13R0XR913285     **Odometer:** | **Owner Name:** |

**Call Taken/Appointment**

| | | | |
|---|---|---|---|
| **Towed From:** | 10565 Grand River | | |
| **Towed To:** | {VINE} Small Lot Fence | | 05/11/16  13:11 |
| **Date Into Lot:** | 05/11/16  17:25  **Date Out:** | **Stop Billing Date:** | 07/15/16  00:00 |
| **Lot Location:** | 2411 Vinewood - small lot | **Released By:** | |
| **Control Customer:** | DPDCATS-COMMERCIAL AUTO   **Police #:**  CATS | **Elapsed Time (mins.):** | 254 |

## Tow Charges

| | |
|---|---|
| | 125.00 |
| Light Duty Towing Charge | 10.00 |
| Auction Advertising | 75.00 |
| City of Detroit Admin Fee | 40.00 |
| Michigan Statutory Assessment | 50.00 |
| TR52 Administrative Fee | |

## Storage Charges

| | |
|---|---|
| | 990.00 |
| Outdoor Storage Charge | |
| 66.00 Day(s) @ $15.00/Day | |

| | |
|---|---|
| **Sub Total ($):** | 1,290.00 |
| **Tax ($):** | 0.00 |
| **Total Price ($):** | 1,290.00 |
| **Payments Received ($):** | 0.00 |
| **Amount Due:** | $1,290.00 |

THE UNDERSIGNED hereby for themselves, their principals, heirs, executors. successors, and assigns (collectively referred to as "Releasing Party") agree as follows:
1. Releasing Party releases and forever discharges, waives and releases Boulevard Trumbull and E & G Towing, its employees, and representative insurance companies (herein collectively referred to as the "Released Party") from any action, cause of action or claim for any and all damages suits claims or causes of action allegedly related to or arising out of Released Party's custody, control, transport, handling, or manipulation, in any way, of Releasing Party's property;
2. Releasing Party has had the opportunity to inspect his/her property and make a judgment as to its condition and has determined after inspection that Released Party has returned Releasing Party's property without damage;
3. Releasing Party agrees not to make any claim or take any proceedings against any person, corporation, or entity who might claim contribution or indemnity under the provision of any statute or otherwise.
4. Releasing Party understands and agrees that any payment, repair and/or consideration received from or performed by Released Party does not constitute any admission of liability on the part of the Released Party;
5. Releasing Party has knowingly and voluntarily claimed its property subject to this agreement, the terms of which are fully understood by Releasing Party. Releasing Party further covenants that any payment, repair, or other consideration provided for herein are the sole consideration of this release and is accepted voluntarily as a full and final settlement of any and all claims Releasing Party believes it has or may have.
6. Arbitration. Any controversy or dispute arising among the parties or under this agreement shall be resolved by arbitration conducted at Southfield, Michigan, in accordance with the rules of the American Arbitration Association.  Judgment on any award rendered by the arbitrator(s) may be entered in any court having jurisdiction thereof.
7. In the event that any towing charges, lien expense and/or storage fee is unpaid on the Releasing Party's property, Releasing Party also agrees to pay reasonable attorney fees and other costs incurred for collection.

WITNESSED AND SIGNED this day of _____     IN THE PRESENCE OF:


_____          _____
Witness (Please Print)                                              Signature (Releasing Party)

8/25/2016 01:00 PM

**Boulevard & Trumbull**    Call # 540837    Invoice #: 540837

| | |
|---|---|
| **Call Status:** Inventory | **Call Taken:** 5/11/16 13:11 by tthomas |
| **Tow Customer:** DPDCATS-COMMERCIAL AUTO | **Sale Customer:** |
| **Location:** 10565 Grand River | **Destination:** {VINE} Small Lot Fence |
| **Tow Type:** Light Duty | **Priority:** 1  **Appointment:**   **ETA:** 5/11/16 13:27 |
| **Reason:** | **Truck Reqd.:**  **Mileage Reqd.:** No  **Discount %:** 0.00 |
| **No Charge:** No  **Portal To Portal:** No | **2nd Commission Applies:** No  **Last Mod:** 8/25/16 13:00 by lpainter |
| **Control Customer:** DPDCATS-COMMERCIAL AUTO | **Caller:**  **Phone #:** |

**Dispatch Notes:** Admin fees must always be collected whether DPD states give back for free or it is a title. Always collect the $75.00 fee.
**Driver Notes:** LD-$125, 75 Ad Fee, $15 stg(ad trk $75) MD-$175, $75 fee, $20 Stge HD-$300, $75 fee, $25 Stg, EX trk $150 hr max 6hr, Boats/Rec $100 No BBall Hoops

| | |
|---|---|
| **Yr/Make/Model:** 1999 GMC Yukon | **Color/Body:** Silver Sport Utility Vehicle  **License:** |
| **VIN:** 1GKEK13R0XR913285  **Odometer:** | **Tag Expiry:**  **Other Info:** |
| **Zone:** | **Police #:** CATS  **Police Beat:** |
| **User Defined #1:** Aauction 7/15/16 | |
| **Call Source:** TOPS  **Seller:** | **System Data:** |

| | | |
|---|---|---|
| **Driver:** DAVID DENNIS/181 [181] | **Truck #:** 169 | **Status:** Completed |
| **Assigned:** 5/11/16 13:22 by tthomas | **Dispatched:** 5/11/16 13:22 by tthomas | **Acknowledged:** 5/11/16 13:23 by tthomas |
| **Arrived:** 5/11/16 13:55 by tthomas | **Hooked:** 5/11/16 13:55 by tthomas | **Dropped:** 5/11/16 14:14 by tthomas |
| **Completed:** 5/11/16 17:25 by montis1 | **Total Mileage:** | **Commissionable Amount ($):** |

| | | |
|---|---|---|
| **Lot:** 2411 Vinewood | **Date In:** 5/11/2016 5:25:38PM | **Date Out:** by |
| **Lot Location:** small lot | **Stop Billing Date:** 07/15/2016 | **Planned Auction Date:** 7/15/2016 12:00:00AM |
| **Final Disposition:** In Inventory | **User Defined:** | |

| Re | Driver # | Truck # | Min. | Max. | Qty. | Cal c | Flat | Qty | Rate ($) | Units | Flat | Qty | Rate ($) | Units | Flat | Rate ($) | Unit | DTC | Price ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | **Initial** | | | **Secondary** | | | | **Tertiary** | | | **Total** | |
| N | 181 | 169 | | | 1.00 | N | Y | | 125.00 | | N | | | | | N | | YNY | 125.00 |
| | **Description:** Light Duty Towing Charge | | | | | | | | | | | | | Last Modification: 5/11/16 13:11 by tthomas | | | | | |
| N | | | | | 1.00 | N | Y | | 10.00 | | N | | | | | N | | NNN | 10.00 |
| | **Description:** Auction Advertising | | | | | | | | | | | | | Last Modification: 8/25/16 13:00 by lpainter | | | | | |
| N | | | | | 1.00 | N | Y | | 75.00 | | N | | | | | N | | NNN | 75.00 |
| | **Description:** City of Detroit Admin Fee | | | | | | | | | | | | | Last Modification: 5/11/16 17:29 by montis1 | | | | | |
| N | | | | | 1.00 | N | Y | | 40.00 | | N | | | | | N | | NNN | 40.00 |
| | **Description:** Michigan Statutory Assessment | | | | | | | | | | | | | Last Modification: 5/11/16 17:29 by montis1 | | | | | |
| N | | | | | 1.00 | N | Y | | 50.00 | | N | | | | | N | | NNN | 50.00 |
| | **Description:** TR52 Administrative Fee | | | | | | | | | | | | | Last Modification: 8/25/16 13:00 by lpainter | | | | | |
| N | | | | | 66.00 | N | N | | 15.00 | D | N | | | | D | N | | NNN | 990.00 |
| | **Description:** Outdoor Storage Charge | | | | | | | | | | | | | Last Modification: 8/25/16 13:00 by lpainter | | | | | |

| | |
|---|---|
| **Sub Total ($):** | 1,290.00 |
| **Discount Sub Total ($):** 125.00 @ 0.00% = | 0.00 |
| **Taxable Sub Total ($):** 0.00 @ 0.00% = | 0.00 |
| **Total ($):** | 1,290.00 |

8/25/2016 01:00 PM

**ABANDONED VEHICLE REPORT**
(Print with ballpoint pen)

340832

Control # / Report #

Photograph Taken? — ☒ Yes  ☐ No

Ord. Violation No.

Location Vehicle: ☐ Front of ☐ Rear of (Address)  10565 Grand River

Between _____ and _____

Year 1994  Make Jaguar  Body Style Vanden  Color Gold

Year ____  State M+  Lic. No. DAr-0943  VIN  S A J K D 6 0 4 3 X C 8 6 6 6 5 8

Name of Owner If Known _____  Address _____  Telephone No. _____

Condition: ☐ Junk ☐ Poor ☐ Fair ☐ Good ☐ Exceptional  •  Converter ☐ Yes ☒ No    Dolly required? Yes ☐ No ☐

☐ Owner
☐ Renter
☐ Manager

I hereby request the Designated Police Agency to dispose of the described vehicle which has remained on land owned or controlled by me, without my consent, for the last 48 hours.

HAS KEYS

NAMES OF COMPLAINANTS OR WITNESSES        ADDRESS        TELEPHONE NO.

Reason CATS  Row S. Lot  Entered by Emp.# 767  Initials DT  Truck# 162

**POLICE HOLD** ☐ YES ☒ NO

Badge# ____  Police Agency CATS  Date 5-11-16

Signature of Officer
BT Towing (Rev. 1-14)

Checked:  LEIN ☐    NCIC ☐

---

DETROIT
DEPARTMENT
POLICE

**IMPOUNDED VEHICLE**

C of D-633-RE (10-76)    D.P.D. 406

SA JKD6043XC866658

| MAKE Jaguar | STYLE VandenPlas | YEAR 03 99 | COLOR Tan | LIC. PLATE NO. OAR 0943 | STATE MI | V.I.N. |

COMPLAINING OFFICER  Tosh  BADGE NO.  COMMAND CATS  REASON FOR IMPOUNDING Proper Ownership  DATE IMPOUNDED 5/11/16

FROM WHOM TAKEN (ARRESTED)        ADDRESS        PHONE NO.    TIME IMPOUNDED 1 pm

IMPOUNDED AT (ORIGINAL) STREET LOCATION: 9814 Dryden  HELD AT (COMMAND) Grace  VEHICLE MAY BE RELEASED FROM DEPARTMENT? ☒ YES ☐ NO – HOLD

HOLD FOR CRIME:        PER (RANK & NAME)        COMMAND  KEYS ☐ IGNITION ☐ TRUNK    PROPERTY TAG NO.

ANTI-FREEZE OK?  ☐ YES ☐ NO    SIGNATURE OF PERSON FROM WHOM TAKEN    ENTERED IN COMP. BY

**TRANSFER OF VEHICLE TO AUTO POUND**

COMPUTER UPDATE BY:  TRANSFERRED TO AUTO POUND FROM  OFFICER OR TOW CO. TRANSFERRING  TOW FEE $

DATE IN POUND  RECEIVED BY  AISLE

**RELEASE OF VEHICLE FROM DEPARTMENT**

RELEASED TO  ADDRESS  CITY  PHONE NO.

DRIVER OR TOW CO. TAKING VEHICLE  OPERATOR'S LICENSE NO.  RELEASE NO.  TOW FEE $  STORAGE FEE $

OFFICER RELEASING  BADGE NO.  COMMAND  AUTHORIZED BY  BADGE NO.  COMMAND

SIGNATURE OF PERSON TO WHOM VEHICLE WAS RELEASED  PROOF OF OWNERSHIP ☐ TITLE ☐ REGISTRATION  DATE RELEASED  TIME

Michigan Department of State
## ABANDONED VEHICLE/VESSEL – BILL OF SALE
Please note: Vehicle includes motor vehicles, ORVs, and snowmobiles.  Vessel includes watercraft.

The owner of record as kept by the Secretary of State of the vehicle/vessel may request a hearing with the named court to contest whether the vehicle/vessel was properly removed or deemed abandoned, or whether the towing and storage fees are reasonable, by filing a petition within 20 days of the date of this notice unless the vehicle/vessel is determined to be an unregistered, abandoned, scrap vehicle/vessel.

Date of Notice      06/09/2016
Complaint Number    8234904-53

DETROIT POLICE DEPT
2121 W FORT ST
ABANDONED VEHICLE TASK FORCE
DETROIT, MI            48216

Court Name    36TH DISTRICT COURT
Court Address 421 MADISON AVE
5TH FLOOR
DETROIT, MI             48226

**Notice to Law Enforcement Agency:**
Our records indicate that the law enforcement agency above notified the Secretary of State through LEIN of the abandoned vehicle/vessel listed below.  On the date of this notice, the Secretary of State sent an Abandoned Vehicle/Vessel Notice to the owner of record as kept by the Secretary of State and to the secured parties on record.

The back of this form may be used as a Bill of Sale following an auction.  Please make a copy of this notice for the law enforcement agency's records, if needed.  Once the vehicle/vessel has been disposed (claimed and redeemed by the owner, sold, released to the towing agency, custodian or a governmental unit, or scrapped), please enter the disposition of the vehicle/vessel through LEIN.

Michigan law [MCL 257.252g(2) and Sections 80130k(2), 81151, and 82161 2014 PA 549] provides that the money received from the public sale of a vehicle or vessel be applied in the following order of priority:
- Towing and storage charges
- Expenses incurred by the police agency or custodian
- Payment of the $40 abandoned fee, to be disbursed as follows:
  - Remit $25 to State of Michigan
  - Remit the remaining $15 of the abandoned fee to the towing agency.
- Any extra money shall be sent to the Michigan Department of Treasury's unclaimed property division

**Vehicle Information:**

| Year | Make | VIN/HIN/Serial Number | Model and Body Style |
|------|------|----------------------|----------------------|
| 1999 | JAGUAR | SAJKD6043XC866658 | 4D |

**Owner Name and Address:**
SHARON DENISE ROSE
17360 W 8 MILE RD
SOUTHFIELD          MI 48075

**First Secured Party Name and Address:**
CARMENS AUTO SALES OF MICHIGAN LLC
32017 MICHIGAN AVE
WAYNE               MI 48184

**Second Secured Party Name and Address:**

4194949/

**Law Enforcement Agency Name and Address:**
DETROIT POLICE DEPT          ABANDONED VEHICLE TASK FORCE
2121 W FORT ST
DETROIT, MI        48216

**Date Vehicle/Vessel Taken Into Custody and Approximate Location From Which It Was Taken Into Custody:**
05/11/2016 10565 GRAND RIVER      DETROIT

**Custodian – Location Where Vehicle/Vessel is Held:**
BOULEVARD TRUMBULL TOWING INC
2411 VINEWOOD ST
DETROIT            MI 48216

TR-52L (Rev. 04/2016)

# Call Receipt

**Boulevard & Trumbull**
2411 Vinewood Street
Detroit, MI 48216
Phone: 313-202-1700
Fax: 313-841-6641

**Tow Ticket #:** 66540832

**Customer:** DPDCATS-COMMERCIAL AUTO

| | | |
|---|---|---|
| **Vehicle:** 1999 Jaguar Vanden Plas Gold Four Door | | **Tag:** MI DAR-0943 |
| **VIN:** SAJKD6043XC866658 | **Odometer:** | **Owner Name:** |

**Call Taken/Appointment**

| | | |
|---|---|---|
| **Towed From:** 10565 Grand River | | |
| **Towed To:** {VINE} Small Lot | | 05/11/16 13:08 |
| **Date Into Lot:** 05/11/16 17:30    **Date Out:** | | **Stop Billing Date:** 07/15/16 00:00 |
| **Lot Location:** 2411 Vinewood - small lot | | **Released By:** |
| **Control Customer:** DPDCATS-COMMERCIAL AUTO | **Police #:** CATS | **Elapsed Time (mins.):** 262 |

## Tow Charges

| | |
|---|---|
| Light Duty Towing Charge | 125.00 |
| Auction Advertising | 10.00 |
| City of Detroit Admin Fee | 75.00 |
| Michigan Statutory Assessment | 40.00 |
| TR52 Administrative Fee | 50.00 |

## Storage Charges

| | |
|---|---|
| Outdoor Storage Charge | 990.00 |
| 66.00 Day(s) @ $15.00/Day | |

| | |
|---|---|
| **Sub Total ($):** | 1,290.00 |
| **Tax ($):** | 0.00 |
| **Total Price ($):** | 1,290.00 |
| **Payments Received ($):** | 0.00 |
| **Amount Due:** | $1,290.00 |

THE UNDERSIGNED hereby for themselves, their principals, heirs, executors, successors, and assigns (collectively referred to as "Releasing Party") agree as follows:
1. Releasing Party releases and forever discharges, waives and releases Boulevard Trumbull and E & G Towing, its employees, and representative insurance companies (herein collectively referred to as the "Released Party") from any action, cause of action or claim for any and all damages suits claims or causes of action allegedly related to or arising out of Released Party's custody, control, transport, handling, or manipulation, in any way, of Releasing Party's property;
2. Releasing Party has had the opportunity to inspect his/her property and make a judgment as to its condition and has determined after inspection that Released Party has returned Releasing Party's property without damage;
3. Releasing Party agrees not to make any claim or take any proceedings against any person, corporation, or entity who might claim contribution or indemnity under the provision of any statute or otherwise.
4. Releasing Party understands and agrees that any payment, repair and/or consideration received from or performed by Released Party does not constitute any admission of liability on the part of the Released Party;
5. Releasing Party has knowingly and voluntarily claimed its property subject to this agreement, the terms of which are fully understood by Releasing Party. Releasing Party further covenants that any payment, repair, or other consideration provided for herein are the sole consideration of this release and is accepted voluntarily as a full and final settlement of any and all claims Releasing Party believes it has or may have.
6. Arbitration. Any controversy or dispute arising among the parties or under this agreement shall be resolved by arbitration conducted at Southfield, Michigan, in accordance with the rules of the American Arbitration Association. Judgment on any award rendered by the arbitrator(s) may be entered in any court having jurisdiction thereof.
7. In the event that any towing charges, lien expense and/or storage fee is unpaid on the Releasing Party's property, Releasing Party also agrees to pay reasonable attorney fees and other costs incurred for collection.

WITNESSED AND SIGNED this day of _____          IN THE PRESENCE OF:

_____          _____
Witness (Please Print)                                                      Signature (Releasing Party)

8/25/2016 03:13 PM

Page 1 of 1

Case 2:16-cv-12980-LJM-DRG   ECF No. 24-6   filed 07/31/17   PageID.354   Page 1 of 2

**Boulevard & Trumbull**          Call # 540832          **Invoice # 66540832**

| | |
|---|---|
| **Call Status:** Inventory | **Call Taken:** 5/11/16  13:08 by tthomas |
| **Tow Customer:** DPDCATS-COMMERCIAL AUTO | **Sale Customer:** |
| **Location:** 10565 Grand River | **Destination:** {VINE} Small Lot |
| **Tow Type:** Light Duty | **Priority:** 1          **Appointment:**     **ETA:** 5/11/16  13:27 |
| **Reason:** | **Truck Reqd.:**    **Mileage Reqd.:** No   **Discount %:** 0.00 |
| **No Charge:** No    **Portal To Portal:** No | **2nd Commission Applies:** No   **Last Mod:** 8/25/16  15:14 by lpainter |
| **Control Customer:** DPDCATS-COMMERCIAL AUTO | **Caller:**     **Phone #:** |

**Dispatch Notes:** Admin fees must always be collected whether DPD states give back for free or it is a title.  Always collect the $75.00 fee.
**Driver Notes:** LD-$125, 75 Ad Fee, $15 stg(ad trk $75) MD-$175, $75 fee, $20 Stge HD-$300, $75 fee, $25 Stg, EX trk $150 hr max 6hr, Boats/Rec $100 No  BBall Hoops

| | | |
|---|---|---|
| **Yr/Make/Model:** 1999 Jaguar Vanden Plas | **Color/Body:** Gold Four Door | **License:** MI DAR-0943 |
| **VIN:** SAJKD6043XC866658   **Odometer:** | **Tag Expiry:** | **Other Info:** |
| **Zone:** | **Police #:** CATS | **Police Beat:** |

**User Defined #1:** Auction 7/15/2016
**Call Source:** TOPS     **Seller:**          **System Data:**

| | | |
|---|---|---|
| **Driver:** DON TURNER [767] | **Truck #:** 162 | **Status:** Completed |
| **Assigned:** 5/11/16 13:12 by tthomas | **Dispatched:** 5/11/16 13:12 by tthomas | **Acknowledged:** 5/11/16 13:15 by dturner2 |
| **Arrived:** 5/11/16 13:55 by dturner2 | **Hooked:** 5/11/16 13:58 by dturner2 | **Dropped:** 5/11/16 14:40 by tthomas |
| **Completed:** 5/11/16 17:30 by montis1 | **Total Mileage:** | **Commissionable Amount ($):** |

| | | |
|---|---|---|
| **Lot:** 2411 Vinewood | **Date In:** 5/11/2016  5:30:57PM | **Date Out:** by |
| **Lot Location:** small lot | **Stop Billing Date:** 07/15/2016 | **Planned Auction Date:** 7/15/2016 12:00:00AM |
| **Final Disposition:** In Inventory | **User Defined:** | |

| | | | | | | Initial | | | | Secondary | | | | Tertiary | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Re** | **Driver #** | **Truck #** | **Min.** | **Max.** | **Qty.** | **Calc** | **Flat** | **Qty** | **Rate ($)** | **Units** | **Flat** | **Qty** | **Rate ($)** | **Units** | **Flat** | **Rate ($)** | **Unit** | **DTC** | **Price ($)** |
| N | 767 | 162 | | | 1.00 | N | Y | | 125.00 | | N | | | | N | | | YNY | 125.00 |
| | **Description:** Light Duty Towing Charge | | | | | | | | | | | | | | Last Modification: 5/11/16 13:08 by tthomas | | N | NNN | 10.00 |
| N | | | | | 1.00 | N | Y | | 10.00 | | N | | | | | | | | |
| | **Description:** Auction Advertising | | | | | | | | | | | | | | Last Modification: 8/25/16 15:13 by lpainter | | N | NNN | 75.00 |
| N | | | | | 1.00 | N | Y | | 75.00 | | N | | | | | | | | |
| | **Description:** City of Detroit Admin Fee | | | | | | | | | | | | | | Last Modification: 5/11/16 17:31 by montis1 | | N | NNN | 40.00 |
| N | | | | | 1.00 | N | Y | | 40.00 | | N | | | | | | | | |
| | **Description:** Michigan Statutory Assessment | | | | | | | | | | | | | | Last Modification: 5/11/16 17:31 by montis1 | | N | NNN | 50.00 |
| N | | | | | 1.00 | N | Y | | 50.00 | | N | | | | | | | | |
| | **Description:** TR52 Administrative Fee | | | | | | | | | | | | | | Last Modification: 8/25/16 15:13 by lpainter | | D N | NNN | 990.00 |
| N | | | | | 66.00 | Y | N | | 15.00 | | D | N | | | | | | | |
| | **Description:** Outdoor Storage Charge | | | | | | | | | | | | | | Last Modification: 8/25/16 15:13 by lpainter | | | | |

|  |  |
|---|---|
| **Sub Total ($):** | 1,290.00 |
| **Discount Sub Total ($):** 125.00 @ 0.00% = | 0.00 |
| **Taxable Sub Total ($):** 0.00 @ 0.00% = | 0.00 |
| **Total ($):** | 1,290.00 |

8/25/2016 03:14 PM

Page 1 of 2

540880

# ABANDONED VEHICLE REPORT
(Print with ballpoint pen)

Control # / Report # _____

Photograph Taken? ☒ Yes  ☐ No

Ord. Violation No. _____

Location   ☐ Front of

Vehicle:   ☐ Rear of (Address)   *10 565 Grand River*

Between _____ and _____

Year *2000*   Make *Dodge Neon*   Body Style *4D*   Color *Silver*

Year _____ State _____ Lic. No. _____ VIN | 1 | B | 3 | E | S | 4 | 6 | C | X | Y | D | 7 | 1 | 8 | 3 | 4 | 6 |

Name of Owner _____ Address _____ Telephone No. _____
If Known

Condition: ☐ Junk ☒ Poor ☐ Fair ☐ Good ☐ Exceptional • Converter ☐ Yes ☐ No   Dolly required? Yes ☐ No ☐

☒ Owner   I hereby request the Designated Police Agency to dispose of the described vehicle which has remained
☐ Renter   on land owned or controlled by me, without my consent, for the last 48 hours.
☐ Manager

NAMES OF COMPLAINANTS OR WITNESSES     ADDRESS     TELEPHONE NO.

*none*

Reason *Cars*   Row *7*   Entered by Emp.# *771*   Initials *KW*   Truck# *180*

## POLICE HOLD   ☐ YES   ☒ NO

Signature of Officer _____ Badge#_____ Police Agency _____ Date *5-11-16*
BT Towing (Rev. 1-14)      Checked:   LEIN ☐   NCIC ☐

---

DETROIT
DEPARTMENT
POLICE

# IMPOUNDED VEHICLE
C of D-633 RE (10 76)    D P D 406

| MAKE | STYLE | YEAR | COLOR | LIC. PLATE NO. | STATE | V.I.N. |
|---|---|---|---|---|---|---|
| *Dodge* | *Neon* | *00* | *Gray* | | | *1B3ES46CXYD718346* |

| COMPLAINING OFFICER | BADGE NO. | COMMAND | REASON FOR IMPOUNDING | PHONE NO. | DATE IMPOUNDED |
|---|---|---|---|---|---|
| *R. Shay* | *3565* | *CIS* | *Proper Ownership* | | *5/11/16* |
| | | | | | TIME IMPOUNDED *1 PM* |

IMPOUNDED AT ORIGINAL STREET LOCATION *9814 Dryden*

HELD AT COMMAND, *Genes* PER RANK & NAME) COMMAND

VEHICLE MAY BE RELEASED FROM DEPARTMENT? ☐ YES ☐ NO – HOLD

HOLD FOR CRIME

KEYS ☐ IGNITION ☐ TRUNK

PROPERTY TAG NO.

ENTERED IN COMP. BY

ANTI-FREEZE OK? ☐ YES ☐ NO   SIGNATURE OF PERSON FROM WHOM TAKEN

## TRANSFER OF VEHICLE TO AUTO POUND

| COMPUTER UPDATE BY | TRANSFERRED TO AUTO POUND FROM | OFFICER OR TOW CO. TRANSFERRING | TOW FEE $ |
|---|---|---|---|
| DATE IN POUND | RECEIVED BY | | AISLE |

## RELEASE OF VEHICLE FROM DEPARTMENT

| RELEASED TO | ADDRESS | CITY | PHONE NO. |
|---|---|---|---|
| DRIVER OR TOW CO. TAKING VEHICLE | OPERATOR'S LICENSE NO. | RELEASE NO. | TOW FEE $ | STORAGE FEE $ |
| OFFICER RELEASING | BADGE NO | COMMAND | AUTHORIZED BY | BADGE NO | COMMAND |
| SIGNATURE OF PERSON TO WHOM VEHICLE WAS RELEASED | | PROOF OF OWNERSHIP ☐ TITLE ☐ REGISTRATION | DATE RELEASED | TIME |

Michigan Department of State

## ABANDONED VEHICLE/VESSEL – BILL OF SALE

Please note: Vehicle includes motor vehicles, ORVs, and snowmobiles.  Vessel includes watercraft.

The owner of record as kept by the Secretary of State of the vehicle/vessel may request a hearing with the named court to contest whether the vehicle/vessel was properly removed or deemed abandoned, or whether the towing and storage fees are reasonable, by filing a petition within 20 days of the date of this notice unless the vehicle/vessel is determined to be an unregistered, abandoned, scrap vehicle/vessel.

| | |
|---|---|
| Date of Notice | 06/09/2016 |
| Complaint Number | 8234904-53 |

15

DETROIT POLICE DEPT
2121 W FORT ST
ABANDONED VEHICLE TASK FORCE    48216
DETROIT, MI

| | |
|---|---|
| Court Name | 36TH DISTRICT COURT |
| Court Address | 421 MADISON AVE |
| | 5TH FLOOR |
| | DETROIT, MI |

48226

**Notice to Law Enforcement Agency:**

Our records indicate that the law enforcement agency above notified the Secretary of State through LEIN of the abandoned vehicle/vessel listed below.  On the date of this notice, the Secretary of State sent an Abandoned Vehicle/Vessel Notice to the owner of record as kept by the Secretary of State and to the secured parties on record.

The back of this form may be used as a Bill of Sale following an auction.  Please make a copy of this notice for the law enforcement agency's records, if needed.  Once the vehicle/vessel has been disposed (claimed and redeemed by the owner, sold, released to the towing agency, custodian or a governmental unit, or scrapped), please enter the disposition of the vehicle/vessel through LEIN.

Michigan law [MCL 257.252g(2) and Sections 80130k(2), 81151, and 82161 2014 PA 549] provides that the money received from the public sale of a vehicle or vessel be applied in the following order of priority:

- Towing and storage charges
- Expenses incurred by the police agency or custodian
- Payment of the $40 abandoned fee, to be disbursed as follows:
  - Remit $25 to State of Michigan
  - Remit the remaining $15 of the abandoned fee to the towing agency.
- Any extra money shall be sent to the Michigan Department of Treasury's unclaimed property division

**Vehicle Information:**

| Year | Make | VIN/HIN/Serial Number | Model and Body Style | |
|---|---|---|---|---|
| 2000 | DODGE | 1B3ES46CXYD718346 | | 4D |

Owner Name and Address:
DOMINIQUE MONTGOMERY
4722 STOCKTON ST
DETROIT               MI 48234

First Secured Party Name and Address:

Second Secured Party Name and Address:

41949468

Law Enforcement Agency Name and Address:
DETROIT POLICE DEPT            ABANDONED VEHICLE TASK FORCE
2121 W FORT ST                         48216
DETROIT, MI

Date Vehicle/Vessel Taken Into Custody and Approximate Location From Which It Was Taken Into Custody:
05/11/2016 10565 GRAND RIVER        DETROIT

Custodian – Location  Where Vehicle/Vessel is Held:
BOULEVARD TRUMBULL TOWING INC
2411 VINEWOOD ST
DETROIT               MI 48216

TR-52L (Rev. 04/2016)

# Call Receipt

**Boulevard & Trumbull**
**2411 Vinewood Street**
**Detroit, MI  48216**
**Phone:** 313-202-1700
**Fax:** 313-841-6641

**Tow Ticket #:** 66540880

**Customer:** DPDCATS-COMMERCIAL AUTO

| | | |
|---|---|---|
| **Vehicle:** 2000 Dodge Neon Silver Four Door | | **Tag:** NO PLATE |
| **VIN:** 1B3ES46CXYD718346 | **Odometer:** | **Owner Name:** |

**Call Taken/Appointment**

| | | |
|---|---|---|
| **Towed From:** 10565 Grand River | | 05/11/16 14:50 |
| **Towed To:** {VINE} Row 7 | | |
| **Date Into Lot:** 05/11/16 16:19 | **Date Out:** | **Stop Billing Date:** 07/15/16 00:00 |
| **Lot Location:** 2411 Vinewood | | **Released By:** |
| **Control Customer:** DPDCATS-COMMERCIAL AUTO | **Police #:** CATS | **Elapsed Time (mins.):** 89 |

## Tow Charges

| | |
|---|---|
| Light Duty Towing Charge | 125.00 |
| Auction Advertising | 10.00 |
| City of Detroit Admin Fee | 75.00 |
| Michigan Statutory Assessment | 40.00 |
| TR52 Administrative Fee | 50.00 |

## Storage Charges

| | |
|---|---|
| Outdoor Storage Charge | 990.00 |
| 66.00 Day(s) @ $15.00/Day | |

| | |
|---|---|
| **Sub Total ($):** | 1,290.00 |
| **Tax ($):** | 0.00 |
| **Total Price ($):** | 1,290.00 |
| **Payments Received ($):** | 0.00 |
| **Amount Due:** | $1,290.00 |

THE UNDERSIGNED hereby for themselves, their principals, heirs, executors. successors, and assigns (collectively referred to as "Releasing Party") agree as follows:
1. Releasing Party releases and forever discharges, waives and releases Boulevard Trumbull and E & G Towing, its employees, and representative insurance companies (herein collectively referred to as the "Released Party") from any action, cause of action or claim for any and all damages suits claims or causes of action allegedly related to or arising out of Released Party's custody, control, transport, handling, or manipulation, in any way, of Releasing Party's property;
2. Releasing Party has had the opportunity to inspect his/her property and make a judgment as to its condition and has determined after inspection that Released Party has returned Releasing Party's property without damage;
3. Releasing Party agrees not to make any claim or take any proceedings against any person, corporation, or entity who might claim contribution or indemnity under the provision of any statute or otherwise.
4. Releasing Party understands and agrees that any payment, repair and/or consideration received from or performed by Released Party does not constitute any admission of liability on the part of the Released Party;
5. Releasing Party has knowingly and voluntarily claimed its property subject to this agreement, the terms of which are fully understood by Releasing Party.  Releasing Party further covenants that any payment, repair, or other consideration provided for herein are the sole consideration of this release and is accepted voluntarily as a full and final settlement of any and all claims Releasing Party believes it has or may have.
6. Arbitration. Any controversy or dispute arising among the parties or under this agreement shall be resolved by arbitration conducted at Southfield, Michigan, in accordance with the rules of the American Arbitration Association. Judgment on any award rendered by the arbitrator(s) may be entered in any court having jurisdiction thereof.
7. In the event that any towing charges, lien expense and/or storage fee is unpaid on the Releasing Party's property, Releasing Party also agrees to pay reasonable attorney fees and other costs incurred for collection.

WITNESSED AND SIGNED this day of _____          IN THE PRESENCE OF:


_____          _____
Witness (Please Print)                                          Signature (Releasing Party)

Page 1 of 1

8/25/2016 11:47 AM

Case 2:16-cv-12980-LJM-DRG ECF No. 24-6 filed 07/31/17 PageID.353 Page 1 of 85

**Boulevard & Trumbull**  Call # 540880  Invoice #66540880

| | |
|---|---|
| **Call Status:** Inventory | **Call Taken:** 5/11/16  14:50 by tthomas |
| **Tow Customer:** DPDCATS-COMMERCIAL AUTO | **Sale Customer:** |
| **Location:** 10565 Grand River | **Destination:** {VINE} Row 7 |
| **Tow Type:** Light Duty | **Priority:** 1  **Appointment:** |

**ETA:** 5/11/16  13:27  **Mileage Reqd.:** No  **Discount %:** 0.00

**Truck Reqd.:**

**Reason:**

**No Charge:** No   **Portal To Portal:** No   **2nd Commission Applies:** No   **Last Mod:** 8/25/16  11:47 by lpainter

**Control Customer:** DPDCATS-COMMERCIAL AUTO   **Caller:**   **Phone #:**

**Dispatch Notes:** Admin fees must always be collected whether DPD states give back for free or it is a title. Always collect the $75.00 fee.

**Driver Notes:** LD-$125, 75 Ad Fee, $15 stg(ad trk $75) MD-$175, $75 fee, $20 Stge HD-$300, $75 fee, $25 Stg, EX trk $150 hr max 6hr, Boats/Rec $100 No  BBall Hoops

**Yr/Make/Model:** 2000 Dodge Neon    **Color/Body:** Silver Four Door    **License:** NO PLATE

**VIN:** 1B3ES46CXYD718346   **Odometer:**   **Tag Expiry:**   **Other Info:**

**Zone:**    **Police #:** CATS    **Police Beat:**

**User Defined #1:** Auction 7/15/16

**Call Source:** TOPS   **Seller:**   **System Data:**

---

| | |
|---|---|
| **Driver:** KENNITH WALLACE JR [771] | **Truck #:** 180   **Status:** Completed |
| **Assigned:** 5/11/16 15:18 by tthomas | **Dispatched:** 5/11/16 15:18 by tthomas   **Acknowledged:** 5/11/16 15:21 by tthomas |
| **Arrived:** 5/11/16 15:45 by tthomas | **Hooked:** 5/11/16 15:45 by tthomas   **Dropped:** 5/11/16 16:19 by lpainter |
| **Completed:** 5/11/16 16:19 by lpainter | **Total Mileage:**   **Commissionable Amount ($):** |

---

**Lot:** 2411 Vinewood   **Date In:** 5/11/2016  4:19:08PM   **Date Out:** by

**Lot Location:**   **Stop Billing Date:** 07/15/2016   **Planned Auction Date:** 7/15/2016

**Final Disposition:** In Inventory   **User Defined:**   12:00:00AM

| Re | Driver # | Truck # | Min. | Max. | Qty. | Calc | Flat | Qty | Rate ($) | Units | Flat | Qty | Rate ($) | Units | Flat | Rate ($) | Unit | DTC | Price ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | **Initial** | | | **Secondary** | | | | **Tertiary** | | | **Total** | |
| N | 771 | 180 | | | 1.00 | N | Y | | 125.00 | | N | | | | | N | | YNY | 125.00 |
| | Description: | Light Duty Towing Charge | | | | | | | | | | | Last Modification: 5/11/16 14:50 by tthomas | | | N | | NNN | 10.00 |
| N | | | | | 1.00 | N | Y | | 10.00 | | N | | | | | | | | |
| | Description: | Auction Advertising | | | | | | | | | | | Last Modification: 8/25/16 11:47 by lpainter | | | N | | NNN | 75.00 |
| N | | | | | 1.00 | N | Y | | 75.00 | | N | | | | | | | | |
| | Description: | City of Detroit Admin Fee | | | | | | | | | | | Last Modification: 5/11/16 16:19 by lpainter | | | N | | NNN | 40.00 |
| N | | | | | 1.00 | N | Y | | 40.00 | | N | | | | | | | | |
| | Description: | Michigan Statutory Assessment | | | | | | | | | | | Last Modification: 5/11/16 16:19 by lpainter | | | N | | NNN | 50.00 |
| N | | | | | 1.00 | N | Y | | 50.00 | | N | | | | | | | | |
| | Description: | TR52 Administrative Fee | | | | | | | | | | | Last Modification: 8/25/16 11:47 by lpainter | | | N | | NNN | 990.00 |
| N | | | | | 66.00 | Y | N | | 15.00 | D | N | | | | | D | N | | |
| | Description: | Outdoor Storage Charge | | | | | | | | | | | Last Modification: 8/25/16 11:47 by lpainter | | | | | | |

**Sub Total ($):** 1,290.00

**Discount Sub Total ($):** 125.00 @ 0.00% = 0.00

**Taxable Sub Total ($):** 0.00 @ 0.00% = 0.00

**Total ($):** 1,290.00

540915

## ABANDONED VEHICLE REPORT
(Print with ballpoint pen)

Control # / Report # _____

Photograph Taken? ☐ Yes ☐ No

Ord. Violation No. _____

Location ☐ Front of
Vehicle: ☐ Rear of (Address) _____ 10565 Grand River _____

Between _____ and _____

Year *00* Make *Ford* Body Style *4 DOOR TAURUS* Color *Blue*

Year _____ State _____ Lic. No. _____ VIN | 1 | F | A | F | P | 5 | 6 | S | 3 | Y | G | 2 | 7 | 0 | 9 | 1 | 2 |

Name of Owner
If Known _____ Address _____ Telephone No. _____

Condition: ☐ Junk ☐ Poor ☐ Fair ☐ Good ☐ Exceptional • Converter ☐ Yes ☐ No Dolly required? Yes ☐ No ☐

☐ Owner    I hereby request the Designated Police Agency to dispose of the described vehicle which has remained
☐ Renter   on land owned or controlled by me, without my consent, for the last 48 hours.
☐ Manager

NAMES OF COMPLAINANTS OR WITNESSES _____ ADDRESS _____ TELEPHONE NO. _____

Reason *CATS* Row _____ Slot *84 Fall* Entered by Emp.# *920* Initials *FH* Truck# *529*
*FENCE*

**POLICE HOLD** ☐ YES ☒ NO

Signature of Officer _____ Badge# _____ Police Agency ___/___ Date *5-11-16*
BT Towing (Rev. 1-14)                                          Checked: LEIN ☐ NCIC ☐

---

DETROIT
DEPARTMENT
POLICE

## IMPOUNDED VEHICLE
( of D-633 RE -10 76)    D P C -06

| MAKE | STYLE | COLOR | LIC. PLATE NO. | STATE | V.I.N |
|------|-------|-------|----------------|-------|-------|
| Ford | Taurus | 2000 Blue | NONE | | 1FAFP56S3YG270912 |

COMPLAINING OFFICER *J. Parnell*    BADGE NO. *S-808*    COMMAND *CATS*    REASON FOR IMPOUNDING *Disper Ownership*    DATE IMPOUNDED *5/11/16*

FROM WHOM TAKEN  ARRESTED    PHONE NO.    TIME IMPOUNDED *1pm*

IMPOUNDED AT ORIGINAL DISTRICT LOCATION *9814 Dryden*    PLC. RANK & NAMES    HELD AT COMMAND *Genes*    VEHICLE MAY BE RELEASED FROM DEPARTMENT? ☒ YES ☐ NO - HOLD    PROPERTY TAG NO.

HOLD FOR CRIME    COMMAND    ☒ IGNITION ☐ TRUNK    ENTERED IN COMP. BY

ANTI-FREEZE OK?  ☐ YES ☐ NO    SIGNATURE OF PERSON FROM WHOM TAKEN

### TRANSFER OF VEHICLE TO AUTO POUND

COMPUTER UPDATE BY    TRANSFERRED TO AUTO POUND FROM    OFFICER OR TOW CO. TRANSFER. NO.    TOW FEE $

DATE IN POUND    RECEIVED BY    AISLE

### RELEASE OF VEHICLE FROM DEPARTMENT

RELEASED TO    ADDRESS    CITY    PHONE NO.

DRIVER OR TOW CO. TAKING VEHICLE    OPERATOR'S LICENSE NO.    RELEASE NO.    TOW FEE $    STORAGE FEE $

OFFICER RELEASING    BADGE N    COMMAND    AUTHORIZED BY    BADGE NO    COMMAND

SIGNATURE OF PERSON TO WHOM VEHICLE WAS RELEASED    PROOF OF OWNERSHIP ☐ TITLE ☐ REGISTRATION    DATE RELEASED    TIME

Michigan Department of State
## ABANDONED VEHICLE/VESSEL – BILL OF SALE
Please note: Vehicle includes motor vehicles, ORVs, and snowmobiles.  Vessel includes watercraft.

The owner of record as kept by the Secretary of State of the vehicle/vessel may request a hearing with the named court to contest whether the vehicle/vessel was properly removed or deemed abandoned, or whether the towing and storage fees are reasonable, by filing a petition within 20 days of the date of this notice unless the vehicle/vessel is determined to be an unregistered, abandoned, scrap vehicle/vessel.

Date of Notice    06/09/2016
Complaint Number  8234904-53

Court Name      36TH DISTRICT COURT
Court Address   421 MADISON AVE
                5TH FLOOR
                DETROIT, MI

DETROIT POLICE DEPT
2121 W FORT ST
ABANDONED VEHICLE TASK FORCE     48216
DETROIT, MI

48226

**Notice to Law Enforcement Agency:**

Our records indicate that the law enforcement agency above notified the Secretary of State through LEIN of the abandoned vehicle/vessel listed below.  On the date of this notice, the Secretary of State sent an Abandoned Vehicle/Vessel Notice to the owner of record as kept by the Secretary of State and to the secured parties on record.

The back of this form may be used as a Bill of Sale following an auction.  Please make a copy of this notice for the law enforcement agency's records, if needed.  Once the vehicle/vessel has been disposed (claimed and redeemed by the owner, sold, released to the towing agency, custodian or a governmental unit, or scrapped), please enter the disposition of the vehicle/vessel through LEIN.

Michigan law [MCL 257.252g(2) and Sections 80130k(2), 81151, and 82161 2014 PA 549] provides that the money received from the public sale of a vehicle or vessel be applied in the following order of priority:

- Towing and storage charges
- Expenses incurred by the police agency or custodian
- Payment of the $40 abandoned fee, to be disbursed as follows:
  - Remit $25 to State of Michigan
  - Remit the remaining $15 of the abandoned fee to the towing agency.
- Any extra money shall be sent to the Michigan Department of Treasury's unclaimed property division

**Vehicle Information:**

| Year | Make | VIN/HIN/Serial Number | Model and Body Style | |
|------|------|----------------------|----------------------|---|
| 2000 | FORD | 1FAFP56S3YG270912 | | 4D |

Owner Name and Address:
ERIELLE SHARMAYNE GILBERT
14837 CHEYENNE ST
DETROIT            MI 48227

First Secured Party Name and Address:

Second Secured Party Name and Address:

41949460

Law Enforcement Agency Name and Address:
DETROIT POLICE DEPT.            ABANDONED VEHICLE TASK FORCE
2121 W FORT ST          48216
DETROIT, MI

Date Vehicle/Vessel Taken Into Custody and Approximate Location From Which It Was Taken Into Custody:
05/11/2016 10565 GRAND RIVER      DETROIT

Custodian – Location  Where Vehicle/Vessel is Held:
BOULEVARD TRUMBULL TOWING INC
2411 VINEWOOD ST
DETROIT           MI 48216

TR-52L (Rev. 04/2016)

# Call Receipt

**Boulevard & Trumbull**
2411 Vinewood Street
Detroit, MI 48216
Phone: 313-202-1700
Fax: 313-841-6641

**Tow Ticket #:** 66540915

**Customer:** DPDCATS-COMMERCIAL AUTO

| | | | **Tag:** NO PLATE |
|---|---|---|---|
| **Vehicle:** | 2000 Ford Taurus Blue Four Door | **Odometer:** | **Owner Name:** |
| **VIN:** | 1FAFP56S3YG270912 | | |

**Call Taken/Appointment**

| | | | |
|---|---|---|---|
| **Towed From:** | 10565 Grand River | | 05/11/16  16:10 |
| **Towed To:** | {VINE} Small Lot Fence | **Stop Billing Date:** | 07/15/16  00:00 |
| **Date Into Lot:** | 05/11/16  16:13 | **Date Out:** | **Released By:** |
| **Lot Location:** | 2411 Vinewood | | **Elapsed Time (mins.):**  3 |
| **Control Customer:** | DPDCATS-COMMERCIAL AUTO | **Police #:**  CATS | |

## Tow Charges                                                                125.00
   Light Duty Towing Charge                                                    10.00
   Auction Advertising                                                         75.00
   City of Detroit Admin Fee                                                   40.00
   Michigan Statutory Assessment                                              50.00
   TR52 Administrative Fee

## Storage Charges                                                            990.00
   Outdoor Storage Charge
      66.00 Day(s) @ $15.00/Day

| | |
|---|---|
| **Sub Total ($):** | 1,290.00 |
| **Tax ($):** | 0.00 |
| **Total Price ($):** | 1,290.00 |
| **Payments Received ($):** | 0.00 |
| **Amount Due:** | $1,290.00 |

THE UNDERSIGNED hereby for themselves, their principals, heirs, executors. successors, and assigns (collectively referred to as "Releasing Party") agree as follows:
1. Releasing Party releases and forever discharges, waives and releases Boulevard Trumbull and E & G Towing, its employees, and representative insurance companies (herein collectively referred to as the "Released Party") from any action, cause of action or claim for any and all damages suits claims or causes of action allegedly related to or arising out of Released Party's custody, control, transport, handling, or manipulation, in any way, of Releasing Party's property;
2. Releasing Party has had the opportunity to inspect his/her property and make a judgment as to its condition and has determined after inspection that Released Party has returned Releasing Party's property without damage;
3. Releasing Party agrees not to make any claim or take any proceedings against any person, corporation, or entity who might claim contribution or indemnity under the provision of any statute or otherwise.
4. Releasing Party understands and agrees that any payment, repair and/or consideration received from or performed by Released Party does not constitute any admission of liability on the part of the Released Party;
5. Releasing Party has knowingly and voluntarily claimed its property subject to this agreement, the terms of which are fully understood by Releasing Party. Releasing Party further covenants that any payment, repair, or other consideration provided for herein are the sole consideration of this release and is accepted voluntarily as a full and final settlement of any and all claims Releasing Party believes it has or may have.
6. Arbitration. Any controversy or dispute arising among the parties or under this agreement shall be resolved by arbitration conducted at Southfield, Michigan, in accordance with the rules of the American Arbitration Association. Judgment on any award rendered by the arbitrator(s) may be entered in any court having jurisdiction thereof.
7. In the event that any towing charges, lien expense and/or storage fee is unpaid on the Releasing Party's property, Releasing Party also agrees to pay reasonable attorney fees and other costs incurred for collection.

WITNESSED AND SIGNED this day of _____          IN THE PRESENCE OF:

_____          _____
                                                                      Signature (Releasing Party)

_____
Witness (Please Print)

8/25/2016 11:18 AM

**Boulevard & Trumbull**          **Call # 540915**          **Invoice# 66540915**

| | |
|---|---|
| **Call Status:** Inventory | **Call Taken:** 5/11/16 16:10 by lpainter |
| **Tow Customer:** DPDCATS-COMMERCIAL AUTO | **Sale Customer:** |
| **Location:** 10565 Grand River | **Destination:** {VINE} Small Lot Fence |
| **Tow Type:** Light Duty     **Priority:** 1 | **ETA:** 5/11/16 13:27 |
| **Reason:**     **Truck Reqd.:**     **Appointment:** | **Mileage Reqd:** No     **Discount %:** 0.00 |
| **No Charge:** No     **Portal To Portal:** No     **2nd Commission Applies:** No | **Last Mod:** 8/25/16 11:19 by lpainter |
| **Control Customer:** DPDCATS-COMMERCIAL AUTO     **Caller:** | **Phone #:** |

**Dispatch Notes:** Admin fees must always be collected whether DPD states give back for free or it is a title. Always collect the $75.00 fee.
**Driver Notes:** LD-$125, 75 Ad Fee, $15 stg(ad trk $75) MD-$175, $75 fee, $20 Stge HD-$300, $75 fee, $25 Stg, EX trk $150 hr max 6hr, Boats/Rec $100 No  BBall Hoops

| | | |
|---|---|---|
| **Yr/Make/Model:** 2000 Ford Taurus | **Color/Body:** Blue Four Door | **License:** NO PLATE |
| **VIN:** 1FAFP56S3YG270912     **Odometer:** | **Tag Expiry:** | **Other Info:** |
| **Zone:** | **Police #:** CATS | **Police Beat:** |

**User Defined #1:** Auction 7/15/16
**Call Source:** TOPS     **Seller:**     **System Data:**

| | | |
|---|---|---|
| **Driver:** Frank Havier 926 [926] | **Truck #:** 529 | **Status:** Completed |
| **Assigned:** 5/11/16 16:11 by lpainter | **Dispatched:** 5/11/16 16:13 by lpainter | **Acknowledged:** 5/11/16 16:13 by lpainter |
| **Arrived:** 5/11/16 16:13 by lpainter | **Hooked:** 5/11/16 16:13 by lpainter | **Dropped:** 5/11/16 16:13 by lpainter |
| **Completed:** 5/11/16 16:13 by lpainter | **Total Mileage:** | **Commissionable Amount ($):** |

| | | |
|---|---|---|
| **Lot:** 2411 Vinewood | **Date In:** 5/11/2016  4:13:42PM | **Date Out:** by |
| **Lot Location:** | **Stop Billing Date:** 07/15/2016 | **Planned Auction Date:** 7/15/2016 12:00:00AM |
| **Final Disposition:** In Inventory | **User Defined:** | |

| | | | | | | | | Initial | | | | Secondary | | | Tertiary | | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Re** | **Driver #** | **Truck #** | **Min.** | **Max.** | **Qty.** | **Calc** | **Flat** | **Qty** | **Rate ($)** | **Units** | **Flat** | **Qty** | **Rate ($)** | **Units** | **Flat** | **Rate ($)** | **Unit** | **DTC** | **Price ($)** |
| N | 926 | 529 | | | 1.00 | N | Y | | 125.00 | | N | | | | N | | | YNY | 125.00 |
| | Description: Light Duty Towing Charge | | | | | | | | | | | | | | | Last Modification: 5/11/16 16:10 by lpainter | | | | |
| N | | | | | 1.00 | N | Y | | 10.00 | | N | | | | N | | | NNN | 10.00 |
| | Description: Auction Advertising | | | | | | | | | | | | | | | Last Modification: 8/25/16 11:18 by lpainter | | | | |
| N | | | | | 1.00 | N | Y | | 75.00 | | N | | | | N | | | NNN | 75.00 |
| | Description: City of Detroit Admin Fee | | | | | | | | | | | | | | | Last Modification: 5/11/16 16:13 by lpainter | | | | |
| N | | | | | 1.00 | N | Y | | 40.00 | | N | | | | N | | | NNN | 40.00 |
| | Description: Michigan Statutory Assessment | | | | | | | | | | | | | | | Last Modification: 5/11/16 16:13 by lpainter | | | | |
| N | | | | | 1.00 | N | Y | | 50.00 | | N | | | | N | | | NNN | 50.00 |
| | Description: TR52 Administrative Fee | | | | | | | | | | | | | | | Last Modification: 8/25/16 11:18 by lpainter | | | | |
| N | | | | | 66.00 | Y | N | | 15.00 | D | N | | | | D | N | | NNN | 990.00 |
| | Description: Outdoor Storage Charge | | | | | | | | | | | | | | | Last Modification: 8/25/16 11:18 by lpainter | | | | |

|  | |
|---|---|
| **Sub Total ($):** | 1,290.00 |
| **Discount Sub Total ($):** 125.00 @ 0.00% = | 0.00 |
| **Taxable Sub Total ($):** 0.00 @ 0.00% = | 0.00 |
| **Total ($):** | 1,290.00 |

Michigan Department of State
ABANDONED VEHICLE/VESSEL – BILL OF SALE

Please note: Vehicle includes motor vehicles, ORVs, and snowmobiles.  Vessel includes watercraft.

The owner of record as kept by the Secretary of State of the vehicle/vessel may request a hearing with the named court to contest whether the vehicle/vessel was properly removed or deemed abandoned, or whether the towing and storage fees are reasonable, by filing a petition within 20 days of the date of this notice unless the vehicle/vessel is determined to be an unregistered, abandoned, scrap vehicle/vessel.

|  |  |
|---|---|
| Date of Notice | 06/09/2016 |
| Complaint Number | 8234904-53 |

DETROIT POLICE DEPT
2121 W FORT ST
ABANDONED VEHICLE TASK FORCE    48216
DETROIT, MI

Court Name    36TH DISTRICT COURT
Court Address  421 MADISON AVE
              5TH FLOOR
              DETROIT, MI                48226

53

**Notice to Law Enforcement Agency:**

Our records indicate that the law enforcement agency above notified the Secretary of State through LEIN of the abandoned vehicle/vessel listed below.  On the date of this notice, the Secretary of State sent an Abandoned Vehicle/Vessel Notice to the owner of record as kept by the Secretary of State and to the secured parties on record.

The back of this form may be used as a Bill of Sale following an auction.  Please make a copy of this notice for the law enforcement agency's records, if needed.  Once the vehicle/vessel has been disposed (claimed and redeemed by the owner, sold, released to the towing agency, custodian or a governmental unit, or scrapped), please enter the disposition of the vehicle/vessel through LEIN.

Michigan law [MCL 257.252g(2) and Sections 80130k(2), 81151, and 82161 2014 PA 549] provides that the money received from the public sale of a vehicle or vessel be applied in the following order of priority:

- Towing and storage charges
- Expenses incurred by the police agency or custodian
- Payment of the $40 abandoned fee, to be disbursed as follows:
  - Remit $25 to State of Michigan
  - Remit the remaining $15 of the abandoned fee to the towing agency.
  - Remit the remaining $15 of the abandoned fee to the Michigan Department of Treasury's unclaimed property division
- Any extra money shall be sent to the Michigan Department of Treasury's unclaimed property division

**Vehicle Information:**

| Year | Make | VIN/HIN/Serial Number | Model and Body Style | SW |
|---|---|---|---|---|
| 2000 | FORD | 1FDRE1422YHA72384 | | |

Owner Name and Address:
CHRISTINA ANN-MARIE DAVIS
27137 BOHN ST
ROSEVILLE        MI 48066

First Secured Party Name and Address:

Second Secured Party Name and Address:

41949929

Law Enforcement Agency Name and Address:
DETROIT POLICE DEPT          ABANDONED VEHICLE TASK FORCE
2121 W FORT ST          48216
DETROIT, MI

Date Vehicle/Vessel Taken Into Custody and Approximate Location From Which It Was Taken Into Custody:
05/11/2016 9814 BRYDEN          DETROIT

Custodian – Location  Where Vehicle/Vessel is Held:

BOULEVARD TRUMBULL TOWING INC
2411 VINEWOOD ST
DETROIT          MI 48216

TR-52L (Rev. 04/2016)

# Call Receipt

**Boulevard & Trumbull**
2411 Vinewood Street
Detroit, MI 48216
Phone: 313-202-1700
Fax: 313-841-6641

**Tow Ticket #:** 66540862

**Customer:** DPDCATS-COMMERCIAL AUTO

**Tag:** NO PLATE

**Owner Name:**

**Vehicle:** 2000 Ford E-150 Black Van
**VIN:** 1FDRE1422YHA72384

**Odometer:**

**Call Taken/Appointment**

**Towed From:** 10565 Grand River
**Towed To:** {VINE} Row 1
**Date Into Lot:** 05/11/16 17:17     **Date Out:**
**Lot Location:** 2411 Vinewood
**Control Customer:** DPDCATS-COMMERCIAL AUTO

**Police #:** CATS

05/11/16 14:10
**Stop Billing Date:** 07/15/16 00:00
**Released By:**
**Elapsed Time (mins.):** 187

| | |
|---|---|
| **Tow Charges** | 125.00 |
| Light Duty Towing Charge | 10.00 |
| Auction Advertising | 75.00 |
| City of Detroit Admin Fee | 40.00 |
| Michigan Statutory Assessment | 50.00 |
| TR52 Administrative Fee | |
| **Storage Charges** | 990.00 |
| Outdoor Storage Charge | |
| 66.00 Day(s) @ $15.00/Day | |

| | |
|---|---|
| **Sub Total ($):** | 1,290.00 |
| **Tax ($):** | 0.00 |
| **Total Price ($):** | 1,290.00 |
| **Payments Received ($):** | 0.00 |
| **Amount Due:** | $1,290.00 |

THE UNDERSIGNED hereby for themselves, their principals, heirs, executors, successors, and assigns (collectively referred to as "Releasing Party") agree as follows:
1. Releasing Party releases and forever discharges, waives and releases Boulevard Trumbull and E & G Towing, its employees, and representative insurance companies (herein collectively referred to as the "Released Party") from any action, cause of action or claim for any and all damages suits claims or causes of action allegedly related to or arising out of Released Party's custody, control, transport, handling, or manipulation, in any way, of Releasing Party's property;
2. Releasing Party has had the opportunity to inspect his/her property and make a judgment as to its condition and has determined after inspection that Released Party has returned Releasing Party's property without damage;
3. Releasing Party agrees not to make any claim or take any proceedings against any person, corporation, or entity who might claim contribution or indemnity under the provision of any statute or otherwise.
4. Releasing Party understands and agrees that any payment, repair and/or consideration received from or performed by Released Party does not constitute any admission of liability on the part of the Released Party;
5. Releasing Party has knowingly and voluntarily claimed its property subject to this agreement, the terms of which are fully understood by Releasing Party. Releasing Party further covenants that any payment, repair, or other consideration provided for herein are the sole consideration of this release and is accepted voluntarily as a full and final settlement of any and all claims Releasing Party believes it has or may have.
6. Arbitration. Any controversy or dispute arising among the parties or under this agreement shall be resolved by arbitration conducted at Southfield, Michigan, in accordance with the rules of the American Arbitration Association. Judgment on any award rendered by the arbitrator(s) may be entered in any court having jurisdiction thereof.
7. In the event that any towing charges, lien expense and/or storage fee is unpaid on the Releasing Party's property, Releasing Party also agrees to pay reasonable attorney fees and other costs incurred for collection.

WITNESSED AND SIGNED this day of _____     IN THE PRESENCE OF:

_____     _____
                                                          Signature (Releasing Party)
Witness (Please Print)

8/25/2016 12:04 PM

# Boulevard & Trumbull

**Call # 540862**

| | |
|---|---|
| **Call Status:** Inventory | **Call Taken:** 5/11/16  14:10 by mlucas |
| **Tow Customer:** DPDCATS-COMMERCIAL AUTO | **Sale Customer:** |
| **Location:** 10565 Grand River | **Destination:** {VINE} Row 1 |
| **Tow Type:** Light Duty | **Priority:** 1 **ETA:** 5/11/16  13:27 |
| | **Appointment:** **Mileage Reqd.:** No **Discount %:** 0.00 |
| **Reason:** | **Truck Reqd.:** |
| **No Charge:** No **Portal To Portal:** No | **2nd Commission Applies:** No **Last Mod.:** 8/25/16  12:05 by lpainter |
| **Control Customer:** DPDCATS-COMMERCIAL AUTO | **Caller:** **Phone #:** |

**Dispatch Notes:** Admin fees must always be collected whether DPD states give back for free or it is a title.  Always collect the $75.00 fee.

**Driver Notes:** LD-$125, 75 Ad Fee, $15 stg(ad trk $75) MD-$175, $75 fee, $20 Stge HD-$300, $75 fee, $25 Stg, EX trk $150 hr max 6hr, Boats/Rec $100 No  BBall Hoops

| | | |
|---|---|---|
| **Yr/Make/Model:** 2000 Ford E-150 | **Color/Body:** Black Van | **License:** NO PLATE |
| **VIN:** 1FDRE1422YHA72384 **Odometer:** | **Tag Expiry:** | **Other Info:** |
| **Zone:** | **Police #:** CATS | **Police Beat:** |
| **User Defined #1:** Auction 7/15/2016 | | |
| **Call Source:** TOPS **Seller:** | **System Data:** | |

| | | |
|---|---|---|
| **Driver:** DAVID DENNIS/181 [181] | **Truck #:** 169 | **Status:** Completed |
| **Assigned:** 5/11/16 14:15 by tthomas | **Dispatched:** 5/11/16 14:15 by tthomas | **Acknowledged:** 5/11/16 14:38 by tthomas |
| **Arrived:** 5/11/16 14:38 by tthomas | **Hooked:** 5/11/16 14:49 by tthomas | **Dropped:** 5/11/16 14:49 by tthomas |
| **Completed:** 5/11/16 17:17 by montis1 | **Total Mileage:** | **Commissionable Amount ($):** |

| | | |
|---|---|---|
| **Lot:** 2411 Vinewood | **Date In:** 5/11/2016  5:17:57PM | **Date Out:**  by |
| **Lot Location:** | **Stop Billing Date:** 07/15/2016 | **Planned Auction Date:** 7/15/2016  12:00:00AM |
| **Final Disposition:** In Inventory | **User Defined:** | |

| Re | Driver # | Truck # | Min. | Max. | Qty. | Calc | Flat | Qty | Rate ($) | Units | Flat | Qty | Rate ($) | Units | Flat | Rate ($) | Unit | DTC | Price ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | **Total** | |
| N | 181 | 169 | | | 1.00 | N | Y | | 125.00 | | N | | | | | | N | YNY | 125.00 |
| | Description: Light Duty Towing Charge | | | | | | | | | | | | | Last Modification: 5/11/16  14:10 by mlucas | | | | | |
| N | | | | | 1.00 | N | Y | | 10.00 | | N | | | | | | NNN | 10.00 |
| | Description: Auction Advertising | | | | | | | | | | | | | Last Modification: 8/25/16  12:02 by lpainter | | | | | |
| N | | | | | 1.00 | N | Y | | 75.00 | | N | | | | | | NNN | 75.00 |
| | Description: City of Detroit Admin Fee | | | | | | | | | | | | | Last Modification: 5/11/16  17:18 by montis1 | | | | | |
| N | | | | | 1.00 | N | Y | | 40.00 | | N | | | | | | NNN | 40.00 |
| | Description: Michigan Statutory Assessment | | | | | | | | | | | | | Last Modification: 5/11/16  17:18 by montis1 | | | | | |
| N | | | | | 1.00 | N | Y | | 50.00 | | N | | | | | | NNN | 50.00 |
| | Description: TR52 Administrative Fee | | | | | | | | | | | | | Last Modification: 8/25/16  12:02 by lpainter | | | | | |
| N | | | | | 66.00 | Y | N | | 15.00 | D | N | | | | | D | N | NNN | 990.00 |
| | Description: Outdoor Storage Charge | | | | | | | | | | | | | Last Modification: 8/25/16  12:02 by lpainter | | | | | |

| | |
|---|---|
| Sub Total ($): | 1,290.00 |
| Discount Sub Total ($): 125.00 @ 0.00% = | 0.00 |
| Taxable Sub Total ($): 0.00 @ 0.00% = | 0.00 |
| **Total ($):** | **1,290.00** |

8/25/2016 12:05 PM

5408/61

# ABANDONED VEHICLE REPORT
(Print with ballpoint pen)

| Control # / Report # | |
|---|---|
| Photograph Taken? | ☒ Yes    ☐ No |
| Ord. Violation No. | |

**Location** ☐ Front of
**Vehicle:** ☐ Rear of (Address)  9814 Bryden

**Between** _____ and _____

**Year** 2000 **Make** Buick LeSabre **Body Style** 4D **Color** WHT

**Year** _____ **State** Mi **Lic. No.** DJZ0634 **VIN** 1 G 4 H P 5 4 K 3 Y 4 1 0 2 7 1 0

**Name of Owner If Known** _____ **Address** _____ **Telephone No.** _____

**Condition:** ☐ Junk ☐ Poor ☐ Fair ☒ Good ☐ Exceptional • **Converter** ☒ Yes ☐ No **Dolly required?** Yes ☐ No ☒

☐ Owner   ☐ Renter   ☐ Manager   I hereby request the Designated Police Agency to dispose of the described vehicle which has remained on land owned or controlled by me, without my consent, for the last 48 hours.

**NAMES OF COMPLAINANTS OR WITNESSES**   **ADDRESS**   **TELEPHONE NO.**

FENCE

**Reason** D/P   **Row** 5-L   **Entered by Emp.#** 181   **Initials** ML   **Truck#** 169

**POLICE HOLD** ☐ YES ☒ NO   **Badge#** _____ **Police Agency** CATS **Date** 5-11-16

**Signature of Officer** _____   **Checked:** LEIN ☐   NCIC ☐
BT Towing (Rev. 1-14)

---

## DETROIT DEPARTMENT POLICE
## IMPOUNDED VEHICLE
C of D-633 RE (10 76)   DPD #06

| MAKE | STYLE | YEAR | COLOR | LIC. PLATE NO. | STATE | V.I.N |
|---|---|---|---|---|---|---|
| Buick | Lesabra | 2000 | White | DJZ0634 | MI | 1G4HP54K3Y4102210 |

| COMPLAINING OFFICER | BADGE NO. | COMMAND | REASON FOR IMPOUNDING | DATE IMPOUNDED |
|---|---|---|---|---|
| Jon MeDina | 2810 | CATS | Proper Ownership | 5/11/16 |

FROM WHOM TAKEN  ARRESTED   ADDRESS   PHONE NO.   TIME IMPOUNDED: 1 PM

**IMPOUNDED AT ORIGINAL STREET LOCATION:** 9814 Bryden   **HELD AT COMMAND:** Genes

**HOLD FOR CRIME** _____ **PER (RANK & NAME)** _____ **COMMAND** _____   **VEHICLE MAY BE RELEASED FROM DEPARTMENT?** ☐ YES ☐ NO – HOLD

**ANTI-FREEZE OK?** ☐ YES ☐ NO   **SIGNATURE OF PERSON FROM WHOM TAKEN** _____   **KEYS** ☐ IGNITION ☐ TRUNK   **PROPERTY TAG NO.** _____   **ENTERED IN COMP. BY** _____

### TRANSFER OF VEHICLE TO AUTO POUND

| COMPUTER UPDATE BY | TRANSFERRED TO AUTO POUND FROM | OFFICER OR TOW CO. TRANSFERRING. | TOW FEE $ |
|---|---|---|---|
| DATE IN POUND | RECEIVED BY | | AISLE |

### RELEASE OF VEHICLE FROM DEPARTMENT

RELEASED TO _____ ADDRESS _____ CITY _____ PHONE NO. _____

DRIVER OR TOW CO. TAKING VEHICLE _____ DRIVER'S LICENSE NO. _____ RELEASE NO. _____ TOW FEE $ _____ STORAGE FEE $ _____

OFFICER RELEASING _____ BADGE NO. _____ COMMAND _____ AUTO SALES LIC. _____ BADGE NO. _____ COMMAND _____

SIGNATURE OF PERSON TO WHOM VEHICLE WAS RELEASED _____ PROOF OF OWNERSHIP ☐ TITLE ☐ REGISTRATION   DATE RELEASED _____ TIME _____

Michigan Department of State
ABANDONED VEHICLE/VESSEL – BILL OF SALE
Please note: Vehicle includes motor vehicles, ORVs, and snowmobiles.  Vessel includes watercraft.

The owner of record as kept by the Secretary of State of the vehicle/vessel may request a hearing with the named court to contest whether the vehicle/vessel was properly removed or deemed abandoned, or whether the towing and storage fees are reasonable, by filing a petition within 20 days of the date of this notice unless the vehicle/vessel is determined to be an unregistered, abandoned, scrap vehicle/vessel.

Date of Notice          06/09/2016
Complaint Number        8234904-53

Court Name              36TH DISTRICT COURT
Court Address           421 MADISON AVE
                        5TH FLOOR
DETROIT POLICE DEPT                        DETROIT, MI                    48226
2121 W FORT ST
ABANDONED VEHICLE TASK FORCE      48216
DETROIT, MI

**Notice to Law Enforcement Agency:**

Our records indicate that the law enforcement agency above notified the Secretary of State through LEIN of the abandoned vehicle/vessel listed below.  On the date of this notice, the Secretary of State sent an Abandoned Vehicle/Vessel Notice to the owner of record as kept by the Secretary of State and to the secured parties on record.

The back of this form may be used as a Bill of Sale following an auction.  Please make a copy of this notice for the law enforcement agency's records, if needed.  Once the vehicle/vessel has been disposed (claimed and redeemed by the owner, sold, released to the towing agency, custodian or a governmental unit, or scrapped), please enter the disposition of the vehicle/vessel through LEIN.

Michigan law [MCL 257.252g(2) and Sections 80130k(2), 81151, and 82161 2014 PA 549] provides that the money received from the public sale of a vehicle or vessel be applied in the following order of priority:
- Towing and storage charges
- Expenses incurred by the police agency or custodian
- Payment of the $40 abandoned fee, to be disbursed as follows:
  - Remit $25 to State of Michigan
  - Remit the remaining $15 of the abandoned fee to the towing agency.
- Any extra money shall be sent to the Michigan Department of Treasury's unclaimed property division

**Vehicle Information:**

| Year | Make | VIN/HIN/Serial Number | Model and Body Style |
|------|------|----------------------|----------------------|
| 2000 | BUICK | 1G4HP54K3Y4102710 | 4D |

**Owner Name and Address:**
ANTHONY SEAN TIMMS
11945 INDIAN ST
DETROIT              MI 48204

**First Secured Party Name and Address:**
CARMENTS AUTO SALES III
45 E 8 MILE RD
HAZEL PARK          MI 48030

**Second Secured Party Name and Address:**

41949476

**Law Enforcement Agency Name and Address:**
DETROIT POLICE DEPT                     ABANDONED VEHICLE TASK FORCE
2121 W FORT ST
DETROIT, MI              48216

**Date Vehicle/Vessel Taken Into Custody and Approximate Location From Which It Was Taken Into Custody:**
05/11/2016  9814 BRYDEN          DETROIT

**Custodian – Location  Where Vehicle/Vessel is Held:**
BOULEVARD TRUMBULL TOWING INC
2411 VINEWOOD ST
DETROIT              MI 48216

TR-52L (Rev. 04/2016)

# Call Receipt

**Boulevard & Trumbull**
2411 Vinewood Street
Detroit, MI 48216
Phone: 313-202-1700
Fax: 313-841-6641

**Tow Ticket #:** 66540861

**Customer:** DPDCATS-COMMERCIAL AUTO

**Tag:** MI DJZ0634

**Vehicle:** 2000 Buick LeSabre White Four Door
**VIN:** 1G4HP54K3Y4102710

**Odometer:**

**Owner Name:**

**Call Taken/Appointment**

**Towed From:** 10565 Grand River
**Towed To:** {VINE} Small Lot Fence

05/11/16  14:10

**Date Into Lot:** 05/11/16  17:21   **Date Out:**
**Lot Location:** 2411 Vinewood - small lot
**Control Customer:** DPDCATS-COMMERCIAL AUTO

**Stop Billing Date:** 07/15/16  00:00
**Released By:**

**Police #:** CATS   **Elapsed Time (mins.):** 191

| | |
|---|---|
| **Tow Charges** | 125.00 |
| Light Duty Towing Charge | 10.00 |
| Auction Advertising | 75.00 |
| City of Detroit Admin Fee | 40.00 |
| Michigan Statutory Assessment | 50.00 |
| TR52 Administrative Fee | |
| **Storage Charges** | 990.00 |
| Outdoor Storage Charge | |
| 66.00 Day(s) @ $15.00/Day | |

| | |
|---|---|
| **Sub Total ($):** | 1,290.00 |
| **Tax ($):** | 0.00 |
| **Total Price ($):** | 1,290.00 |
| **Payments Received ($):** | 0.00 |
| **Amount Due:** | $1,290.00 |

THE UNDERSIGNED hereby for themselves, their principals, heirs, executors, successors, and assigns (collectively referred to as "Releasing Party") agree as follows:
1. Releasing Party releases and forever discharges, waives and releases Boulevard Trumbull and E & G Towing, its employees, and representative insurance companies (herein collectively referred to as the "Released Party") from any action, cause of action or claim for any and all damages suits claims or causes of action allegedly related to or arising out of Released Party's custody, control, transport, handling, or manipulation, in any way, of Releasing Party's property;
2. Releasing Party has had the opportunity to inspect his/her property and make a judgment as to its condition and has determined after inspection that Released Party has returned Releasing Party's property without damage;
3. Releasing Party agrees not to make any claim or take any proceedings against any person, corporation, or entity who might claim contribution or indemnity under the provision of any statute or otherwise.
4. Releasing Party understands and agrees that any payment, repair and/or consideration received from or performed by Released Party does not constitute any admission of liability on the part of any Released Party;
5. Releasing Party has knowingly and voluntarily claimed its property subject to this agreement, the terms of which are fully understood by Releasing Party. Releasing Party further covenants that any payment, repair, or other consideration provided for herein are the sole consideration of this release and is accepted voluntarily as a full and final settlement of any and all claims Releasing Party believes it has or may have.
6. Arbitration. Any controversy or dispute arising among the parties or under this agreement shall be resolved by arbitration conducted at Southfield, Michigan, in accordance with the rules of the American Arbitration Association. Judgment on any award rendered by the arbitrator(s) may be entered in any court having jurisdiction thereof.
7. In the event that any towing charges, lien expense and/or storage fee is unpaid on the Releasing Party's property, Releasing Party also agrees to pay reasonable attorney fees and other costs incurred for collection.

WITNESSED AND SIGNED this day of _____   IN THE PRESENCE OF:

_____   _____
                                                                            Signature (Releasing Party)
Witness (Please Print)

Page 1 of 1

8/25/2016 12:04 PM

**Boulevard & Trumbull**    **Call # 540861**    **Invoice #66540861**

| | |
|---|---|
| **Call Status:** Inventory | **Call Taken:** 5/11/16 14:10 by mlucas |
| **Tow Customer:** DPDCATS-COMMERCIAL AUTO | **Sale Customer:** |
| **Location:** 10565 Grand River | **Destination:** {VINE} Small Lot Fence |

**Tow Type:** Light Duty    **Priority:** 1                **ETA:** 5/11/16 13:27

**Reason:**           **Appointment:**        **Mileage Reqd.:** No    **Discount %:** 0.00

**Truck Reqd.:**

**No Charge:** No    **Portal To Portal:** No    **2nd Commission Applies:** No    **Last Mod.:** 8/25/16 12:05 by lpainter

**Control Customer:** DPDCATS-COMMERCIAL AUTO    **Caller:**       **Phone #:**

**Dispatch Notes:** Admin fees must always be collected whether DPD states give back for free or it is a title. Always collect the $75.00 fee.

**Driver Notes:** LD-$125, 75 Ad Fee, $15 stg(ad trk $75) MD-$175, $75 fee, $20 Stge HD-$300, $75 fee, $25 Stg, EX trk $150 hr max 6hr, Boats/Rec $100 No BBall Hoops

**Yr/Make/Model:** 2000 Buick LeSabre      **Color/Body:** White Four Door      **License:** MI DJZ0634

**VIN:** 1G4HP54K3Y4102710    **Odometer:**      **Tag Expiry:**      **Other Info:**

**Zone:**            **Police #:** CATS      **Police Beat:**

**User Defined #1:** Auction 7/15/16

**Call Source:** TOPS    **Seller:**          **System Data:**

---

**Driver:** DAVID DENNIS/181 [181]    **Truck #:** 169    **Status:** Completed

**Assigned:** 5/11/16 14:15 by thomas    **Dispatched:** 5/11/16 14:15 by tthomas    **Acknowledged:** 5/11/16 14:38 by tthomas

**Arrived:** 5/11/16 14:38 by tthomas    **Hooked:** 5/11/16 14:49 by tthomas    **Dropped:** 5/11/16 14:49 by tthomas

**Completed:** 5/11/16 17:21 by montis1    **Total Mileage:**    **Commissionable Amount ($):**

---

**Lot:** 2411 Vinewood      **Date In:** 5/11/2016 5:21:00PM      **Date Out:** by

**Lot Location:** small lot      **Stop Billing Date:** 07/15/2016      **Planned Auction Date:** 7/15/2016 12:00:00AM

**Final Disposition:** In Inventory      **User Defined:**

---

| Re | Driver #/Truck # | Min. | Max. | Qty. | Calc | Flat | | Flat | | | Flat | | DTC | Price ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | **Initial** | | **Secondary** | | **Tertiary** | | | **Total** |
| | | | | | | | Qty | Rate ($) | Units | Qty | Rate ($) | Units | Rate ($) | Unit |
| N | 181 | 169 | | 1.00 | N | Y | | 125.00 | | N | | | N | YNY | 125.00 |
| | Description: Light Duty Towing Charge | | | | | | | | | | Last Modification: 5/11/16 14:10 by mlucas | | NNN | 10.00 |
| N | | | | 1.00 | N | Y | | 10.00 | | N | | | N | | |
| | Description: Auction Advertising | | | | | | | | | | Last Modification: 8/25/16 12:03 by lpainter | | NNN | 75.00 |
| N | | | | 1.00 | N | Y | | 75.00 | | N | | | N | | |
| | Description: City of Detroit Admin Fee | | | | | | | | | | Last Modification: 5/11/16 17:22 by montis1 | | NNN | 40.00 |
| N | | | | 1.00 | N | Y | | 40.00 | | N | | | N | | |
| | Description: Michigan Statutory Assessment | | | | | | | | | | Last Modification: 5/11/16 17:22 by montis1 | | NNN | 50.00 |
| N | | | | 1.00 | N | Y | | 50.00 | | N | | | N | | |
| | Description: TR52 Administrative Fee | | | | | | | | | | Last Modification: 8/25/16 12:03 by lpainter | | NNN | 990.00 |
| N | | | | 66.00 | Y | N | | 15.00 | D | N | | | D N | | |
| | Description: Outdoor Storage Charge | | | | | | | | | | Last Modification: 8/25/16 12:04 by lpainter | | | |

                               **Sub Total ($):** 1,290.00

**Discount Sub Total ($):** 125.00 @ 0.00% =    0.00

**Taxable Sub Total ($):** 0.00 @ 0.00% =    0.00

                                  **Total ($):** 1,290.00

540833

## ABANDONED VEHICLE REPORT
(Print with ballpoint pen)

Control # / Report # _____

Photograph Taken? ☒Yes ☐ No

Ord. Violation No. _____

**Location** ☐ Front of

**Vehicle:** ☐ Rear of (Address) _10565 GRANDRIVER_

**Between** _____ and _____

**Year** 2000 **Make** ford **Body Style** Taurus **Color** GREEN

**Year** ____ **State** MI **Lic. No.** DHS 0351 **VIN** 1FAFD 52U9YA 24384 0

**Name of Owner**
**If Known** _____ **Address** _____ **Telephone No.** _____

**Condition:** ☐Junk ☐Poor ☒Fair ☐Good ☐Exceptional • **Converter** ☐Yes ☒No **Dolly required?** Yes ☐ No ☒

☐ **Owner** ☐ **Renter** ☐ **Manager**    I hereby request the Designated Police Agency to dispose of the described vehicle which has remained on land owned or controlled by me, without my consent, for the last 48 hours.    HAS KEYS

**NAMES OF COMPLAINANTS OR WITNESSES**    **ADDRESS**    **TELEPHONE NO.**

force

**Reason** CATS **Row** S.lot **Entered by Emp.#** 767 **Initials** DT **Truck#** 162

## POLICE HOLD ☐YES ☒NO

**Signature of Officer** _____ **Badge#** ____ **Police Agency** CATS **Date** 5-11-16
BT Towing (Rev. 1-14)    **Checked:** LEIN ☐ NCIC ☐

---

DETROIT
DEPARTMENT
POLICE

## IMPOUNDED VEHICLE
C of D-633 RE (10-76)    DPD 406

1FAFP52U9YA24 3

| MAKE | STYLE | YEAR | COLOR | LIC. PLATE NO. | STATE | V.I.N |
|---|---|---|---|---|---|---|
| Ford | Taurus | 00 | Green | DHS0351 | | |

**COMPLAINING OFFICER** JeBe7 **BADGE NO.** **COMMAND** CATS **REASON FOR IMPOUNDING** Proper Ownership **DATE IMPOUNDED** 5/11/16

**FROM WHOM TAKEN ARRESTED** **ADDRESS** **PHONE NO.** **TIME IMPOUNDED** 1 PM

**IMPOUNDED AT (ORIGINAL STREET LOCATION)** 9814 Dryden **HELD AT (COMMAND)** Gmes **VEHICLE MAY BE RELEASED FROM DEPARTMENT?** ☒ YES ☐ NO - HOLD

**HOLD FOR CRIME** **PER (RANK & NAME)** **COMMAND** **KEYS** ☐ IGNITION ☐ TRUNK **PROPERTY TAG NO.**

**ANTI-FREEZE CAP?** ☐ YES ☐ NO **SIGNATURE OF PERSON FROM WHOM TAKEN** **ENTERED IN COMP. BY**

### TRANSFER OF VEHICLE TO AUTO POUND

**COMPUTER UPDATE BY** **TRANSFERRED TO AUTO POUND FROM** **OFFICER OR TOW CO. TRANSFERRING** **TOW FEE** $

**DATE IN POUND** **RECEIVED BY** **AISLE**

### RELEASE OF VEHICLE FROM DEPARTMENT

**RELEASED TO** **ADDRESS** **CITY** **PHONE NO.**

**DRIVER OR TOW CO. TAKING VEHICLE** **OPERATOR'S LICENSE NO.** **RELEASE NO.** **TOW FEE** $ **STORAGE FEE** $

**OFFICER RELEASING** **BADGE NO.** **COMMAND** **AUTHORIZED BY** **BADGE NO.** **COMMAND**

**SIGNATURE OF PERSON TO WHOM VEHICLE WAS RELEASED** **PROOF OF OWNERSHIP** ☐ TITLE ☐ REGISTRATION **DATE RELEASED** **TIME**

Michigan Department of State
## ABANDONED VEHICLE/VESSEL – BILL OF SALE
Please note: Vehicle includes motor vehicles, ORVs, and snowmobiles.  Vessel includes watercraft.

The owner of record as kept by the Secretary of State of the vehicle/vessel may request a hearing with the named court to contest whether the vehicle/vessel was properly removed or deemed abandoned, or whether the towing and storage fees are reasonable, by filing a petition within 20 days of the date of this notice unless the vehicle/vessel is determined to be an unregistered, abandoned, scrap vehicle/vessel.

|  |  |
|---|---|
| Date of Notice | 06/09/2016 |
| Complaint Number | 8234904-53 |

*27*

| | | |
|---|---|---|
| DETROIT POLICE DEPT | Court Name | 36TH DISTRICT COURT |
| 2121 W FORT ST | Court Address | 421 MADISON AVE |
| ABANDONED VEHICLE TASK FORCE | | 5TH FLOOR |
| DETROIT, MI | 48216 | DETROIT, MI |

48226

**Notice to Law Enforcement Agency:**
Our records indicate that the law enforcement agency above notified the Secretary of State through LEIN of the abandoned vehicle/vessel listed below.  On the date of this notice, the Secretary of State sent an Abandoned Vehicle/Vessel Notice to the owner of record as kept by the Secretary of State and to the secured parties on record.

The back of this form may be used as a Bill of Sale following an auction.  Please make a copy of this notice for the law enforcement agency's records, if needed.  Once the vehicle/vessel has been disposed (claimed and redeemed by the owner, sold, released to the towing agency, custodian or a governmental unit, or scrapped), please enter the disposition of the vehicle/vessel through LEIN.
Michigan law [MCL 257.252g(2) and Sections 80130k(2), 81151, and 82161 2014 PA 549] provides that the money received from the public sale of a vehicle or vessel be applied in the following order of priority:
- Towing and storage charges
- Expenses incurred by the police agency or custodian
- Payment of the $40 abandoned fee, to be disbursed as follows:
  - Remit $25 to State of Michigan
  - Remit the remaining $15 of the abandoned fee to the towing agency.
- Any extra money shall be sent to the Michigan Department of Treasury's unclaimed property division

**Vehicle Information:**

| Year | Make | VIN/HIN/Serial Number | Model and Body Style | |
|---|---|---|---|---|
| 2000 | FORD | 1FAFP52U9YA243840 | | 4D |

**Owner Name and Address:**
ROSIELETTA JAMESE CLEVELAND
19470 PREVOST ST
DETROIT        MI 48235

**First Secured Party Name and Address:**
CARMENS AUTO SALES III
45 E 8 MILE RD
HAZEL PARK        MI 48030

**Second Secured Party Name and Address:**

*41949488*

**Law Enforcement Agency Name and Address:**
DETROIT POLICE DEPT        ABANDONED VEHICLE TASK FORCE
2121 W FORT ST            48216
DETROIT, MI

**Date Vehicle/Vessel Taken Into Custody and Approximate Location From Which It Was Taken Into Custody:**
05/11/2016 10565 GRAND RIVER        DETROIT

**Custodian – Location  Where Vehicle/Vessel is Held:**
BOULEVARD TRUMBULL TOWING INC
2411 VINEWOOD ST
DETROIT        MI 48216

TR-52L (Rev. 04/2016)

# Call Receipt

**Boulevard & Trumbull**
**2411 Vinewood Street**
**Detroit, MI  48216**
**Phone: 313-202-1700**
**Fax: 313-841-6641**

Tow Ticket #: 66540833

**Customer:** DPDCATS-COMMERCIAL AUTO

Vehicle:  2000 Ford Taurus Green Four Door                                   Tag: MI DHS-0351
VIN:  1FAFP52U9YA243840                    Odometer:                    Owner Name:

Towed From:   10565 Grand River                                      **Call Taken/Appointment**
Towed To:   {VINE} Small Lot Fence                                            05/11/16 13:09
Date Into Lot:  05/11/16 17:32     Date Out:        Stop Billing Date:  07/15/16 00:00
Lot Location:   2411 Vinewood - small lot                      Released By:
Control Customer:  DPDCATS-COMMERCIAL AUTO   Police #:  CATS   Elapsed Time (mins.):  263

---

**Tow Charges**                                                                  125.00
    Light Duty Towing Charge                                   10.00
    Auction Advertising                                        75.00
    City of Detroit Admin Fee                                  40.00
    Michigan Statutory Assessment                              50.00
    TR52 Administrative Fee

**Storage Charges**                                                              990.00
    Outdoor Storage Charge
    66.00 Day(s) @ $15.00/Day

| | |
|---|---|
| Sub Total ($): | 1,290.00 |
| Tax ($): | 0.00 |
| Total Price ($): | 1,290.00 |
| Payments Received ($): | 0.00 |
| **Amount Due:** | **$1,290.00** |

THE UNDERSIGNED hereby for themselves, their principals, heirs, executors. successors, and assigns (collectively referred to as "Releasing Party") agree as follows:
1. Releasing Party releases and forever discharges, waives and releases Boulevard Trumbull and E & G Towing, its employees, and representative insurance companies (herein collectively referred to as the "Released Party") from any action, cause of action or claim for any and all damages suits claims or causes of action allegedly related to or arising out of Released Party's custody, control, transport, handling, or manipulation, in any way, of Releasing Party's property;
2. Releasing Party has had the opportunity to inspect his/her property and make a judgment as to its condition and has determined after inspection that Released Party has returned Releasing Party's property without damage;
3. Releasing Party agrees not to make any claim or take any proceedings against any person, corporation, or entity who might claim contribution or indemnity under the provision of any statute or otherwise.
4. Releasing Party understands and agrees that any payment, repair and/or consideration received from or performed by Released Party does not constitute any admission of liability on the part of the Released Party;
5. Releasing Party has knowingly and voluntarily claimed its property subject to this agreement, the terms of which are fully understood by Releasing Party. Releasing Party further covenants that any payment, repair, or other consideration provided for herein are the sole consideration of this release and is accepted voluntarily as a full and final settlement of any and all claims Releasing Party believes it has or may have.
6. Arbitration. Any controversy or dispute arising among the parties or under this agreement shall be resolved by arbitration conducted at Southfield, Michigan, in accordance with the rules of the American Arbitration Association. Judgment on any award rendered by the arbitrator(s) may be entered in any court having jurisdiction thereof.
7. In the event that any towing charges, lien expense and/or storage fee is unpaid on the Releasing Party's property, Releasing Party also agrees to pay reasonable attorney fees and other costs incurred for collection.

WITNESSED AND SIGNED this day of _____        IN THE PRESENCE OF:


_____              _____
Witness (Please Print)                                                    Signature (Releasing Party)

8/25/2016 01:07 PM                                                              Page 1 of 1

**Boulevard & Trumbull**     Call # 540833     **Invoice #66540833**

**Call Status:** Inventory

**Tow Customer:** DPDCATS-COMMERCIAL AUTO
**Location:** 10565 Grand River
**Tow Type:** Light Duty
**Reason:**
**No Charge:** No      **Portal To Portal:** No
**Control Customer:** DPDCATS-COMMERCIAL AUTO

**Call Taken:** 5/11/16 13:09 by tthomas
**Sale Customer:**
**Destination:** {VINE} Small Lot Fence
**Priority:** 1      **Appointment:**      **ETA:** 5/11/16 13:27      **Mileage Reqd.:** No      **Discount %:** 0.00
**Truck Reqd.:**
**2nd Commission Applies:** No      **Last Mod:** 8/25/16 13:07 by lpainter
**Caller:**      **Phone #:**

**Dispatch Notes:** Admin fees must always be collected whether DPD states give back for free or it is a title. Always collect the $75.00 fee.
**Driver Notes:** LD-$125, 75 Ad Fee, $15 stg(ad trk $75) MD-$175, $75 fee, $20 Stge HD-$300, $75 fee, $25 Stg, EX trk $150 hr max 6hr, Boats/Rec $100 No  BBall Hoops

**Yr/Make/Model:** 2000 Ford Taurus      **Color/Body:** Green Four Door      **License:** MI DHS-0351
**VIN:** 1FAFP52U9YA243840      **Odometer:**      **Tag Expiry:**      **Other Info:**
**Zone:**      **Police #:** CATS      **Police Beat:**
**User Defined #1:** Auction 7/15/16
**Call Source:** TOPS      **Seller:**      **System Data:**

**Driver:** DON TURNER [767]      **Truck #:** 162      **Status:** Completed
**Assigned:** 5/11/16 13:12 by tthomas      **Dispatched:** 5/11/16 13:12 by tthomas      **Acknowledged:** 5/11/16 13:23 by tthomas
**Arrived:** 5/11/16 13:59 by dturner2      **Hooked:** 5/11/16 13:59 by dturner2      **Dropped:** 5/11/16 14:40 by tthomas
**Completed:** 5/11/16 17:32 by montis1      **Total Mileage:**      **Commissionable Amount ($):**

**Lot:** 2411 Vinewood      **Date In:** 5/11/2016  5:32:23PM      **Date Out:** by
**Lot Location:** small lot      **Stop Billing Date:** 07/15/2016      **Planned Auction Date:** 7/15/2016 12:00:00AM
**Final Disposition:** In Inventory      **User Defined:**

| Re | Driver #|Truck # | Min.|Max. | Qty. | Calc | Flat | Qty|Rate ($) | Units | Flat | Qty|Rate ($) | Units | Flat|Rate ($)|Unit | DTC | Price ($) |
|----|--------|------|---------|------|------|------|------|------|-------|------|------|------|------|------|-----|
| N | 767 | 162 | | 1.00 | N | Y | 125.00 | | N | | | | N | YNY | 125.00 |
| | Description: Light Duty Towing Charge | | | | | | | | | | | Last Modification: 5/11/16 13:09 by tthomas | | | |
| N | | | | 1.00 | N | Y | 10.00 | | N | | | | N | NNN | 10.00 |
| | Description: Auction Advertising | | | | | | | | | | | Last Modification: 8/25/16 13:05 by lpainter | | | |
| N | | | | 1.00 | N | Y | 75.00 | | N | | | | N | NNN | 75.00 |
| | Description: City of Detroit Admin Fee | | | | | | | | | | | Last Modification: 5/11/16 17:33 by montis1 | | | |
| N | | | | 1.00 | N | Y | 40.00 | | N | | | | N | NNN | 40.00 |
| | Description: Michigan Statutory Assessment | | | | | | | | | | | Last Modification: 5/11/16 17:33 by montis1 | | | |
| N | | | | 1.00 | N | Y | 50.00 | | N | | | | N | NNN | 50.00 |
| | Description: TR52 Administrative Fee | | | | | | | | | | | Last Modification: 8/25/16 13:05 by lpainter | | | |
| N | | | | 66.00 | Y | N | 15.00 | D | N | | | D | N | NNN | 990.00 |
| | Description: Outdoor Storage Charge | | | | | | | | | | | Last Modification: 8/25/16 13:05 by lpainter | | | |

Sub Total ($): 1,290.00
Discount Sub Total ($): 125.00 @ 0.00% = 0.00
Taxable Sub Total ($): 0.00 @ 0.00% = 0.00

**Total ($): 1,290.00**

8/25/2016 01:07 PM

Page 1 of 2

540914

# ABANDONED VEHICLE REPORT
(Print with ballpoint pen)

Control # / Report # _____

Photograph Taken? ☐ Yes ☐ No

Ord. Violation No. _____

Location ☐ Front of
Vehicle: ☐ Rear of (Address)     10565 Grand River

Between _____ and _____

Year 01   Make PT CRUISER   Body Style 4 DOOR   Color WHIT

Year _____ State _____ Lic. No. _____ VIN 3C81F1Y41B1B16111T151512151812

Name of Owner
If Known _____ Address _____   Telephone No. _____

Condition: ☐ Junk ☐ Poor ☐ Fair ☐ Good ☐ Exceptional  • Converter ☐ Yes ☐ No   Dolly required? Yes ☐ No ☐

☐ Owner
☐ Renter
☐ Manager

I hereby request the Designated Police Agency to dispose of the described vehicle which has remained on land owned or controlled by me, without my consent, for the last 48 hours.

NAMES OF COMPLAINANTS OR WITNESSES          ADDRESS          TELEPHONE NO.

Reason CATS   Row Slot FENCE   Entered by Emp.# 8926 Initials FH   Truck# 529

POLICE HOLD ☐ YES ☒ NO

Signature of Officer _____ Badge# _____ Police Agency _____ Date 5-11-16
BT Towing (Rev. 1-14)                                              Checked: LEIN ☐    NCIC ☐

---

DETROIT
DEPARTMENT
POLICE

# IMPOUNDED VEHICLE
C of D-653 RE -10 76)          O PC -06

| MAKE | STYLE | YEAR | COLOR | LIC. PLATE NO. | STATE | V.I.N. |
|------|-------|------|-------|----------------|-------|--------|
| CRYSLR | PT CRUZ | 01 | WHI | CGD0073 | MI | 3C8FY4BB6ITSS25 |

| COMPLAINING OFFICER | BADGE NO. | COMMAND | REASON FOR IMPOUNDING | DATE IMPOUNDED |
|---|---|---|---|---|
| HALL | 634 | CATS | Piper Ownershp | 5/11/16 |

| FROM WHOM TAKEN ARRESTED | ADDRESS | | PHONE NO. | TIME IMPOUNDED |
|---|---|---|---|---|
| | | | | 1 PM |

| IMPOUNDED AT ORIGINAL STREET LOCATION | HELD AT COMMAND | VEHICLE MAY BE RELEASED FROM DEPARTMENT? | |
|---|---|---|---|
| 9814 Dryden | Genes | ☒ YES  ☐ NO - HOLD | |

| HOLD FOR CRIME | PER (RANK & NAME) COMMAND | KEYS | PROPERTY TAG NO. |
|---|---|---|---|
| | | ☒ IGNITION ☐ TRUNK | |

| ANTI-FREEZE OK? ☐ YES ☐ NO | SIGNATURE OF PERSON FROM WHOM TAKEN | | ENTERED IN COMP. BY |
|---|---|---|---|

## TRANSFER OF VEHICLE TO AUTO POUND

| COMPUTER UPDATE BY | TRANSFERRED TO AUTO POUND FROM | OFFICER OR TOW CO. TRANSFERRING. | TOW FEE $ |
|---|---|---|---|
| DATE IN POUND | RECEIVED BY | | AISLE |

## RELEASE OF VEHICLE FROM DEPARTMENT

| RELEASED TO | ADDRESS | CITY | PHONE NO. |
|---|---|---|---|
| DRIVER OR TOW CO. TAKING VEHICLE | OPERATOR'S LICENSE NO. | RELEASE NO. | TOW FEE $ | STORAGE FEE $ |
| OFFICER RELEASING | BADGE | COMMAND | AUTHORIZED BY | BADGE NO. | COMMAND |
| SIGNATURE OF PERSON TO WHOM VEHICLE WAS RELEASED | | PROOF OF OWNERSHIP ☐ TITLE ☐ REGISTRATION | DATE RELEASED | TIME |

Michigan Department of State
## ABANDONED VEHICLE/VESSEL – BILL OF SALE
Vessel includes watercraft.
*Please note: Vehicle includes motor vehicles, ORVs, and snowmobiles.*

*The owner of record as kept by the Secretary of State of the vehicle/vessel may request a hearing with the named court to contest whether the vehicle/vessel was properly removed or deemed abandoned, or whether the towing and storage fees are reasonable, by filing a petition within 20 days of the date of this notice unless the vehicle/vessel is determined to be an unregistered, abandoned, scrap vehicle/vessel.*

| | | |
|---|---|---|
| Date of Notice | 06/09/2016 | |
| Complaint Number | 8234904-53 | |

DETROIT POLICE DEPT
2121 W FORT ST
ABANDONED VEHICLE TASK FORCE    48216
DETROIT, MI

Court Name     36TH DISTRICT COURT
Court Address  421 MADISON AVE
               5TH FLOOR                    48226
               DETROIT, MI

### Notice to Law Enforcement Agency:

Our records indicate that the law enforcement agency above notified the Secretary of State through LEIN of the abandoned vehicle/vessel listed below. On the date of this notice, the Secretary of State sent an Abandoned Vehicle/Vessel Notice to the owner of record as kept by the Secretary of State and to the secured parties on record.

The back of this form may be used as a Bill of Sale following an auction. Please make a copy of this notice for the law enforcement agency's records, if needed. Once the vehicle/vessel has been disposed (claimed and redeemed by the owner, sold, released to the towing agency, custodian or a governmental unit, or scrapped), please enter the disposition of the vehicle/vessel through LEIN.

Michigan law [MCL 257.252g(2) and Sections 80130k(2), 81151, and 82161 2014 PA 549] provides that the money received from the public sale of a vehicle or vessel be applied in the following order of priority:

- Towing and storage charges
- Expenses incurred by the police agency or custodian
- Payment of the $40 abandoned fee, to be disbursed as follows:
  - Remit $25 to State of Michigan
  - Remit the remaining $15 of the abandoned fee to the towing agency.
- Any extra money shall be sent to the Michigan Department of Treasury's unclaimed property division

**Vehicle Information:**

| Year | Make | VIN/HIN/Serial Number | Model and Body Style |
|---|---|---|---|
| 2001 | CHRYSLER | 3C8FY4BB61T552582 | SW |

**Owner Name and Address:**
ENDIA TOWNSEND
16222 OXLEY RD APT 101
SOUTHFIELD        MI 48075

**First Secured Party Name and Address:**
CARMENS AUTO SALES III
45 E 8 MILE
HAZEL PARK        MI 48030

**Second Secured Party Name and Address:**

41949462

**Law Enforcement Agency Name and Address:**
DETROIT POLICE DEPT          ABANDONED VEHICLE TASK FORCE
2121 W FORT ST
DETROIT, MI       48216

Date Vehicle/Vessel Taken Into Custody and Approximate Location From Which It Was Taken Into Custody:
05/11/2016 10565 GRAND RIVER    DETROIT

Custodian – Location Where Vehicle/Vessel is Held:
BOULEVARD TRUMBULL TOWING INC
2411 VINEWOOD ST
DETROIT        MI 48216

TR-52L (Rev. 04/2016)

# Call Receipt

**Boulevard & Trumbull**
**2411 Vinewood Street**
**Detroit, MI 48216**
**Phone: 313-202-1700**
**Fax: 313-841-6641**

**Tow Ticket #:** 66540914

**Customer:** DPDCATS-COMMERCIAL AUTO

| | | | |
|---|---|---|---|
| **Vehicle:** 2001 Chrysler PT Cruiser White Van | | **Tag:** NO PLATE | |
| **VIN:** 3C8FY4BB61T552582 | **Odometer:** | **Owner Name:** | |

**Call Taken/Appointment**

| | | |
|---|---|---|
| **Towed From:** 10565 Grand River | | 05/11/16  16:10 |
| **Towed To:** {VINE} Small Lot Fence | | **Stop Billing Date:** 07/15/16  00:00 |
| **Date Into Lot:** 05/11/16  16:12 | **Date Out:** | **Released By:** |
| **Lot Location:** 2411 Vinewood | | |
| **Control Customer:** DPDCATS-COMMERCIAL AUTO | **Police #:** CATS | **Elapsed Time (mins.):** 2 |

## Tow Charges

| | |
|---|---|
| Light Duty Towing Charge | 125.00 |
| Auction Advertising | 10.00 |
| City of Detroit Admin Fee | 75.00 |
| Michigan Statutory Assessment | 40.00 |
| TR52 Administrative Fee | 50.00 |

## Storage Charges

| | |
|---|---|
| Outdoor Storage Charge | 990.00 |
| 66.00 Day(s) @ $15.00/Day | |

| | |
|---|---|
| **Sub Total ($):** | 1,290.00 |
| **Tax ($):** | 0.00 |
| **Total Price ($):** | 1,290.00 |
| **Payments Received ($):** | 0.00 |
| **Amount Due:** | $1,290.00 |

THE UNDERSIGNED hereby for themselves, their principals, heirs, executors, successors, and assigns (collectively referred to as "Releasing Party") agree as follows:
1. Releasing Party releases and forever discharges, waives and releases Boulevard Trumbull and E & G Towing, its employees, and representative insurance companies (herein collectively referred to as the "Released Party") from any action, cause of action or claim for any and all damages suits claims or causes of action allegedly related to or arising out of Released Party's custody, control, transport, handling, or manipulation, in any way, of Releasing Party's property;
2. Releasing Party has had the opportunity to inspect his/her property and make a judgment as to its condition and has determined after inspection that Released Party has returned Releasing Party's property without damage;
3. Releasing Party agrees not to make any claim or take any proceedings against any person, corporation, or entity who might claim contribution or indemnity under the provision of any statute or otherwise.
4. Releasing Party understands and agrees that any payment, repair and/or consideration received from or performed by Released Party does not constitute any admission of liability on the part of the Released Party;
5. Releasing Party has knowingly and voluntarily claimed its property subject to this agreement, the terms of which are fully understood by Releasing Party. Releasing Party further covenants that any payment, repair, or other consideration provided for herein are the sole consideration of this release and is accepted voluntarily as a full and final settlement of any and all claims Releasing Party believes it has or may have.
6. Arbitration. Any controversy or dispute arising among the parties or under this agreement shall be resolved by arbitration conducted at Southfield, Michigan, in accordance with the rules of the American Arbitration Association. Judgment on any award rendered by the arbitrator(s) may be entered in any court having jurisdiction thereof.
7. In the event that any towing charges, lien expense and/or storage fee is unpaid on the Releasing Party's property, Releasing Party also agrees to pay reasonable attorney fees and other costs incurred for collection.

WITNESSED AND SIGNED this day of _____          IN THE PRESENCE OF:

_____          _____
                                  Signature (Releasing Party)

_____
Witness (Please Print)

8/25/2016 11:36 AM

Page 1 of 1

**Boulevard & Trumbull**     **Call # 540914**     **Invoice #66540914**

| | |
|---|---|
| **Call Status:** Inventory | **Call Taken:** 5/11/16 16:10 by lpainter |
| **Tow Customer:** DPDCATS-COMMERCIAL AUTO | **Sale Customer:** |
| **Location:** 10565 Grand River | **Destination:** {VINE} Small Lot Fence |

**Tow Type:** Light Duty    **Priority:** 1    **Appointment:**    **ETA:** 5/11/16 13:27

**Truck Reqd.:**    **Mileage Reqd:** No    **Discount %:** 0.00

**Reason:**

**No Charge:** No    **Portal To Portal:** No    **2nd Commission Applies:** No    **Last Mod:** 8/25/16 11:36 by lpainter

**Control Customer:** DPDCATS-COMMERCIAL AUTO    **Caller:**    **Phone #:**

**Dispatch Notes:** Admin fees must always be collected whether DPD states give back for free or it is a title. Always collect the $75.00 fee.

**Driver Notes:** LD-$125, 75 Ad Fee, $15 stg(ad trk $75) MD-$175, $75 fee, $20 Stge HD-$300, $75 fee, $25 Stg, EX trk $150 hr max 6hr, Boats/Rec $100 No BBall Hoops

**Yr/Make/Model:** 2001 Chrysler PT Cruiser    **Color/Body:** White Van    **License:** NO PLATE

**VIN:** 3C8FY4BB61T552582    **Odometer:**    **Tag Expiry:**    **Other Info:**

**Zone:**    **Police #:** CATS    **Police Beat:**

**User Defined #1:** Auction 7/15/16

**Call Source:** TOPS    **Seller:**    **System Data:**

---

**Driver:** Frank Havier 926 [926]    **Truck #:** 529    **Status:** Completed

**Assigned:** 5/11/16 16:11 by lpainter    **Dispatched:** 5/11/16 16:12 by lpainter    **Acknowledged:** 5/11/16 16:12 by lpainter

**Arrived:** 5/11/16 16:12 by lpainter    **Hooked:** 5/11/16 16:12 by lpainter    **Dropped:** 5/11/16 16:12 by lpainter

**Completed:** 5/11/16 16:12 by lpainter    **Total Mileage:**    **Commissionable Amount ($):**

---

**Lot:** 2411 Vinewood    **Date In:** 5/11/2016  4:12:19PM    **Date Out:** by

**Lot Location:**    **Stop Billing Date:** 07/15/2016    **Planned Auction Date:** 7/15/2016

**Final Disposition:** In Inventory    **User Defined:**    12:00:00AM

| Re | Driver # | Truck # | Min. | Max. | Qty. | Calc | Flat | Qty | Rate ($) | Units | Flat | Qty | Rate ($) | Units | Flat | Rate ($) | Unit | DTC | Price ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | **Initial** | | | **Secondary** | | | **Tertiary** | | | **Total** |
| N | 926 | 529 | | | 1.00 | N | Y | | 125.00 | | N | | | | N | | YNY | 125.00 |
| | Description: | Light Duty Towing Charge | | | | | | | | | | | | | | Last Modification: 5/11/16 16:10 by lpainter | | | |
| N | | | | | 1.00 | N | Y | | 10.00 | | N | | | | N | | NNN | 10.00 |
| | Description: | Auction Advertising | | | | | | | | | | | | | | Last Modification: 8/25/16 11:34 by lpainter | | | |
| N | | | | | 1.00 | N | Y | | 75.00 | | N | | | | N | | NNN | 75.00 |
| | Description: | City of Detroit Admin Fee | | | | | | | | | | | | | | Last Modification: 5/11/16 16:12 by lpainter | | | |
| N | | | | | 1.00 | N | Y | | 40.00 | | N | | | | N | | NNN | 40.00 |
| | Description: | Michigan Statutory Assessment | | | | | | | | | | | | | | Last Modification: 5/11/16 16:12 by lpainter | | | |
| N | | | | | 1.00 | N | Y | | 50.00 | | N | | | | N | | NNN | 50.00 |
| | Description: | TR52 Administrative Fee | | | | | | | | | | | | | | Last Modification: 8/25/16 11:34 by lpainter | | | |
| N | | | | | 66.00 | Y | N | | 15.00 | D | N | | | | D | N | | 990.00 |
| | Description: | Outdoor Storage Charge | | | | | | | | | | | | | | Last Modification: 8/25/16 11:34 by lpainter | | | |

| | |
|---|---|
| **Sub Total ($):** | 1,290.00 |
| **Discount Sub Total ($):** 125.00 @ 0.00% = | 0.00 |
| **Taxable Sub Total ($):** 0.00 @ 0.00% = | 0.00 |
| **Total ($):** | 1,290.00 |

8/25/2016 11:36 AM        Page 1 of 2

540875

# ABANDONED VEHICLE REPORT
(Print with ballpoint pen)

Control # / Report # _____

Photograph Taken? ☑ Yes ☐ No

Ord. Violation No. _____

Location ☐ Front of
Vehicle: ☐ Rear of (Address) _____ 18565 Grandriver _____

Between _____ and _____

Year 2001   Make Volkswagon   Body Style Bettle Hatch Back   Color Black

Year _____ State _____ Lic. No. NONE   VIN 3 V W C D 2 1 C 3 1 M 4 6 4 8 6 8

Name of Owner
If Known _____   Address _____   Telephone No. _____

Condition: ☐ Junk ☑ Poor ☐ Fair ☐ Good ☐ Exceptional  •  Converter ☐ Yes ☑ No   Dolly required? Yes ☐ No ☑

☐ Owner
☐ Renter
☑ Manager

I hereby request the Designated Police Agency to dispose of the described vehicle which has remained on land owned or controlled by me, without my consent, for the last 48 hours.   No Keys

NAMES OF COMPLAINANTS OR WITNESSES _____   ADDRESS _____   TELEPHONE NO. _____

Reason CATS   Row SL Fence   Entered by Emp.# 767   Initials DT   Truck# 162

**POLICE HOLD** ☐ YES ☑ NO

Signature of Officer _____   Badge# _____   Police Agency Cats   Date 5-1-16

BT Towing (Rev. 1-14)   Checked: LEIN ☐   NCIC ☐

Michigan Department of State

## ABANDONED VEHICLE/VESSEL – BILL OF SALE

*Please note: Vehicle includes motor vehicles, ORVs, and snowmobiles.  Vessel includes watercraft.*

The owner of record as kept by the Secretary of State of the vehicle/vessel may request a hearing with the named court to contest whether the vehicle/vessel was properly removed or deemed abandoned, or whether the towing and storage fees are reasonable, by filing a petition within 20 days of the date of this notice unless the vehicle/vessel is determined to be an unregistered, abandoned, scrap vehicle/vessel.

| | | |
|---|---|---|
| Date of Notice | 06/09/2016 | |
| Complaint Number | 8234904-53 | |

| | Court Name | 36TH DISTRICT COURT |
|---|---|---|
| | Court Address | 421 MADISON AVE |
| DETROIT POLICE DEPT | | 5TH FLOOR |
| 2121 W FORT ST | | DETROIT, MI |
| ABANDONED VEHICLE TASK FORCE   48216 | | |
| DETROIT, MI | | |

48226

### Notice to Law Enforcement Agency:

Our records indicate that the law enforcement agency above notified the Secretary of State through LEIN of the abandoned vehicle/vessel listed below.  On the date of this notice, the Secretary of State sent an Abandoned Vehicle/Vessel Notice to the owner of record as kept by the Secretary of State and to the secured parties on record.

The back of this form may be used as a Bill of Sale following an auction.  Please make a copy of this notice for the law enforcement agency's records, if needed.  Once the vehicle/vessel has been disposed (claimed and redeemed by the owner, sold, released to the towing agency, custodian or a governmental unit, or scrapped), please enter the disposition of the vehicle/vessel through LEIN.

Michigan law [MCL 257.252g(2) and Sections 80130k(2), 81151, and 82161 2014 PA 549] provides that the money received from the public sale of a vehicle or vessel be applied in the following order of priority:

- Towing and storage charges
- Expenses incurred by the police agency or custodian
- Payment of the $40 abandoned fee, to be disbursed as follows:
  - Remit $25 to State of Michigan
  - Remit the remaining $15 of the abandoned fee to the towing agency.
  - Remit the remaining $15 of the abandoned fee to the Michigan Department of Treasury's unclaimed property division
- Any extra money shall be sent to the Michigan Department of Treasury's unclaimed property division

### Vehicle Information:

| | | VIN/HIN/Serial Number | Model and Body Style | |
|---|---|---|---|---|
| Year | Make | | | 2D |
| 2001 | VOLKSWAGEN | 3VWCD21C31M464868 | | |

**Owner Name and Address:**
NEFERTITI JASMINE YOUNG
12545 CHAREST ST
DETROIT                MI 48212

**First Secured Party Name and Address:**

**Second Secured Party Name and Address:**

4194471

**Law Enforcement Agency Name and Address:**
DETROIT POLICE DEPT                          ABANDONED VEHICLE TASK FORCE
2121 W FORT ST                    48216
DETROIT, MI

**Date Vehicle/Vessel Taken Into Custody and Approximate Location From Which It Was Taken Into Custody:**
05/11/2016 10565 GRAND RIVER          DETROIT

**Custodian – Location  Where Vehicle/Vessel is Held:**
BOULEVARD TRUMBULL TOWING INC
2411 VINEWOOD ST
DETROIT              MI 48216

TR-52L (Rev. 04/2016)

## Call Receipt

**Boulevard & Trumbull**
**2411 Vinewood Street**
**Detroit, MI 48216**
**Phone: 313-202-1700**
**Fax: 313-841-6641**

Tow Ticket #: 66540875

Customer: DPDCATS-COMMERCIAL AUTO

Tag: NO PLATE

| | | Owner Name: |
|---|---|---|
| Vehicle: | 2001 Volkswagen New Beetle Black Hatchback | |
| VIN: | 3VWCD21C31M464868 | Odometer: |

**Call Taken/Appointment**

| | | |
|---|---|---|
| Towed From: | 10565 Grand River | 05/11/16 14:35 |
| Towed To: | {VINE} Small Lot Fence | Stop Billing Date: 07/15/16 00:00 |
| Date Into Lot: | 05/11/16 17:33   Date Out: | Released By: |
| Lot Location: | 2411 Vinewood - small lot | |
| Control Customer: | DPDCATS-COMMERCIAL AUTO | Police #: CATS   Elapsed Time (mins.): 178 |

---

| Tow Charges | | 125.00 |
|---|---|---|
| | Light Duty Towing Charge | 10.00 |
| | Auction Advertising | 75.00 |
| | City of Detroit Admin Fee | 40.00 |
| | Michigan Statutory Assessment | 50.00 |
| | TR52 Administrative Fee | |
| **Storage Charges** | | **990.00** |
| | Outdoor Storage Charge | |
| | 66.00 Day(s) @ $15.00/Day | |

| | |
|---|---|
| Sub Total ($): | 1,290.00 |
| Tax ($): | 0.00 |
| Total Price ($): | 1,290.00 |
| Payments Received ($): | 0.00 |
| Amount Due: | $1,290.00 |

THE UNDERSIGNED hereby for themselves, their principals, heirs, executors, successors, and assigns (collectively referred as "Releasing Party") agree as follows:
1. Releasing Party releases and forever discharges, waives and releases Boulevard Trumbull and E & G Towing, its employees, and representative insurance companies (herein collectively referred to as the "Released Party") from any action, cause of action or claim for any and all damages suits claims or causes of action allegedly related to or arising out of Released Party's custody, control, transport, handling, or manipulation, in any way, of Releasing Party's property;
2. Releasing Party has had the opportunity to inspect his/her property and make a judgment as to its condition and has determined after inspection that Released Party has returned Releasing Party's property without damage;
3. Releasing Party agrees not to make any claim or take any proceedings against any person, corporation, or entity who might claim contribution or indemnity under the provision of any statute or otherwise.
4. Releasing Party understands and agrees that any payment, repair and/or consideration received from or performed by Released Party does not constitute any admission of liability on the part of the Released Party;
5. Releasing Party has knowingly and voluntarily claimed its property subject to this agreement, the terms of which are fully understood by Releasing Party. Releasing Party further covenants that any payment, repair, or other consideration provided for herein are the sole consideration of this release and is accepted voluntarily as a full and final settlement of any and all claims Releasing Party believes it has or may have.
6. Arbitration. Any controversy or dispute arising among the parties or under this agreement shall be resolved by arbitration conducted at Southfield, Michigan, in accordance with the rules of the American Arbitration Association. Judgment on any award rendered by the arbitrator(s) may be entered in any court having jurisdiction thereof.
7. In the event that any towing charges, lien expense and/or storage fee is unpaid on the Releasing Party's property, Releasing Party also agrees to pay reasonable attorney fees and court costs incurred for collection.

WITNESSED AND SIGNED this day of _____        IN THE PRESENCE OF:

_____                    _____
                                                                        Signature (Releasing Party)
Witness (Please Print)

8/25/2016 11:54 AM

# Boulevard & Trumbull
## Call # 540875
## Invoice #66540875

| | |
|---|---|
| **Call Status:** Inventory | **Call Taken:** 5/11/16 14:35 by tthomas |
| **Tow Customer:** DPDCATS-COMMERCIAL AUTO | **Sale Customer:** |
| **Location:** 10565 Grand River | **Destination:** {VINE} Small Lot Fence |
| **Tow Type:** Light Duty      **Priority:** 1 | **Appointment:**      **ETA:** 5/11/16 13:27 |
| **Reason:**      **Truck Reqd.:** | **Mileage Reqd.:** No      **Discount %:** 0.00 |
| **No Charge:** No      **Portal To Portal:** No      **2nd Commission Applies:** No | **Last Mod.:** 8/25/16 11:54 by lpainter |
| **Control Customer:** DPDCATS-COMMERCIAL AUTO | **Caller:**      **Phone #:** |

**Dispatch Notes:** Admin fees must always be collected whether DPD states give back for free or it is a title. Always collect the $75.00 fee.
**Driver Notes:** LD-$125, 75 Ad Fee, $15 stg(ad trk $75) MD-$175, $75 fee, $20 Stge HD-$300, $75 fee, $25 Stg, EX trk $150 hr max 6hr, Boats/Rec $100 No  BBall Hoops

**Yr/Make/Model:** 2001 Volkswagen New Beetle      **Color/Body:** Black Hatchback      **License:** NO PLATE
**VIN:** 3VWCD21C31M464868      **Odometer:**      **Tag Expiry:**      **Other Info:**
**Zone:**      **Police #:** CATS      **Police Beat:**
**User Defined #1:** Auction 7/15/16
**Call Source:** TOPS      **Seller:**      **System Data:**

---

| | |
|---|---|
| **Driver:** DON TURNER [767] | **Truck #:** 162      **Status:** Completed |
| **Assigned:** 5/11/16 14:40 by tthomas | **Dispatched:** 5/11/16 14:40 by tthomas      **Acknowledged:** 5/11/16 14:41 by tthomas |
| **Arrived:** 5/11/16 14:53 by tthomas | **Hooked:** 5/11/16 15:22 by tthomas      **Dropped:** 5/11/16 15:30 by tthomas |
| **Completed:** 5/11/16 17:33 by montis1 | **Total Mileage:**      **Commissionable Amount ($):** |

---

| | |
|---|---|
| **Lot:** 2411 Vinewood | **Date In:** 5/11/2016  5:33:15PM      **Date Out:**  by |
| **Lot Location:** small lot | **Stop Billing Date:** 07/15/2016      **Planned Auction Date:** 7/15/2016 |
| **Final Disposition:** In Inventory | **User Defined:**      12:00:00AM |

---

| Re | Driver # | Truck # | Min. | Max. | Qty. | Calc | Flat | Qty | Rate ($) | Units | Flat | Qty | Rate ($) | Units | Flat | Rate ($) | Unit | DTC | Price ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | 767 | 162 | | | 1.00 | N | Y | | 125.00 | | N | | | | N | | | YNY | 125.00 |
| **Description:** Light Duty Towing Charge | | | | | | | | | | | | | | | | | *Last Modification: 5/11/16 14:35 by tthomas* | | |
| N | | | | | 1.00 | N | Y | | 10.00 | | N | | | | N | | | NNN | 10.00 |
| **Description:** Auction Advertising | | | | | | | | | | | | | | | | | *Last Modification: 8/25/16 11:54 by lpainter* | | |
| N | | | | | 1.00 | N | Y | | 75.00 | | N | | | | N | | | NNN | 75.00 |
| **Description:** City of Detroit Admin Fee | | | | | | | | | | | | | | | | | *Last Modification: 5/11/16 17:34 by montis1* | | |
| N | | | | | 1.00 | N | Y | | 40.00 | | N | | | | N | | | NNN | 40.00 |
| **Description:** Michigan Statutory Assessment | | | | | | | | | | | | | | | | | *Last Modification: 5/11/16 17:34 by montis1* | | |
| N | | | | | 1.00 | N | Y | | 50.00 | | N | | | | N | | | NNN | 50.00 |
| **Description:** TR52 Administrative Fee | | | | | | | | | | | | | | | | | *Last Modification: 8/25/16 11:54 by lpainter* | | |
| N | | | | | 66.00 | Y | N | | 15.00 | D | N | | | | D | N | | NNN | 990.00 |
| **Description:** Outdoor Storage Charge | | | | | | | | | | | | | | | | | *Last Modification: 8/25/16 11:54 by lpainter* | | |

|  | |
|---|---|
| **Sub Total ($):** | 1,290.00 |
| **Discount Sub Total ($):** 125.00 @ 0.00% = | 0.00 |
| **Taxable Sub Total ($):** 0.00 @ 0.00% = | 0.00 |
| **Total ($):** | 1,290.00 |

8/25/2016 11:54 AM

540839

## ABANDONED VEHICLE REPORT
(Print with ballpoint pen)

| Control # / Report # |
| --- |
| Photograph Taken? ☐ Yes ☐ No |
| Ord. Violation No. |

**Location**
**Vehicle:** ☐ Front of ☐ Rear of (Address)   10565 Grand River

Between _____ and _____

Year 2001  Make Ford  Body Style Taurus  Color White

Year _____ State _____ Lic. No. _____ VIN 1FAFP53U6 1G1160 760

Name of Owner
If Known _____ Address _____ Telephone No. _____

**Condition:** ☐ Junk ☐ Poor ☐ Fair ☐ Good ☐ Exceptional • Converter ☐ Yes ☐ No  Dolly required? Yes ☐ No ☐

☐ Owner    I hereby request the Designated Police Agency to dispose of the described vehicle which has remained
☐ Renter   on land owned or controlled by me, without my consent, for the last 48 hours.
☑ Manager

**NAMES OF COMPLAINANTS OR WITNESSES**        **ADDRESS**        **TELEPHONE NO.**

Reason CATS  Row Slot Fence  Entered by Emp.# 926  Initials FH  Truck# 529

**POLICE HOLD** ☐ YES ☑ NO

Signature of Officer _____  Badge# _____  Police Agency _____  Date 5-11-16
BT Towing (Rev. 1-14)                                    Checked:  LEIN ☐    NCIC ☐

---

## IMPOUNDED VEHICLE

DETROIT
DEPARTMENT
POLICE
C  D D-653 RE -10 76)     O P D 406

V.I.N. 1FAFP53U6 1G1160

| MAKE | STYLE | YEAR | COLOR | LIC PLATE NO | STATE | V.I.N. |
| --- | --- | --- | --- | --- | --- | --- |
| FORD | Taurus | 01 | WHI | | MI | 1FT2F142WNA |

| COMPLAINING OFFICER | BADGE NO | COMMAND | REASON FOR IMPOUNDING | PHONE NO. | DATE IMPOUNDED |
| --- | --- | --- | --- | --- | --- |
| HALL | 634 | CATS | Proper Ownership | | 5/11/16 |

FROM WHOM TAKEN ARRESTED          ADDRESS                          TIME IMPOUNDED 1PM

| IMPOUNDED AT ORIGINAL STREET LOCATION | HELD AT COMMAND | VEHICLE MAY BE RELEASED FROM DEPARTMENT? ☑ YES ☐ NO - HOLD |
| --- | --- | --- |
| 9814 Dryden | Grace | |

HOLD FOR CRIME          PER (RANK & NAME)          COMMAND
KEYS ☐ IGNITION ☐ TRUNK          PROPERTY TAG NO.

ANTI-FREEZE OK? ☐ YES ☐ NO   SIGNATURE OF PERSON FROM WHOM TAKEN          ENTERED IN COMP. BY

### TRANSFER OF VEHICLE TO AUTO POUND

| COMPUTER UPDATE BY | TRANSFERRED TO AUTO POUND FROM | OFFICER OR TOW CO. TRANSFER NO. | TOW FEE $ |
| --- | --- | --- | --- |
| DATE IN POUND | RECEIVED BY | | AISLE |

### RELEASE OF VEHICLE FROM DEPARTMENT

| RELEASED TO | ADDRESS | CITY | PHONE NO. |
| --- | --- | --- | --- |
| DRIVER OR TOW CO. TAKING VEHICLE | OPERATOR'S LICENSE NO. | RELEASE NO. | TOW FEE $ | STORAGE FEE $ |
| OFFICER RELEASING | | COMMAND | AUTHORIZED BY | BADGE NO | COMMAND |
| SIGNATURE OF PERSON TO WHOM VEHICLE WAS RELEASED | | | PROOF OF OWNERSHIP ☐ TITLE ☐ REGISTRATION | DATE RELEASED | TIME |

Michigan Department of State
## ABANDONED VEHICLE/VESSEL – BILL OF SALE
Please note: Vehicle includes motor vehicles, ORVs, and snowmobiles.  Vessel includes watercraft.

The owner of record as kept by the Secretary of State of the vehicle/vessel may request a hearing with the named court to contest whether the vehicle/vessel was properly removed or deemed abandoned, or whether the towing and storage fees are reasonable, by filing a petition within 20 days of the date of this notice unless the vehicle/vessel is determined to be an unregistered, abandoned, scrap vehicle/vessel.

|  |  |
|---|---|
| Date of Notice | 06/09/2016 |
| Complaint Number | 8234904-53 |

23

| | |
|---|---|
| Court Name | 36TH DISTRICT COURT |
| Court Address | 421 MADISON AVE |
| | 5TH FLOOR |
| | DETROIT, MI |

DETROIT POLICE DEPT
2121 W FORT ST
ABANDONED VEHICLE TASK FORCE     48216
DETROIT, MI

48226

**Notice to Law Enforcement Agency:**
Our records indicate that the law enforcement agency above notified the Secretary of State through LEIN of the abandoned vehicle/vessel listed below.  On the date of this notice, the Secretary of State sent an Abandoned Vehicle/Vessel Notice to the owner of record as kept by the Secretary of State and to the secured parties on record.

The back of this form may be used as a Bill of Sale following an auction.  Please make a copy of this notice for the law enforcement agency's records, if needed.  Once the vehicle/vessel has been disposed (claimed and redeemed by the owner, sold, released to the towing agency, custodian or a governmental unit, or scrapped), please enter the disposition of the vehicle/vessel through LEIN.
Michigan law [MCL 257.252g(2) and Sections 80130k(2), 81151, and 82161 2014 PA 549] provides that the money received from the public sale of a vehicle or vessel be applied in the following order of priority:
- Towing and storage charges
- Expenses incurred by the police agency or custodian
- Payment of the $40 abandoned fee, to be disbursed as follows:
  - Remit $25 to State of Michigan
  - Remit the remaining $15 of the abandoned fee to the towing agency.
- Any extra money shall be sent to the Michigan Department of Treasury's unclaimed property division

**Vehicle Information:**

| Year | Make | VIN/HIN/Serial Number | Model and Body Style |
|------|------|----------------------|---------------------|
| 2001 | FORD | 1FAFP53U61G160769 | 4D |

**Owner Name and Address:**
MARLENA LATEARS WILLIAMS
20210 LINDSAY ST
DETROIT            MI 48235
First Secured Party Name and Address:

Second Secured Party Name and Address:

41949480

Law Enforcement Agency Name and Address:          ABANDONED VEHICLE TASK FORCE
DETROIT POLICE DEPT
2121 W FORT ST              48216
DETROIT, MI
Date Vehicle/Vessel Taken Into Custody and Approximate Location From Which It Was Taken Into Custody:
05/11/2016 10565 GRAND RIVER        DETROIT
Custodian – Location  Where Vehicle/Vessel is Held:

BOULEVARD TRUMBULL TOWING INC
2411 VINEWOOD ST          MI 48216
DETROIT

TR-52L (Rev. 04/2016)

# Call Receipt

**Boulevard & Trumbull**
**2411 Vinewood Street**
**Detroit, MI  48216**
**Phone: 313-202-1700**
**Fax: 313-841-6641**

**Tow Ticket #:** 66540839

**Customer:** DPDCATS-COMMERCIAL AUTO

| | | |
|---|---|---|
| **Vehicle:** 2001 Ford Taurus White Four Door | | **Tag:** NO PLATE |
| **VIN:** 1FAFP53U61G160769 | **Odometer:** | **Owner Name:** |

**Call Taken/Appointment**

| | | |
|---|---|---|
| **Towed From:** | 10565 Grand River | |
| **Towed To:** | {VINE} Small Lot Fence | 05/11/16  13:12 |
| **Date Into Lot:** | 05/11/16  15:14   **Date Out:** | **Stop Billing Date:** 07/15/16  00:00 |
| **Lot Location:** | 2411 Vinewood | **Released By:** |
| **Control Customer:** | DPDCATS-COMMERCIAL AUTO   **Police #:**  CATS | **Elapsed Time (mins.):**  122 |

## Tow Charges

| | |
|---|---|
| Light Duty Towing Charge | 125.00 |
| Auction Advertising | 10.00 |
| City of Detroit Admin Fee | 75.00 |
| Michigan Statutory Assessment | 40.00 |
| TR52 Administrative Fee | 50.00 |

## Storage Charges

| | |
|---|---|
| Outdoor Storage Charge | 990.00 |
| 66.00 Day(s) @ $15.00/Day | |

| | |
|---|---|
| **Sub Total ($):** | 1,290.00 |
| **Tax ($):** | 0.00 |
| **Total Price ($):** | 1,290.00 |
| **Payments Received ($):** | 0.00 |
| **Amount Due:** | $1,290.00 |

THE UNDERSIGNED hereby for themselves, their principals, heirs, executors, successors, and assigns (collectively referred to as "Releasing Party") agree as follows:
1. Releasing Party releases and forever discharges, waives and releases Boulevard Trumbull and E & G Towing, its employees, and representative insurance companies (herein collectively referred to as the "Released Party") from any action, cause of action or claim for any and all damages suits claims or causes of action allegedly related to or arising out of Released Party's custody, control, transport, handling, or manipulation, in any way, of Releasing Party's property;
2. Releasing Party has had the opportunity to inspect his/her property and make a judgment as to its condition and has determined after inspection that Released Party has returned Releasing Party's property without damage;
3. Releasing Party agrees not to make any claim or take any proceedings against any person, corporation, or entity who might claim contribution or indemnity under the provision of any statute or otherwise.
4. Releasing Party understands and agrees that any payment, repair and/or consideration received from or performed by Released Party does not constitute any admission of liability on the part of the Released Party;
5. Releasing Party has knowingly and voluntarily claimed its property subject to this agreement, the terms of which are fully understood by Releasing Party. Releasing Party further covenants that any payment, repair, or other consideration provided for herein are the sole consideration of this release and is accepted voluntarily as a full and final settlement of any and all claims Releasing Party believes it has or may have.
6. Arbitration. Any controversy or dispute arising among the parties or under this agreement shall be resolved by arbitration conducted at Southfield, Michigan, in accordance with the rules of the American Arbitration Association. Judgment on any award rendered by the arbitrator(s) may be entered in any court having jurisdiction thereof.
7. In the event that any towing charges, lien expense and/or storage fee is unpaid on the Releasing Party's property, Releasing Party also agrees to pay reasonable attorney fees and other costs incurred for collection.

WITNESSED AND SIGNED this day of _____

IN THE PRESENCE OF:

_____          _____
Witness (Please Print)                                      Signature (Releasing Party)

8/25/2016 12:33 PM

Page 1 of 1

# Boulevard & Trumbull    Call # 540839    Invoice #66540839

| | |
|---|---|
| **Call Status:** Inventory | **Call Taken:** 5/11/16  13:12 by tthomas |
| **Tow Customer:** DPDCATS-COMMERCIAL AUTO | **Sale Customer:** |
| **Location:** 10565 Grand River | **Destination:** {VINE} Small Lot Fence |

| | | |
|---|---|---|
| **Tow Type:** Light Duty | **Priority:** 1 | **ETA:** 5/11/16  13:27 |
| | **Appointment:** | **Mileage Reqd.:** No    **Discount %:** 0.00 |
| **Reason:** | **Truck Reqd.:** | |
| **No Charge:** No    **Portal To Portal:** No | **2nd Commission Applies:** No | **Last Mod:** 8/25/16  12:33 by lpainter |
| **Control Customer:** DPDCATS-COMMERCIAL AUTO | **Caller:** | **Phone #:** |

**Dispatch Notes:** Admin fees must always be collected whether DPD states give back for free or it is a title.  Always collect the $75.00 fee.
**Driver Notes:** LD-$125, 75 Ad Fee, $15 stg(ad trk $75) MD-$175, $75 fee, $20 Stge HD-$300, $75 fee, $25 Stg, EX trk $150 hr max 6hr, Boats/Rec $100 No  BBall Hoops
**Yr/Make/Model:** 2001 Ford Taurus    **Color/Body:** White Four Door    **License:** NO PLATE
**VIN:** 1FAFP53U61G160769    **Odometer:**    **Tag Expiry:**    **Other Info:**
**Zone:**    **Police #:** CATS    **Police Beat:**
**User Defined #1:** Auction 7/15/16
**Call Source:** TOPS    **Seller:**    **System Data:**

---

| | | |
|---|---|---|
| **Driver:** Frank Havier 926 [926] | **Truck #:** 529 | **Status:** Completed |
| **Assigned:** 5/11/16 13:59 by tthomas | **Dispatched:** 5/11/16 13:59 by tthomas | **Acknowledged:** 5/11/16 14:04 by tthomas |
| **Arrived:** 5/11/16 14:49 by tthomas | **Hooked:** 5/11/16 14:49 by tthomas | **Dropped:** 5/11/16 15:14 by lpainter |
| **Completed:** 5/11/16 15:14 by lpainter | **Total Mileage:** | **Commissionable Amount ($):** |

---

| | | |
|---|---|---|
| **Lot:** 2411 Vinewood | **Date In:** 5/11/2016  3:14:36PM | **Date Out:** by |
| **Lot Location:** | **Stop Billing Date:** 07/15/2016 | **Planned Auction Date:** 7/15/2016 12:00:00AM |
| **Final Disposition:** In Inventory | **User Defined:** | |

| Re | Driver # | Truck # | Min. | Max. | Qty. | Calc | Flat | Qty | Rate ($) | Units | Flat | Qty | Rate ($) | Units | Flat | Rate ($) | Unit | DTC | Price ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Initial | | | | | | | Secondary | | | | Tertiary | | | Total | |
| N | 926 | 529 | | | 1.00 | N | Y | | 125.00 | | N | | | | N | | | YNY | 125.00 |
| | **Description:** Light Duty Towing Charge | | | | | | | | | | | | | | Last Modification: 5/11/16 13:12 by tthomas | | | | NNN | 10.00 |
| N | | | | | 1.00 | N | Y | | 10.00 | | N | | | | N | | | | |
| | **Description:** Auction Advertising | | | | | | | | | | | | | | Last Modification: 8/25/16 12:33 by lpainter | | | | NNN | 75.00 |
| N | | | | | 1.00 | N | Y | | 75.00 | | N | | | | N | | | | |
| | **Description:** City of Detroit Admin Fee | | | | | | | | | | | | | | Last Modification: 5/11/16 15:16 by lpainter | | | | NNN | 40.00 |
| N | | | | | 1.00 | N | Y | | 40.00 | | N | | | | N | | | | |
| | **Description:** Michigan Statutory Assessment | | | | | | | | | | | | | | Last Modification: 5/11/16 15:16 by lpainter | | | | NNN | 50.00 |
| N | | | | | 1.00 | N | Y | | 50.00 | | N | | | | N | | | | |
| | **Description:** TR52 Administrative Fee | | | | | | | | | | | | | | Last Modification: 8/25/16 12:33 by lpainter | | | | NNN | 990.00 |
| N | | | | | 66.00 | Y | N | | 15.00 | D | N | | | | D | N | | | |
| | **Description:** Outdoor Storage Charge | | | | | | | | | | | | | | Last Modification: 8/25/16 12:33 by lpainter | | | | | |

| | |
|---|---|
| Sub Total ($): | 1,290.00 |
| Discount Sub Total ($): 125.00 @ 0.00% = | 0.00 |
| Taxable Sub Total ($): 0.00 @ 0.00% = | 0.00 |
| **Total ($):** | **1,290.00** |

8/25/2016 12:33 PM    Page 1 of 2

DETROIT POLICE DEPARTMENT

# IMPOUNDED VEHICLE

| | | | | |
|---|---|---|---|---|
| MAKE: Buick Rendezvous | YEAR: 02 | COLOR: Burg | LIC. PLATE NO. | STATE: MI |
| VIN: 3G5DB03E62S539289 | | | | DATE IMPOUNDED: 5/11/16 |
| COMPLAINING OFFICER: A. Jimenez | BADGE NO.: 1332 | COMMAND: CATS | REASON FOR IMPOUNDING: Prop. |

IMPOUNDED AT (ORIGINAL STREET LOCATION): c/o 9814 Snyder

COMMAND: Cease

SIGNATURE OF PERSON FROM WHOM TAKEN

## TRANSFER OF VEHICLE TO AUTO POUND

TRANSFERRED TO AUTO POUND FROM

RECEIVED AT

## RELEASE OF VEHICLE FROM DEPARTMENT

ADDRESS

OPERATOR'S LICENSE NO.

BADGE NO. COMMAND AUTHORIZED BY

540873

# ABANDONED VEHICLE REPORT

(Print with ballpoint pen)

Control # / Report # ______

Photograph Taken? ☒ Yes ☐ No

Ord. Violation No. ______

Location Vehicle: ☐ Front of ☐ Rear of (Address) 10565 Grand River

Between ______ and ______

Year 2002 Make Buick Rendezvous Body Style SUV Color Burg

Year ______ State ______ Lic. No. NO Plate VIN 3G5DB03E62S539289

Name of Owner If Known ______ Address ______ Telephone No. ______

Condition: ☐ Junk ☐ Poor ☐ Fair ☐ Good ☐ Exceptional • Converter ☐ Yes ☐ No Dolly required? Yes ☐ No ☐

☐ Owner
☐ Renter
☐ Manager

I hereby request the Designated Police Agency to dispose of the described vehicle which has remained on land owned or controlled by me, without my consent, for the last 48 hours.

NAMES OF COMPLAINANTS OR WITNESSES ADDRESS TELEPHONE NO.

Reason CATS Row ______ Entered by Emp.# 771 Initials KW Truck# 180

POLICE HOLD ☐ YES ☒ NO TTR

Signature of Officer ______ Badge# ______ Police Agency ______ Date 5-11-16

BT Towing (Rev. 1-14)

Checked: LEIN ☐ NCIC ☐

Michigan Department of State
## ABANDONED VEHICLE/VESSEL – BILL OF SALE
Please note: Vehicle includes motor vehicles, ORVs, and snowmobiles.  Vessel includes watercraft.

The owner of record as kept by the Secretary of State of the vehicle/vessel may request a hearing with the named court to contest whether the vehicle/vessel was properly removed or deemed abandoned, or whether the towing and storage fees are reasonable, by filing a petition within 20 days of the date of this notice unless the vehicle/vessel is determined to be an unregistered, abandoned, scrap vehicle/vessel.

19

| | |
|---|---|
| Date of Notice | 06/09/2016 |
| Complaint Number | 8234904-53 |

DETROIT POLICE DEPT
2121 W FORT ST
ABANDONED VEHICLE TASK FORCE   48216
DETROIT, MI

Court Name   36TH DISTRICT COURT
Court Address  421 MADISON AVE
5TH FLOOR
DETROIT, MI                                48226

**Notice to Law Enforcement Agency:**
Our records indicate that the law enforcement agency above notified the Secretary of State through LEIN of the abandoned vehicle/vessel listed below.  On the date of this notice, the Secretary of State sent an Abandoned Vehicle/Vessel Notice to the owner of record as kept by the Secretary of State and to the secured parties on record.

The back of this form may be used as a Bill of Sale following an auction.  Please make a copy of this notice for the law enforcement agency's records, if needed.  Once the vehicle/vessel has been disposed (claimed and redeemed by the owner, sold, released to the towing agency, custodian or a governmental unit, or scrapped), please enter the disposition of the vehicle/vessel through LEIN.
Michigan law [MCL 257.252g(2) and Sections 80130k(2), 81151, and 82161 2014 PA 549] provides that the money received from the public sale of a vehicle or vessel be applied in the following order of priority:
- Towing and storage charges
- Expenses incurred by the police agency or custodian
- Payment of the $40 abandoned fee, to be disbursed as follows:
  - Remit $25 to State of Michigan.
  - Remit the remaining $15 of the abandoned fee to the towing agency.
  - Remit the remaining $15 of the abandoned fee to the Michigan Department of Treasury's unclaimed property division
- Any extra money shall be sent to the Michigan Department of Treasury's unclaimed property division

**Vehicle Information:**

| Year | Make | VIN/HIN/Serial Number | Model and Body Style |
|---|---|---|---|
| 2002 | BUICK | 3G5DB03E62S539289 | SW |

Owner Name and Address:
ELIZABETH VICTORIA THOMAS
19190 SHERWOOD ST
DETROIT            MI 48234
First Secured Party Name and Address:

Second Secured Party Name and Address:

41949474

Law Enforcement Agency Name and Address:
DETROIT POLICE DEPT                ABANDONED VEHICLE TASK FORCE
2121 W FORT ST            48216
DETROIT, MI
Date Vehicle/Vessel Taken Into Custody and Approximate Location From Which It Was Taken Into Custody:
05/11/2016 10565 GRAND RIVER      DETROIT
Custodian – Location  Where Vehicle/Vessel is Held:

BOULEVARD TRUMBULL TOWING INC
2411 VINEWOOD ST
DETROIT            MI 48216

**Boulevard & Trumbull**
**2411 Vinewood Street**
**Detroit, MI 48216**
**Phone: 313-202-1700**
**Fax: 313-841-6641**

## Call Receipt

**Tow Ticket #:** 66540873

**Customer:** DPDCATS-COMMERCIAL AUTO

|  |  |  |
|---|---|---|
| **Vehicle:** 2002 Buick Rendezvous Burgundy Sport Utility Vehicle | **Tag:** NO PLATE | |
| **VIN:** 3G5DB03E62S539289 | **Odometer:** | **Owner Name:** |

**Call Taken/Appointment**

| | | |
|---|---|---|
| **Towed From:** 10565 Grand River | | 05/11/16 14:35 |
| **Towed To:** {VINE} Truck Row | **Stop Billing Date:** 07/15/16 00:00 | |
| **Date Into Lot:** 05/11/16 15:24  **Date Out:** | **Released By:** | |
| **Lot Location:** 2411 Vinewood | | |
| **Control Customer:** DPDCATS-COMMERCIAL AUTO | **Police #:** CATS | **Elapsed Time (mins.):** 49 |

---

**Tow Charges**                                                                    125.00
    Light Duty Towing Charge                                    10.00
    Auction Advertising                                         75.00
    City of Detroit Admin Fee                                   40.00
    Michigan Statutory Assessment                               50.00
    TR52 Administrative Fee

**Storage Charges**                                                                990.00
    Outdoor Storage Charge
      66.00 Day(s) @ $15.00/Day

| | |
|---|---|
| **Sub Total ($):** | 1,290.00 |
| **Tax ($):** | 0.00 |
| **Total Price ($):** | 1,290.00 |
| **Payments Received ($):** | 0.00 |
| **Amount Due:** | $1,290.00 |

THE UNDERSIGNED hereby for themselves, their principals, heirs, executors, successors, and assigns (collectively referred to as "Releasing Party") agree as follows:
1. Releasing Party releases and forever discharges, waives and releases Boulevard Trumbull and B & G Towing, its employees, and representative insurance companies (herein collectively referred to as the "Released Party") from any action, cause of action or claim for any and all damages suits claims or causes of action allegedly related to or arising out of Released Party's custody, control, transport, handling, or manipulation, in any way, of Releasing Party's property;
2. Releasing Party has had the opportunity to inspect his/her property and make a judgment as to its condition and has determined after inspection that Released Party has returned Releasing Party's property without damage;
3. Releasing Party agrees not to make any claim or take any proceedings against any person, corporation, or entity who might claim contribution or indemnity under the provision of any statute or otherwise.
4. Releasing Party understands and agrees that any payment, repair and/or consideration received from or performed by Released Party does not constitute any admission of liability on the part of the Released Party;
5. Releasing Party has knowingly and voluntarily claimed its property subject to this agreement, the terms of which are fully understood by Releasing Party. Releasing Party further covenants that any payment, repair, or other consideration provided for herein are the sole consideration of this release and is accepted voluntarily as a full and final settlement of any and all claims Releasing Party believes it has or may have.
6. Arbitration. Any controversy or dispute arising among the parties or under this agreement shall be resolved by arbitration conducted at Southfield, Michigan, in accordance with the rules of the American Arbitration Association. Judgment on any award rendered by the arbitrator(s) may be entered in any court having jurisdiction thereof.
7. In the event that any towing charges, lien expense and/or storage fee is unpaid on the Releasing Party's property, Releasing Party also agrees to pay reasonable attorney fees and other costs incurred for collection.

WITNESSED AND SIGNED this day of _____     IN THE PRESENCE OF:

_____                    _____
Witness (Please Print)                            Signature (Releasing Party)

8/25/2016 11:59 AM

**Boulevard & Trumbull**     **Call # 540873**     **Invoice #66540873**

| | |
|---|---|
| **Call Status:** Inventory | **Call Taken:** 5/11/16 14:35 by tthomas |
| **Tow Customer:** DPDCATS-COMMERCIAL AUTO | **Sale Customer:** |
| **Location:** 10565 Grand River | **Destination:** {VINE} Truck Row |
| **Tow Type:** Light Duty    **Priority:** 1    **Appointment:** | **ETA:** 5/11/16 13:27    **Mileage Reqd.:** No    **Discount %:** 0.00 |
| **Reason:**    **Truck Reqd.:** | |
| **No Charge:** No    **Portal To Portal:** No    **2nd Commission Applies:** No | **Last Mod.:** 8/25/16 12:01 by lpainter |
| **Control Customer:** DPDCATS-COMMERCIAL AUTO    **Caller:** | **Phone #:** |

**Dispatch Notes:** Admin fees must always be collected whether DPD states give back for free or it is a title. Always collect the $75.00 fee.

**Driver Notes:** LD-$125, 75 Ad Fee, $15 stg(ad trk $75) MD-$175, $75 fee, $20 Stge HD-$300, $75 fee, $25 Stg, EX trk $150 hr max 6hr, Boats/Rec $100 No BBall Hoops

**Yr/Make/Model:** 2002 Buick Rendezvous     **Color/Body:** Burgundy Sport Utility Vehicle     **License:** NO PLATE

**VIN:** 3G5DB03E62S539289    **Odometer:**    **Tag Expiry:**    **Other Info:**

**Zone:**     **Police #:** CATS     **Police Beat:**

**User Defined #1:** Auction 7/15/16

**Call Source:** TOPS    **Seller:**     **System Data:**

---

| | | |
|---|---|---|
| **Driver:** KENNITH WALLACE JR [771] | **Truck #:** 180 | **Status:** Completed |
| **Assigned:** 5/11/16 14:35 by tthomas | **Dispatched:** 5/11/16 14:35 by tthomas | **Acknowledged:** 5/11/16 14:38 by tthomas |
| **Arrived:** 5/11/16 14:53 by tthomas | **Hooked:** 5/11/16 14:53 by tthomas | **Dropped:** 5/11/16 15:17 by tthomas |
| **Completed:** 5/11/16 15:24 by lpainter | **Total Mileage:** | **Commissionable Amount ($):** |

---

| | | |
|---|---|---|
| **Lot:** 2411 Vinewood | **Date In:** 5/11/2016 3:24:08PM | **Date Out:** by |
| **Lot Location:** | **Stop Billing Date:** 07/15/2016 | **Planned Auction Date:** 7/15/2016 12:00:00AM |
| **Final Disposition:** In Inventory | **User Defined:** | |

| | | | | | Initial | | | | Secondary | | | Tertiary | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Re** | **Driver #** | **Truck #** | **Min.** | **Max.** | **Qty.** | **Calc** | **Flat** | **Qty** | **Rate ($)** | **Units** | **Flat** | **Qty** | **Rate ($)** | **Units** | **Flat** | **Rate ($)** | **Unit** | **DTC** | **Price ($)** |
| N | 771 | 180 | | | 1.00 | N | Y | | 125.00 | | N | | | | N | | | YNY | 125.00 |
| | **Description:** Light Duty Towing Charge | | | | | | | | | | | | | | | | | **Last Modification:** 5/11/16 14:35 by tthomas | |
| N | | | | | 1.00 | N | Y | | 10.00 | | N | | | | N | | | NNN | 10.00 |
| | **Description:** Auction Advertising | | | | | | | | | | | | | | | | | **Last Modification:** 8/25/16 11:59 by lpainter | |
| N | | | | | 1.00 | N | Y | | 75.00 | | N | | | | N | | | NNN | 75.00 |
| | **Description:** City of Detroit Admin Fee | | | | | | | | | | | | | | | | | **Last Modification:** 5/11/16 15:27 by lpainter | |
| N | | | | | 1.00 | N | Y | | 40.00 | | N | | | | N | | | NNN | 40.00 |
| | **Description:** Michigan Statutory Assessment | | | | | | | | | | | | | | | | | **Last Modification:** 5/11/16 15:27 by lpainter | |
| N | | | | | 1.00 | N | Y | | 50.00 | | N | | | | N | | | NNN | 50.00 |
| | **Description:** TR52 Administrative Fee | | | | | | | | | | | | | | | | | **Last Modification:** 8/25/16 11:59 by lpainter | |
| N | | | | | 66.00 | Y | N | | 15.00 | D | N | | | | D | N | | NNN | 990.00 |
| | **Description:** Outdoor Storage Charge | | | | | | | | | | | | | | | | | **Last Modification:** 8/25/16 11:59 by lpainter | |

| | |
|---|---|
| **Sub Total ($):** | 1,290.00 |
| **Discount Sub Total ($):** 125.00 @ 0.00% = | 0.00 |
| **Taxable Sub Total ($):** 0.00 @ 0.00% = | 0.00 |
| **Total ($):** | 1,290.00 |

540836

## ABANDONED VEHICLE REPORT
(Print with ballpoint pen)

Control # / Report # _____

Photograph Taken?  ☒ Yes  ☐ No

Ord. Violation No. _____

Location  ☐ Front of

Vehicle:  ☐ Rear of (Address) 10565 Grand River

Between _____ and _____

Year 2008  Make SATURN  Body Style 4 SL2  Color Blue

Year ___ State ___ Lic. No. ___ VIN 1 G 8 Z K 5 2 7 X 2 Z 1 5 2 3 9 0

Name of Owner If Known _____  Address _____  Telephone No. _____

Condition: ☐ Junk ☒ Poor ☐ Fair ☐ Good ☐ Exceptional • Converter ☐ Yes ☒ No  Dolly required? Yes ☐ No ☒

☐ Owner  ☐ Renter  ☐ Manager

I hereby request the Designated Police Agency to dispose of the described vehicle which has remained on land owned or controlled by me, without my consent, for the last 48 hours.

NAMES OF COMPLAINANTS OR WITNESSES _____  ADDRESS _____  TELEPHONE NO. _____

Reason Proper Ownership Row 2  Entered by Emp.# 398  Initials GY  Truck# 441

## POLICE HOLD  ☐ YES  ☒ NO

Signature of Officer _____  Badge# _____  Police Agency DPD CATS  Date 5-11-16
BT Towing (Rev. 1-14)

Checked:  LEIN ☐  NCIC ☐

---

DETROIT DEPARTMENT POLICE

## IMPOUNDED VEHICLE

C of D-633 RE (10-76)    DPD 406

| MAKE SATURN | STYLE 4 DR | YEAR 02 | COLOR T31K | LIC. PLATE NO. | STATE MI | V.I.N 1G8ZK527X2Z1523· |

COMPLAINING OFFICER HALL  BADGE NO. 6J4  COMMAND CATS  REASON FOR IMPOUNDING Proper Ownership  DATE IMPOUNDED 5/11/16

FR.M WHOM TAKEN  ARRESTED  ADDRESS  PHONE NO.  TIME IMPOUNDED 1PM

IMPOUND AT ORIGINAL STREET LOCATION 9814 Dryden  HELD AT COMMAND Genes  VEHICLE MAY BE RELEASED FROM DEPARTMENT? ☒ YES ☐ NO - HOL

HOLD FOR CRIME  PER. RANK & NAME  COMMAND  KEYS ☐ IGNITION ☐ TRUNK  PROPERTY TAG NO.

ANTI-FREEZE OK?  SIGNATURE OF PERSON FROM WHOM TAKEN  NO  ENTERED IN COMP. BY

☐ YES ☐ NO

### TRANSFER OF VEHICLE TO AUTO POUND

COMPUTER UPDATE BY  TRANSFERRED TO AUTO POUND FROM  OFFICER/CO TOW CO. TRANSFERRING BVT  TOW FEE $

DATE IN POUND  RECEIVED BY  AISLE

### RELEASE OF VEHICLE FROM DEPARTMENT

RELEASED TO  ADDRESS  CITY  PHONE NO.

DRIVER OF TOW CO. TAKING VEHICLE  DRIVER'S LICENSE NO.  RELEASE NO.  TOW FEE $  STORAGE FEE $

TIME IMPOUNDED  BADGE NO.  COMMAND  AUTHORIZED BY  BADGE NO.  COMMAND

SIGNATURE OF PERSON TO WHOM VEHICLE WAS RELEASED  PROOF OF OWNERSHIP ☐ TITLE ☐ REGISTRATION  DATE RELEASED  TIME

Michigan Department of State
## ABANDONED VEHICLE/VESSEL – BILL OF SALE
Vessel includes watercraft.
*Please note: Vehicle includes motor vehicles, ORVs, and snowmobiles.*

The owner of record as kept by the Secretary of State of the vehicle/vessel may request a hearing with
the named court to contest whether the vehicle/vessel was properly removed or deemed abandoned, or
whether the towing and storage fees are reasonable, by filing a petition within 20 days of the date of this
notice unless the vehicle/vessel is determined to be an unregistered, abandoned, scrap vehicle/vessel.

*25*

| | |
|---|---|
| Date of Notice | 06/09/2016 |
| Complaint Number | 8234904-53 |

| | |
|---|---|
| Court Name | 36TH DISTRICT COURT |
| Court Address | 421 MADISON AVE |
| | 5TH FLOOR |
| | DETROIT, MI |

DETROIT POLICE DEPT
2121 W FORT ST
ABANDONED VEHICLE TASK FORCE      48216
DETROIT, MI

48226

**Notice to Law Enforcement Agency:**
Our records indicate that the law enforcement agency above notified the Secretary of State through LEIN of the abandoned
vehicle/vessel listed below.  On the date of this notice, the Secretary of State sent an Abandoned Vehicle/Vessel Notice to
the owner of record as kept by the Secretary of State and to the secured parties on record.

The back of this form may be used as a Bill of Sale following an auction.  Please make a copy of this notice for the law
enforcement agency's records, if needed.  Once the vehicle/vessel has been disposed (claimed and redeemed by the
owner, sold, released to the towing agency, custodian or a governmental unit, or scrapped), please enter the disposition of
the vehicle/vessel through LEIN.
Michigan law [MCL 257.252g(2) and Sections 80130k(2), 81151, and 82161 2014 PA 549] provides that the money
received from the public sale of a vehicle or vessel be applied in the following order of priority:
- Towing and storage charges
- Expenses incurred by the police agency or custodian
- Payment of the $40 abandoned fee, to be disbursed as follows:
  - Remit $25 to State of Michigan
  - Remit the remaining $15 of the abandoned fee to the towing agency.
  - Remit the remaining $15 of the abandoned fee to the Michigan Department of Treasury's unclaimed property division
- Any extra money shall be sent to the Michigan Department of Treasury's unclaimed property division

**Vehicle Information:**

| Year | Make | VIN/HIN/Serial Number | Model and Body Style |
|---|---|---|---|
| 2002 | SATURN | 1G8ZK527X2Z152398 | 4D |

**Owner Name and Address:**
ERIC CALEB LLOYD
11767 PAYTON ST
DETROIT          MI 48224

**First Secured Party Name and Address:**
CARMENS AUTO SALES
16000 E 8 MILE RD
DETROIT          MI 48205

**Second Secured Party Name and Address:**

*41949484*

**Law Enforcement Agency Name and Address:**
DETROIT POLICE DEPT                    ABANDONED VEHICLE TASK FORCE
2121 W FORT ST
DETROIT, MI          48216

**Date Vehicle/Vessel Taken Into Custody and Approximate Location From Which It Was Taken Into Custody:**
05/11/2016  10565 GRAND RIVER          DETROIT

**Custodian – Location  Where Vehicle/Vessel is Held:**
BOULEVARD TRUMBULL TOWING INC
2411 VINEWOOD ST
DETROIT          MI 48216

TR-52L (Rev. 04/2016)

# Call Receipt

**Boulevard & Trumbull**
**2411 Vinewood Street**
**Detroit, MI 48216**
**Phone: 313-202-1700**
**Fax: 313-841-6641**

**Tow Ticket #:** 66540836

**Customer:** DPDCATS-COMMERCIAL AUTO

| | | |
|---|---|---|
| **Vehicle:** 2002 Saturn SL2 Blue Four Door | | **Tag:** NO PLATE |
| **VIN:** 1G8ZK527X2Z152398 | **Odometer:** | **Owner Name:** |

**Call Taken/Appointment**

| | | | |
|---|---|---|---|
| **Towed From:** | 10565 Grand River | | 05/11/16  13:11 |
| **Towed To:** | {VINE} Row 2 | **Stop Billing Date:** | 07/15/16  00:00 |
| **Date Into Lot:** 05/11/16  14:46 | **Date Out:** | **Released By:** | |
| **Lot Location:** 2411 Vinewood - 2 | | | |
| **Control Customer:** DPDCATS-COMMERCIAL AUTO | **Police #:** CATS | **Elapsed Time (mins.):** | 95 |

**Tow Charges**

| | |
|---|---|
| Light Duty Towing Charge | 125.00 |
| Auction Advertising | 10.00 |
| City of Detroit Admin Fee | 75.00 |
| Michigan Statutory Assessment | 40.00 |
| TR52 Administrative Fee | 50.00 |

**Storage Charges** | 990.00
Outdoor Storage Charge
66.00 Day(s) @ $15.00/Day

| | |
|---|---|
| **Sub Total ($):** | 1,290.00 |
| **Tax ($):** | 0.00 |
| **Total Price ($):** | 1,290.00 |
| **Payments Received ($):** | 0.00 |
| **Amount Due:** | $1,290.00 |

THE UNDERSIGNED hereby for themselves, their principals, heirs, executors. successors, and assigns (collectively referred to as "Releasing Party") agree as follows:
1. Releasing Party releases and forever discharges, waives and releases Boulevard Trumbull and E & G Towing, its employees, and representative insurance companies (herein collectively referred to as the "Released Party") from any action, cause of action or claim for any and all damages suits claims or causes of action allegedly related to or arising out of Released Party's custody, control, transport, handling, or manipulation, in any way, of Releasing Party's property;
2. Releasing Party has had the opportunity to inspect his/her property and make a judgment as to its condition and has determined after inspection that Released Party has returned Releasing Party's property without damage;
3. Releasing Party agrees not to make any claim or take any proceedings against any person, corporation, or entity who might claim contribution or indemnity under the provision of any statute or otherwise.
4. Releasing Party understands and agrees that any payment, repair and/or consideration received from or performed by Released Party does not constitute any admission of liability on the part of the Released Party;
5. Releasing Party has knowingly and voluntarily claimed its property subject to this agreement, the terms of which are fully understood by Releasing Party. Releasing Party further covenants that any payment, repair, or other consideration provided for herein are the sole consideration of this release and is accepted voluntarily as a full and final settlement of any and all claims Releasing Party believes it has or may have.
6. Arbitration. Any controversy or dispute arising among the parties or under this agreement shall be resolved by arbitration conducted at Southfield, Michigan, in accordance with the rules of the American Arbitration Association. Judgment on any award rendered by the arbitrator(s) may be entered in any court having jurisdiction thereof.
7. In the event that any towing charges, lien expense and/or storage fee is unpaid on the Releasing Party's property, Releasing Party also agrees to pay reasonable attorney fees and other costs incurred for collection.

WITNESSED AND SIGNED this day of _____    IN THE PRESENCE OF:

_____    _____
Witness (Please Print)                                          Signature (Releasing Party)

**Boulevard & Trumbull**       Call # 540836       Invoice #540836

| | |
|---|---|
| **Call Status:** Inventory | **Call Taken:** 5/11/16 13:11 by tthomas |
| **Tow Customer:** DPDCATS-COMMERCIAL AUTO | **Sale Customer:** |
| **Location:** 10565 Grand River | **Destination:** {VINE} Row 2 |
| **Tow Type:** Light Duty | **ETA:** 5/11/16 13:27 |
| **Priority:** 1   **Appointment:** | **Mileage Reqd.:** No   **Discount %:** 0.00 |
| **Reason:** | **Truck Reqd.:** |
| **No Charge:** No   **Portal To Portal:** No   **2nd Commission Applies:** No | **Last Mod:** 8/25/16 13:02 by lpainter |
| **Control Customer:** DPDCATS-COMMERCIAL AUTO | **Caller:**   **Phone #:** |

**Dispatch Notes:** Admin fees must always be collected whether DPD states give back for free or it is a title.  Always collect the $75.00 fee.
**Driver Notes:** LD-$125, 75 Ad Fee, $15 stg(ad trk $75) MD-$175, $75 fee, $20 Stge HD-$300, $75 fee, $25 Stg, EX trk $150 hr max 6hr, Boats/Rec $100 No  BBall Hoops

| | | |
|---|---|---|
| **Yr/Make/Model:** 2002 Saturn SL2 | **Color/Body:** Blue Four Door | **License:** NO PLATE |
| **VIN:** 1G8ZK527X2Z152398   **Odometer:** | **Tag Expiry:** | **Other Info:** |
| **Zone:** | **Police #:** CATS | **Police Beat:** |

**User Defined #1:** Auction 7/15/16
**Call Source:** TOPS       **Seller:**       **System Data:**

| | | |
|---|---|---|
| **Driver:** JOHN GRIGGS 398 [398] | **Truck #:** 441 | **Status:** Completed |
| **Assigned:** 5/11/16 13:18 by tthomas | **Dispatched:** 5/11/16 13:18 by tthomas | **Acknowledged:** 5/11/16 13:23 by tthomas |
| **Arrived:** 5/11/16 14:05 by tthomas | **Hooked:** 5/11/16 14:05 by tthomas | **Dropped:** 5/11/16 14:46 by montis1 |
| **Completed:** 5/11/16 14:46 by montis1 | **Total Mileage:** | **Commissionable Amount ($):** |

| | | |
|---|---|---|
| **Lot:** 2411 Vinewood | **Date In:** 5/11/2016  2:46:33PM | **Date Out:** by |
| **Lot Location:** 2 | **Stop Billing Date:** 07/15/2016 | **Planned Auction Date:** 7/15/2016 |
| **Final Disposition:** In Inventory | **User Defined:** | 12:00:00AM |

| Re | Driver # | Truck # | Min. | Max. | Qty. | Calc | Flat | Initial Qty | Rate ($) | Units | Flat | Secondary Qty | Rate ($) | Units | Flat | Tertiary Rate ($) | Unit | Total DTC | Price ($) |
|----|----------|---------|------|------|------|------|------|-------------|----------|-------|------|---------------|----------|-------|------|-------------------|------|-----------|-----------|
| N | 398 | 441 | | | 1.00 | N | Y | | 125.00 | | N | | | | | | N | YNY | 125.00 |
| | Description: Light Duty Towing Charge | | | | | | | | | | | | | | | | Last Modification: 5/11/16 13:11 by tthomas | | |
| N | | | | | 1.00 | N | Y | | 10.00 | | N | | | | | | N | NNN | 10.00 |
| | Description: Auction Advertising | | | | | | | | | | | | | | | | Last Modification: 8/25/16 13:02 by lpainter | | |
| N | | | | | 1.00 | N | Y | | 75.00 | | N | | | | | | N | NNN | 75.00 |
| | Description: City of Detroit Admin Fee | | | | | | | | | | | | | | | | Last Modification: 5/11/16 14:47 by montis1 | | |
| N | | | | | 1.00 | N | Y | | 40.00 | | N | | | | | | N | NNN | 40.00 |
| | Description: Michigan Statutory Assessment | | | | | | | | | | | | | | | | Last Modification: 5/11/16 14:47 by montis1 | | |
| N | | | | | 1.00 | N | Y | | 50.00 | | N | | | | | | N | NNN | 50.00 |
| | Description: TR52 Administrative Fee | | | | | | | | | | | | | | | | Last Modification: 8/25/16 13:02 by lpainter | | |
| N | | | 66.00 | | | Y | N | | 15.00 | D | N | | | | | D | N | NNN | 990.00 |
| | Description: Outdoor Storage Charge | | | | | | | | | | | | | | | | Last Modification: 8/25/16 13:02 by lpainter | | |

|  |  |
|---|---|
| **Sub Total ($):** | 1,290.00 |
| **Discount Sub Total ($):** 125.00 @ 0.00% = | 0.00 |
| **Taxable Sub Total ($):** 0.00 @ 0.00% = | 0.00 |
| **Total ($):** | 1,290.00 |

**Boulevard & Trumbull**
**2411 Vinewood Street**
**Detroit, MI  48216**
**Phone: 313-202-1700**
**Fax: 313-841-6641**

## Call Receipt

**Tow Ticket #:** 66540834
**Completion Date:** 6/29/2016

**Customer:** DPDCATS-COMMERCIAL AUTO

| | | |
|---|---|---|
| **Vehicle:** 2002 Chevrolet Tracker Yellow Sport Utility Vehicle | | **Tag:** MI DLP1327 |
| **VIN:** 2CNBJ734026939880 | **Odometer:** | **Owner Name:** |

**Towed From:**   10565 Grand River

**Towed To:**   {VINE} Small Lot Fence

**Call Taken/Appointment**
05/11/16  13:11

| | | | | |
|---|---|---|---|---|
| **Date Into Lot:** 05/11/16  14:36 | **Date Out:** | 06/29/16  12:40 | **Stop Billing Date:** | 05/14/16  10:49 |
| **Lot Location:** 2411 Vinewood | | | **Released By:** | lp |
| **Control Customer:** DPDCATS-COMMERCIAL AUTO | | **Police #:** CATS | **Elapsed Time (mins.):** | 85 |

**Tow Charges**

| | |
|---|---|
| Light Duty Towing Charge | 125.00 |
| City of Detroit Admin Fee | 75.00 |
| Michigan Statutory Assessment | 40.00 |

**Storage Charges**

| | |
|---|---|
| Outdoor Storage Charge | 60.00 |
| 4.00 Day(s) @ $15.00/Day | |

| | |
|---|---|
| **Sub Total ($):** | 300.00 |
| **Tax ($):** | 0.00 |
| **Total Price ($):** | 300.00 |
| 06/29/16 12:40   **Cash Payment ($):** | (300.00) |
| **Amount Due:** | $0.00 |

**Released To:** Roylean Davenport , 18657 Greenlawn St. , Detroit, MI  48221

THE UNDERSIGNED hereby for themselves, their principals, heirs, executors. successors, and assigns (collectively referred to as "Releasing Party") agree as follows:
1. Releasing Party releases and forever discharges, waives and releases Boulevard Trumbull and E & G Towing, its employees, and representative insurance companies (herein collectively referred to as the "Released Party") from any action, cause of action or claim for any and all damages suits claims or causes of action allegedly related to or arising out of Released Party's custody, control, transport, handling, or manipulation, in any way, of Releasing Party's property;
2. Releasing Party has had the opportunity to inspect his/her property and make a judgment as to its condition and has determined after inspection that Released Party has returned Releasing Party's property without damage;
3. Releasing Party agrees not to make any claim or take any proceedings against any person, corporation, or entity who might claim contribution or indemnity under the provision of any statute or otherwise.
4. Releasing Party understands and agrees that any payment, repair and/or consideration received from or performed by Released Party does not constitute any admission of liability on the part of the Released Party;
5. Releasing Party has knowingly and voluntarily claimed its property subject to this agreement, the terms of which are fully understood by Releasing Party. Releasing Party further covenants that any payment, repair, or other consideration provided for herein are the sole consideration of this release and is accepted voluntarily as a full and final settlement of any and all claims Releasing Party believes it has or may have.
6. Arbitration. Any controversy or dispute arising among the parties or under this agreement shall be resolved by arbitration conducted at Southfield, Michigan, in accordance with the rules of the American Arbitration Association. Judgment on any award rendered by the arbitrator(s) may be entered in any court having jurisdiction thereof.
7. In the event that any towing charges, lien expense and/or storage fee is unpaid on the Releasing Party's property, Releasing Party also agrees to pay reasonable attorney fees and other costs incurred for collection.

WITNESSED AND SIGNED this day of _____        IN THE PRESENCE OF:

_____               _____
Witness (Please Print)                                                                Signature (Releasing Party)

**Boulevard & Trumbull**  Call # 540834  Invoice #66540834

---

**Call Status:** Confirmed
**Tow Customer:** DPDCATS-COMMERCIAL AUTO
**Location:** 10565 Grand River
**Tow Type:** Light Duty  **Priority:** 1
**Reason:**  **Truck Reqd.:**
**No Charge:** No  **Portal To Portal:** No
**Control Customer:** DPDCATS-COMMERCIAL AUTO

**Call Taken:** 5/11/16 13:11 by tthomas
**Sale Customer:**
**Destination:** {VINE} Small Lot Fence
**Appointment:**  **ETA:** 5/11/16 13:27
**Mileage Reqd.:** No  **Discount %:** 0.00
**2nd Commission Applies:** No  **Last Mod.:** 1/17/17 12:39 by nbachand
**Caller:**  **Phone #:**

**Dispatch Notes:** Admin fees must always be collected whether DPD states give back for free or it is a title. Always collect the $75.00 fee.
**Driver Notes:** LD-$125, 75 Ad Fee, $15 stg(ad trk $75) MD-$175, $75 fee, $20 Stge HD-$300, $75 fee, $25 Stg, EX trk $150 hr max 6hr, Boats/Rec $100 No BBall Hoops
**Yr/Make/Model:** 2002 Chevrolet Tracker  **Color/Body:** Yellow Sport Utility Vehicle **License:** MI DLP1327
**VIN:** 2CNBJ734026939880  **Odometer:**  **Tag Expiry:**  **Other Info:**
**Zone:**  **Police #:** CATS  **Police Beat:**
**User Defined #1:** no keys/pics uploaded
**Call Source:** TOPS  **Seller:**  **System Data:**

---

**Driver:** KENNITH WALLACE JR [771]  **Truck #:** 180  **Status:** Completed
**Assigned:** 5/11/16 13:12 by tthomas  **Dispatched:** 5/11/16 13:12 by tthomas  **Acknowledged:** 5/11/16 13:20 by kwallace1
**Arrived:** 5/11/16 13:40 by kwallace1  **Hooked:** 5/11/16 14:14 by tthomas  **Dropped:** 5/11/16 14:36 by lpainter
**Completed:** 5/11/16 14:36 by lpainter  **Total Mileage:**  **Commissionable Amount ($):**

---

**Lot:** 2411 Vinewood  **Date In:** 5/11/2016 2:36:37PM  **Date Out:** 6/29/2016 12:40:06PM by lpainter
**Lot Location:**  **Stop Billing Date:** 05/14/2016  **Planned Auction Date:**
**Final Disposition:** Released  **User Defined:**
**Released To:** Roylean Davenport , 18657
Greenlawn St. , Detroit, MI 48221

| Re | Driver # | Truck # | Min. | Max. | Qty. | Calc | Flat | Qty | Rate ($) | Units | Flat | Qty | Rate ($) | Units | Flat | Rate ($) | Unit | DTC | Price ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | **Initial** | | | **Secondary** | | | | **Tertiary** | | | **Total** | |
| N | 771 | 180 | | | 1.00 | N | Y | | 125.00 | | N | | | | N | | | YNY | 125.00 |
| | **Description:** Light Duty Towing Charge | | | | | | | | | | | | | Last Modification: 5/11/16 13:11 by tthomas | N | | | NNN | 75.00 |
| N | | | | | 1.00 | N | Y | | 75.00 | | N | | | | N | | | NNN | 40.00 |
| | **Description:** City of Detroit Admin Fee | | | | | | | | | | | | | Last Modification: 5/11/16 14:36 by lpainter | N | | | | |
| N | | | | | 1.00 | N | Y | | 40.00 | | N | | | | N | | | | |
| | **Description:** Michigan Statutory Assessment | | | | | | | | | | | | | Last Modification: 5/11/16 14:36 by lpainter | D | N | | NNN | 60.00 |
| N | | | | | 4.00 | Y | N | | 15.00 | D | N | | | | | | | | |
| | **Description:** Outdoor Storage Charge | | | | | | | | | | | | | Last Modification: 6/30/16 10:51 by hlucas | | | | | |

|  |  |
|---|---|
| Sub Total ($): | 300.00 |
| Discount Sub Total ($): 125.00 @ 0.00% = | 0.00 |
| Taxable Sub Total ($): 0.00 @ 0.00% = | 0.00 |
| **Total ($):** | **300.00** |

---

| Rcpt. Type | Pymt. Type | Check/Credit Card # | Authorization # | Xfrd | Amount ($) |
|---|---|---|---|---|---|
| Lot | Cash | | | Yes | 300.00 |
| | **Received:** 6/29/16 12:40 by LAURA PAINTER | | **Reconciled:** 6/30/16 10:54 by hlucas | **Created By:** lpainter | |

|  |  |
|---|---|
| Payments Total ($): | 300.00 |

1/17/2017 12:39 PM

**Boulevard & Trumbull**            **Call # 540834**                                **Invoice #660540834**

**Reconciliation Date:** 5/12/16  11:26 **by** hlucas          **Retow Reconciliation Date:  by**
**Confirmation Date:** 7/1/16   0:07 **by** dianders          **Completion Date:** 6/29/16  12:40          **Revenue Date:** 6/30/16  12:40

**Call Receipt**

**Boulevard & Trumbull**
2411 Vinewood Street
Detroit, MI  48216
Phone: 313-202-1700
Fax: 313-841-6641

**Tow Ticket #:** 66547652
**Completion Date:** 6/29/2016

---

**Vehicle:** 2002 Chevrolet Tracker Yellow Sport Utility Vehicle        **Tag:** MI DLP1327
**VIN:** 2CNBJ734026939880        **Odometer:**        **Owner Name:**

**Towed From:**   {VINE} Small Lot Fence        **Call Taken/Appointment**
**Towed To:**   18657 Greenlawn St Detroit        06/29/16  12:41
**Control Customer:**   DPDCATS-COMMERCIAL AUTO        **Police #:**   CATS        **Elapsed Time (mins.):**   97

---

## Tow Charges

| | |
|---|---|
| Light Duty Towing Charge | 80.00 |
| Administration Fee | 20.00 |

|  |  |
|---|---|
| **Sub Total ($):** | 100.00 |
| **Tax ($):** | 0.00 |
| **Total Price ($):** | 100.00 |
| 06/29/16 13:13    **Cash Payment ($):** | (100.00) |
| **Amount Due:** | $0.00 |

THE UNDERSIGNED hereby for themselves, their principals, heirs, executors. successors, and assigns (collectively referred to as "Releasing Party") agree as follows:
1. Releasing Party releases and forever discharges, waives and releases Boulevard Trumbull and E & G Towing, its employees, and representative insurance companies (herein collectively referred to as the "Released Party") from any action, cause of action or claim for any and all damages suits claims or causes of action allegedly related to or arising out of Released Party's custody, control, transport, handling, or manipulation, in any way, of Releasing Party's property;
2. Releasing Party has had the opportunity to inspect his/her property and make a judgment as to its condition and has determined after inspection that Released Party has returned Releasing Party's property without damage;
3. Releasing Party agrees not to make any claim or take any proceedings against any person, corporation, or entity who might claim contribution or indemnity under the provision of any statute or otherwise.
4. Releasing Party understands and agrees that any payment, repair and/or consideration received from or performed by Released Party does not constitute any admission of liability on the part of the Released Party;
5. Releasing Party has knowingly and voluntarily claimed its property subject to this agreement, the terms of which are fully understood by Releasing Party.  Releasing Party further covenants that any payment, repair, or other consideration provided for herein are the sole consideration of this release and is accepted voluntarily as a full and final settlement of any and all claims Releasing Party believes it has or may have.
6. Arbitration. Any controversy or dispute arising among the parties or under this agreement shall be resolved by arbitration conducted at Southfield, Michigan, in accordance with the rules of the American Arbitration Association. Judgment on any award rendered by the arbitrator(s) may be entered in any court having jurisdiction thereof.
7. In the event that any towing charges, lien expense and/or storage fee is unpaid on the Releasing Party's property, Releasing Party also agrees to pay reasonable attorney fees and other costs incurred for collection.

WITNESSED AND SIGNED this day of _____        IN THE PRESENCE OF:

_____        _____
Witness (Please Print)        Signature (Releasing Party)

1/17/2017 12:38 PM        Page 1 of 1

# Boulevard & Trumbull   Call # 547652   Invoice #66547652

| | |
|---|---|
| **Call Status:** Confirmed | **Call Taken:** 6/29/16 12:41 by lpainter |
| **Tow Customer:** Cash Customer | **Sale Customer:** |
| **Location:** {VINE} Small Lot Fence | **Destination:** 18657 Greenlawn St Detroit |

**Tow Type:** Light Duty   **Priority:** 3   **Appointment:**   **ETA:** 5/11/16 13:27   **Mileage Reqd.:** No   **Discount %:** 0.00

**Reason:**   **Truck Reqd.:**

**No Charge:** No   **Portal To Portal:** No   **2nd Commission Applies:** No   **Last Mod.:** 1/17/17 12:38 by nbachand

**Control Customer:** DPDCATS-COMMERCIAL AUTO   **Caller:**   **Phone #:**

**Driver Notes:** pd $100 cash

**Yr/Make/Model:** 2002 Chevrolet Tracker   **Color/Body:** Yellow Sport Utility Vehicle **License:** MI DLP1327

**VIN:** 2CNBJ734026939880   **Odometer:**   **Tag Expiry:**   **Other Info:**

**Zone:**   **Police #:** CATS   **Police Beat:**

**User Defined #1:** no keys/pics uploaded

**Call Source:** TOPS   **Seller:**   **System Data:**

---

**Driver:** DON TURNER [767]   **Truck #:** 162   **Status:** Completed

**Assigned:** 6/29/16 13:10 by tthomas   **Dispatched:** 6/29/16 13:10 by tthomas   **Acknowledged:** 6/29/16 13:13 by tthomas

**Arrived:** 6/29/16 13:13 by tthomas   **Hooked:** 6/29/16 13:51 by dturner2   **Dropped:** 6/29/16 14:18 by tthomas

**Completed:** 6/29/16 14:18 by tthomas   **Total Mileage:**   **Commissionable Amount ($):**

---

| | | | | | | | Initial | | | Secondary | | | Tertiary | | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Re | Driver # | Truck # | Min. | Max. | Qty. | Calc | Flat | Qty | Rate ($) | Units | Flat | Qty | Rate ($) | Units | Flat | Rate ($) | Unit | DTC | Price ($) |
| N | 767 | 162 | | | 1.00 | N | Y | | 80.00 | | N | | | | | N | | YNY | 80.00 |
| | **Description:** Light Duty Towing Charge | | | | | | | | | | | | Last Modification: 6/29/16 13:13 by tthomas | | | | | |
| N | 767 | 162 | | | 1.00 | N | Y | | 20.00 | | N | | | | | N | | NNN | 20.00 |
| | **Description:** Administration Fee | | | | | | | | | | | | Last Modification: 6/29/16 13:13 by tthomas | | | | | |

**Sub Total ($):** 100.00

**Discount Sub Total ($):** 80.00 @ 0.00% = 0.00

**Taxable Sub Total ($):** 0.00 @ 0.00% = 0.00

**Total ($):** 100.00

---

| Rcpt. Type | Pymt. Type | Check/Credit Card # | Authorization # | Xfrd | Amount ($) |
|---|---|---|---|---|---|
| Driver | Cash | | | Yes | 100.00 |
| | **Received:** 6/29/16 13:13 by DON TURNER | | **Reconciled:** 6/30/16 11:23 by hlucas | **Created By:** tthomas | |

**Payments Total ($):** 100.00

---

**Reconciliation Date:** 6/30/16  11:23 by hlucas   **Retow Reconciliation Date:**  by

**Confirmation Date:** 7/1/16  0:11 by dianders   **Completion Date:** 6/29/16 14:18   **Revenue Date:** 6/30/16 14:18

---

540883

## ABANDONED VEHICLE REPORT
(Print with ballpoint pen)

Control # / Report #

Photograph Taken?   ☒ Yes   ☐ No

Ord. Violation No.

Location   ☐ Front of
Vehicle:   ☐ Rear of (Address)   9814   Bryden

Between _____   and _____

Year   03   Make   Chry 300   Body Style   4 D   Color   Gray

Year _____ State _____ Lic. No. _____ VIN   2 C 3 H E 6 6 G 2 3 H 5 0 7 3 7 b

Name of Owner
If Known _____   Address _____   Telephone No. _____

Condition: ☐ Junk ☐ Poor ☒ Fair ☐ Good ☐ Exceptional   •   Converter ☒ Yes ☐ No   Dolly required? Yes ☒ No ☐

☒ Owner
☐ Renter
☐ Manager

I hereby request the Designated Police Agency to dispose of the described vehicle which has remained on land owned or controlled by me, without my consent, for the last 48 hours.

NAMES OF COMPLAINANTS OR WITNESSES        ADDRESS        TELEPHONE NO.

FENCE

Reason   P 10   Row   5-6   Entered by Emp.#   181   Initials   DD   Truck#   169

## POLICE HOLD   ☐ YES   ☒ NO

Signature of Officer _____   Badge# _____   Police Agency   CATS   Date   5-11-16
BT Towing (Rev. 1-14)                                          Checked:   LEIN ☐   NCIC ☐

---

DETROIT
DEPARTMENT
POLICE

## IMPOUNDED VEHICLE

C of D-633-RE (10-76)        D.P.D. 406

| MAKE | STYLE | YEAR | COLOR | LIC. PLATE NO. | STATE | V.I.N. |
|------|-------|------|-------|----------------|-------|--------|
| Chrysler | 300 | 2003 | Gray | | | 2C3HE 66G23H507 370 |

| COMPLAINING OFFICER | BADGE NO. | COMMAND | REASON FOR IMPOUNDING | DATE IMPOUNDED |
|---|---|---|---|---|
| | | | Proper ownership | 5-11-16 |

| FROM WHOM TAKEN (ARRESTED) | ADDRESS | PHONE NO. | TIME IMPOUNDED |
|---|---|---|---|
| | | | |

| IMPOUNDED AT (ORIGINAL STREET LOCATION) | HELD AT (COMMAND) | VEHICLE MAY BE RELEASED FROM DEPARTMENT? ☒ YES ☐ NO – HOLD |
|---|---|---|
| 9814 Bryden | Genes | |

| HOLD FOR (CRIME) | PER (RANK & NAME) | COMMAND | KEYS ☐ IGNITION ☐ TRUNK | PROPERTY TAG NO. |
|---|---|---|---|---|
| | | | | |

| ANTI-FREEZE OK? ☐ YES ☐ NO | SIGNATURE OF PERSON FROM WHOM TAKEN | | ENTERED IN COMP. BY |
|---|---|---|---|
| | | | |

### TRANSFER OF VEHICLE TO AUTO POUND

| COMPUTER UPDATE BY: | TRANSFERRED TO AUTO POUND FROM | OFFICER OR TOW CO. TRANSFERRING. | TOW FEE $ |
|---|---|---|---|
| | | | |

| DATE IN POUND | RECEIVED BY | | AISLE |
|---|---|---|---|
| | | | |

### RELEASE OF VEHICLE FROM DEPARTMENT

| RELEASED TO | ADDRESS | CITY | PHONE NO. |
|---|---|---|---|
| | | | |

| DRIVER OR TOW CO. TAKING VEHICLE | OPERATOR'S LICENSE NO. | RELEASE NO. | TOW FEE $ | STORAGE FEE $ |
|---|---|---|---|---|
| | | | | |

| OFFICER RELEASING | BADGE NO. | COMMAND | AUTHORIZED BY | BADGE NO. | COMMAND |
|---|---|---|---|---|---|
| | | | | | |

| SIGNATURE OF PERSON TO WHOM VEHICLE WAS RELEASED | PROOF OF OWNERSHIP ☐ TITLE ☐ REGISTRATION | DATE RELEASED | TIME |
|---|---|---|---|
| | | | |

Michigan Department of State
ABANDONED VEHICLE/VESSEL – BILL OF SALE
Please note: Vehicle includes motor vehicles, ORVs, and snowmobiles.  Vessel includes watercraft.

The owner of record as kept by the Secretary of State of the vehicle/vessel may request a hearing with
the named court to contest whether the vehicle/vessel was properly removed or deemed abandoned, or
whether the towing and storage fees are reasonable, by filing a petition within 20 days of the date of this
notice unless the vehicle/vessel is determined to be an unregistered, abandoned, scrap vehicle/vessel.

*13*

Date of Notice    06/09/2016
Complaint Number    8234904-53

Court Name    36TH DISTRICT COURT
Court Address    421 MADISON AVE
5TH FLOOR
DETROIT, MI

DETROIT POLICE DEPT
2121 W FORT ST
ABANDONED VEHICLE TASK FORCE    48216
DETROIT, MI

48226

**Notice to Law Enforcement Agency:**
Our records indicate that the law enforcement agency above notified the Secretary of State through LEIN of the abandoned
vehicle/vessel listed below.  On the date of this notice, the Secretary of State sent an Abandoned Vehicle/Vessel Notice to
the owner of record as kept by the Secretary of State and to the secured parties on record.

The back of this form may be used as a Bill of Sale following an auction.  Please make a copy of this notice for the law
enforcement agency's records, if needed.  Once the vehicle/vessel has been disposed (claimed and redeemed by the
owner, sold, released to the towing agency, custodian or a governmental unit, or scrapped), please enter the disposition of
the vehicle/vessel through LEIN.
Michigan law [MCL 257.252g(2) and Sections 80130k(2), 81151, and 82161 2014 PA 549] provides that the money
received from the public sale of a vehicle or vessel be applied in the following order of priority:
• Towing and storage charges
• Expenses incurred by the police agency or custodian
• Payment of the $40 abandoned fee, to be disbursed as follows:
    • Remit $25 to State of Michigan
    ▪ Remit the remaining $15 of the abandoned fee to the towing agency.
• Any extra money shall be sent to the Michigan Department of Treasury's unclaimed property division

**Vehicle Information:**
Year    Make          VIN/HIN/Serial Number         Model and Body Style
2003   CHRYSLER       2C3HE66G23H507370            CHRYSLER 300M    4D

**Owner Name and Address:**
MELINDA LATRELL BRUNER
950 W FOREST AVE APT 8
DETROIT                MI 48201
**First Secured Party Name and Address:**

**Second Secured Party Name and Address:**

*41949485*

**Law Enforcement Agency Name and Address:**
DETROIT POLICE DEPT          ABANDONED VEHICLE TASK FORCE
2121 W FORT ST        48216
DETROIT, MI
**Date Vehicle/Vessel Taken Into Custody and Approximate Location From Which It Was Taken Into Custody:**
05/11/2016 9814 BRYDEN        DETROIT
**Custodian – Location Where Vehicle/Vessel is Held:**
BOULEVARD TRUMBULL TOWING INC
2411 VINEWOOD ST
DETROIT              MI 48216

TR-52L (Rev. 04/2016)

# Call Receipt

**Boulevard & Trumbull**
2411 Vinewood Street
Detroit, MI 48216
Phone: 313-202-1700
Fax: 313-841-6641

**Tow Ticket #:** 66540883

**Customer:** DPDCATS-COMMERCIAL AUTO

**Tag:**

| | | | |
|---|---|---|---|
| **Vehicle:** | 2003 Chrysler 300M Grey Four Door | **Odometer:** | **Owner Name:** |
| **VIN:** | 2C3HE66G23H507370 | | |

**Call Taken/Appointment**

| | | | |
|---|---|---|---|
| **Towed From:** | 10565 Grand River | | 05/11/16 14:51 |
| **Towed To:** | {VINE} Small Lot Fence | **Stop Billing Date:** | 07/15/16 00:00 |
| **Date Into Lot:** | 05/11/16 17:09   **Date Out:** | **Released By:** | |
| **Lot Location:** | 2411 Vinewood - small lot | | |
| **Control Customer:** | DPDCATS-COMMERCIAL AUTO | **Police #:** CATS | **Elapsed Time (mins.):** 138 |

## Tow Charges
|  |  |
|---|---|
| Light Duty Towing Charge | 125.00 |
| Auction Advertising | 10.00 |
| City of Detroit Admin Fee | 75.00 |
| Michigan Statutory Assessment | 40.00 |
| TR52 Administrative Fee | 50.00 |

## Storage Charges
|  |  |
|---|---|
| Outdoor Storage Charge | 990.00 |
| 66.00 Day(s) @ $15.00/Day | |

| | |
|---|---|
| **Sub Total ($):** | 1,290.00 |
| **Tax ($):** | 0.00 |
| **Total Price ($):** | 1,290.00 |
| **Payments Received ($):** | 0.00 |
| **Amount Due:** | $1,290.00 |

THE UNDERSIGNED hereby for themselves, their principals, heirs, executors. successors, and assigns (collectively referred to as "Releasing Party") agree as follows:
1. Releasing Party releases and forever discharges, waives and releases Boulevard Trumbull and E & G Towing, its employees, and representative insurance companies (herein collectively referred to as the "Released Party") from any action, cause of action or claim for any and all damages suits claims or causes of action allegedly related to or arising out of Released Party's custody, control, transport, handling, or manipulation, in any way, of Releasing Party's property;
2. Releasing Party has had the opportunity to inspect his/her property and make a judgment as to its condition and has determined after inspection that Released Party has returned Releasing Party's property without damage;
3. Releasing Party agrees not to make any claim or take any proceedings against any person, corporation, or entity who might claim contribution or indemnity under the provision of any statute or otherwise.
4. Releasing Party understands and agrees that any payment, repair and/or consideration received from or performed by Released Party does not constitute any admission of liability on the part of the Released Party;
5. Releasing Party has knowingly and voluntarily claimed its property subject to this agreement, the terms of which are fully understood by Releasing Party. Releasing Party further covenants that any payment, repair, or other consideration provided for herein are the sole consideration of this release and is accepted voluntarily as a full and final settlement of any and all claims Releasing Party believes it has or may have.
6. Arbitration. Any controversy or dispute arising among the parties or under this agreement shall be resolved by arbitration conducted at Southfield, Michigan, in accordance with the rules of the American Arbitration Association. Judgment on any award rendered by the arbitrator(s) may be entered in any court having jurisdiction thereof.
7. In the event that any towing charges, lien expense and/or storage fee is unpaid on the Releasing Party's property, Releasing Party also agrees to pay reasonable attorney fees and other costs incurred for collection.

WITNESSED AND SIGNED this day of _____          IN THE PRESENCE OF:

_____          _____
Witness (Please Print)                                    Signature (Releasing Party)

8/25/2016 11:40 AM

Page 1 of 1

**Boulevard & Trumbull**          **Call # 540883**          **Invoice # 540883**

| | |
|---|---|
| **Call Status:** Inventory | **Call Taken:** 5/11/16 14:51 by tthomas |
| **Tow Customer:** DPDCATS-COMMERCIAL AUTO | **Sale Customer:** |
| **Location:** 10565 Grand River | **Destination:** {VINE} Small Lot Fence |
| **Tow Type:** Light Duty | **Priority:** 1    **Appointment:**    **Mileage Reqd.:** No    **ETA:** 5/11/16 13:27 |
| **Reason:** | **Truck Reqd.:**    **Discount %:** 0.00 |
| **No Charge:** No    **Portal To Portal:** No    **2nd Commission Applies:** No | **Last Mod:** 8/25/16 11:40 by lpainter |
| **Control Customer:** DPDCATS-COMMERCIAL AUTO | **Caller:**    **Phone #:** |

**Dispatch Notes:** Admin fees must always be collected whether DPD states give back for free or it is a title. Always collect the $75.00 fee.

**Driver Notes:** LD-$125, 75 Ad Fee, $15 stg(ad trk $75) MD-$175, $75 fee, $20 Stge HD-$300, $75 fee, $25 Stg, EX trk $150 hr max 6hr, Boats/Rec $100 No  BBall Hoops

| | | |
|---|---|---|
| **Yr/Make/Model:** 2003 Chrysler 300M | **Color/Body:** Grey Four Door | **License:** |
| **VIN:** 2C3HE66G23H507370    **Odometer:** | **Tag Expiry:** | **Other Info:** |
| **Zone:** | **Police #:** CATS | **Police Beat:** |

**User Defined #1:** Auction 7/15/16

**Call Source:** TOPS    **Seller:**    **System Data:**

---

| | | |
|---|---|---|
| **Driver:** DAVID DENNIS/181 [181] | **Truck #:** 169 | **Status:** Completed |
| **Assigned:** 5/11/16 14:51 by tthomas | **Dispatched:** 5/11/16 14:51 by tthomas | **Acknowledged:** 5/11/16 14:52 by tthomas |
| **Arrived:** 5/11/16 15:21 by tthomas | **Hooked:** 5/11/16 15:21 by tthomas | **Dropped:** 5/11/16 15:45 by tthomas |
| **Completed:** 5/11/16 17:09 by montis1 | **Total Mileage:** | **Commissionable Amount ($):** |

---

| | | |
|---|---|---|
| **Lot:** 2411 Vinewood | **Date In:** 5/11/2016  5:09:08PM | **Date Out:**  by |
| **Lot Location:** small lot | **Stop Billing Date:** 07/15/2016 | **Planned Auction Date:** 7/15/2016 12:00:00AM |
| **Final Disposition:** In Inventory | **User Defined:** | |

---

| | | | | | | Initial | | | Secondary | | | | Tertiary | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Re | Driver # | Truck # | Min. | Max. | Qty. | Calc | Flat | Qty Rate ($) | Units | Flat | Qty Rate ($) | Units | Flat | Rate ($) | Unit | DTC | Price ($) |
| N | 181 | 169 | | | 1.00 | N | Y | 125.00 | | N | | | N | | | YNY | 125.00 |
| | **Description:** Light Duty Towing Charge | | | | | | | | | | | | Last Modification: 5/11/16 14:51 by tthomas | | | | |
| N | | | | | 1.00 | N | Y | 10.00 | | N | | | N | | | NNN | 10.00 |
| | **Description:** Auction Advertising | | | | | | | | | | | | Last Modification: 8/25/16 11:40 by lpainter | | | | |
| N | | | | | 1.00 | N | Y | 75.00 | | N | | | N | | | NNN | 75.00 |
| | **Description:** City of Detroit Admin Fee | | | | | | | | | | | | Last Modification: 5/11/16 17:12 by montis1 | | | | |
| N | | | | | 1.00 | N | Y | 40.00 | | N | | | N | | | NNN | 40.00 |
| | **Description:** Michigan Statutory Assessment | | | | | | | | | | | | Last Modification: 5/11/16 17:12 by montis1 | | | | |
| N | | | | | 1.00 | N | Y | 50.00 | | N | | | N | | | NNN | 50.00 |
| | **Description:** TR52 Administrative Fee | | | | | | | | | | | | Last Modification: 8/25/16 11:40 by lpainter | | | | |
| N | | | | | 66.00 | Y | N | 15.00 | D | N | | | D | N | | NNN | 990.00 |
| | **Description:** Outdoor Storage Charge | | | | | | | | | | | | Last Modification: 8/25/16 11:40 by lpainter | | | | |

| | |
|---|---|
| Sub Total ($): | 1,290.00 |
| Discount Sub Total ($): 125.00 @ 0.00% = | 0.00 |
| Taxable Sub Total ($): 0.00 @ 0.00% = | 0.00 |
| **Total ($):** | **1,290.00** |

540876

# ABANDONED VEHICLE REPORT
(Print with ballpoint pen)

Control # / Report # _____

Photograph Taken?  ☑ Yes   ☐ No

Ord. Violation No. _____

Location Vehicle: ☐ Front of  ☐ Rear of (Address) _____ 10565 Grandriven _____

Between _____ and _____

Year 2003  Make Chevy  Body Style Tracker  Color Silver

Year _____ State _____ Lic. No. None  VIN 2|C|N|B|J|1|3|4|X|3|6|9|2|8|3|4|9

Name of Owner If Known _____ Address _____ Telephone No. _____

Condition: ☐ Junk ☐ Poor ☑ Fair ☐ Good ☐ Exceptional   • Converter ☐ Yes ☑ No   Dolly required? Yes ☐ No ☐

☐ Owner
☑ Renter
☐ Manager

I hereby request the Designated Police Agency to dispose of the described vehicle which has remained on land owned or controlled by me, without my consent, for the last 48 hours.

HAS KEYS

NAMES OF COMPLAINANTS OR WITNESSES _____  ADDRESS _____  TELEPHONE NO. _____

ferco

Reason Cats  Row S. Lot  Entered by Emp.# 767  Initials DT  Truck# 162

## POLICE HOLD ☐ YES ☑ NO

Signature of Officer _____  Badge# _____  Police Agency CATS  Date 5-11-16
BT Towing (Rev. 1-14)                                                                  Checked: LEIN ☐   NCIC ☐

---

DETROIT DEPARTMENT POLICE

# IMPOUNDED VEHICLE

C of D-633-RE (10-76)   D.P.D. 406   2CNBJ134X36928349

| MAKE | STYLE | YEAR | COLOR | LIC. PLATE NO. | STATE | V.I.N. |
|------|-------|------|-------|----------------|-------|--------|
| Chevy | Tracker | 03 | Silver | | | |

| COMPLAINING OFFICER | BADGE NO. | COMMAND | REASON FOR IMPOUNDING | DATE IMPOUNDED |
|---------------------|-----------|---------|-----------------------|----------------|
| Sgt Crasher | 5116? | CATS | Prop Ownership | 5/11/16 |

FROM WHOM TAKEN (ARRESTED)   ADDRESS   PHONE NO.   TIME IMPOUNDED 1300

| IMPOUNDED AT (ORIGINAL STREET LOCATION) | HELD AT (COMMAND) | VEHICLE MAY BE RELEASED FROM DEPARTMENT? |
|------------------------------------------|-------------------|------------------------------------------|
| 9814 Bryden | Beres | ☐ YES   ☑ NO – HOLD |

PER (RANK & NAME)   COMMAND

HOLD FOR (CRIME) _____

KEYS  ☐ IGNITION  ☐ TRUNK

PROPERTY TAG NO. _____

ANTI-FREEZE OK? ☐ YES ☐ NO   SIGNATURE OF PERSON FROM WHOM TAKEN _____  ENTERED IN COMP. BY _____

## TRANSFER OF VEHICLE TO AUTO POUND

| COMPUTER UPDATE BY: | TRANSFERRED TO AUTO POUND FROM | OFFICER OR TOW CO. TRANSFERRING. | TOW FEE $ |
|---------------------|--------------------------------|----------------------------------|-----------|
| DATE IN POUND | RECEIVED BY | | AISLE |

## RELEASE OF VEHICLE FROM DEPARTMENT

| RELEASED TO | ADDRESS | CITY | | PHONE NO. |
|-------------|---------|------|--|-----------|

| DRIVER OR TOW CO. TAKING VEHICLE | OPERATOR'S LICENSE NO. | RELEASE NO. | TOW FEE $ | STORAGE FEE $ |
|----------------------------------|------------------------|-------------|-----------|---------------|

| OFFICER RELEASING | BADGE NO. | COMMAND | AUTHORIZED BY | BADGE NO. | COMMAND |
|-------------------|-----------|---------|---------------|-----------|---------|

| SIGNATURE OF PERSON TO WHOM VEHICLE WAS RELEASED | PROOF OF OWNERSHIP ☐ TITLE ☐ REGISTRATION | DATE RELEASED | TIME |
|--------------------------------------------------|-------------------------------------------|---------------|------|

Michigan Department of State
## ABANDONED VEHICLE/VESSEL – BILL OF SALE
*Please note: Vehicle includes motor vehicles, ORVs, and snowmobiles. Vessel includes watercraft.*

*The owner of record as kept by the Secretary of State of the vehicle/vessel may request a hearing with the named court to contest whether the vehicle/vessel was properly removed or deemed abandoned, or whether the towing and storage fees are reasonable, by filing a petition within 20 days of the date of this notice unless the vehicle/vessel is determined to be an unregistered, abandoned, scrap vehicle/vessel.*

*16*

Date of Notice    06/09/2016
Complaint Number    8234904-53

DETROIT POLICE DEPT
2121 W FORT ST
ABANDONED VEHICLE TASK FORCE      48216
DETROIT, MI

Court Name    36TH DISTRICT COURT
Court Address    421 MADISON AVE
                 5TH FLOOR
                 DETROIT, MI                48226

## Notice to Law Enforcement Agency:

Our records indicate that the law enforcement agency above notified the Secretary of State through LEIN of the abandoned vehicle/vessel listed below. On the date of this notice, the Secretary of State sent an Abandoned Vehicle/Vessel Notice to the owner of record as kept by the Secretary of State and to the secured parties on record.

The back of this form may be used as a Bill of Sale following an auction. Please make a copy of this notice for the law enforcement agency's records, if needed. Once the vehicle/vessel has been disposed (claimed and redeemed by the owner, sold, released to the towing agency, custodian or a governmental unit, or scrapped), please enter the disposition of the vehicle/vessel through LEIN.

Michigan law [MCL 257.252g(2) and Sections 80130k(2), 81151, and 82161 2014 PA 549] provides that the money received from the public sale of a vehicle or vessel be applied in the following order of priority:
- Towing and storage charges
- Expenses incurred by the police agency or custodian
- Payment of the $40 abandoned fee, to be disbursed as follows:
  - Remit $25 to State of Michigan
  - Remit the remaining $15 of the abandoned fee to the towing agency.
- Any extra money shall be sent to the Michigan Department of Treasury's unclaimed property division

**Vehicle Information:**

| Year | Make | VIN/HIN/Serial Number | Model and Body Style |
|------|------|----------------------|----------------------|
| 2003 | CHEVROLET | 2CNBJ134X36928349 | SW |

**Owner Name and Address:**
RACHEL ANN HINKLE
25151 DEQUINDRE RD LOT 77
MADISON HEIGHTS    MI 48071

**First Secured Party Name and Address:**
CREDIT ACCEPTANCE
PO BOX 513
SOUTHFIELD    MI 48037

**Second Secured Party Name and Address:**

*4194947O*

**Law Enforcement Agency Name and Address:**
DETROIT POLICE DEPT                    ABANDONED VEHICLE TASK FORCE
2121 W FORT ST          48216
DETROIT, MI

**Date Vehicle/Vessel Taken Into Custody and Approximate Location From Which It Was Taken Into Custody:**
05/11/2016 10565 GRAND RIVER      DETROIT

**Custodian – Location Where Vehicle/Vessel is Held:**
BOULEVARD TRUMBULL TOWING INC
2411 VINEWOOD ST
DETROIT    MI 48216

TR-52L (Rev. 04/2016)

**Boulevard & Trumbull**
2411 Vinewood Street
Detroit, MI 48216
Phone: 313-202-1700
Fax: 313-841-6641

# Call Receipt

**Tow Ticket #:** 66540876

**Customer:** DPDCATS-COMMERCIAL AUTO

| | | |
|---|---|---|
| **Vehicle:** 2003 Chevrolet Tracker Silver Sport Utility Vehicle | | **Tag:** MI DLP1327 |
| **VIN:** 2CNBJ134X36928349 | **Odometer:** | **Owner Name:** |

**Call Taken/Appointment**

| | | | | |
|---|---|---|---|---|
| **Towed From:** | 10565 Grand River | | | 05/11/16  14:35 |
| **Towed To:** | {VINE} Small Lot Fence | | | |
| **Date Into Lot:** 05/11/16  17:45 | **Date Out:** | | **Stop Billing Date:** | 07/15/16  00:00 |
| **Lot Location:** | 2411 Vinewood - small lot | | **Released By:** | |
| **Control Customer:** | DPDCATS-COMMERCIAL AUTO | **Police #:** CATS | **Elapsed Time (mins.):** | 190 |

---

**Tow Charges**

| | |
|---|---|
| Light Duty Towing Charge | 125.00 |
| Auction Advertising | 10.00 |
| City of Detroit Admin Fee | 75.00 |
| Michigan Statutory Assessment | 40.00 |
| TR52 Administrative Fee | 50.00 |

**Storage Charges**

| | |
|---|---|
| Outdoor Storage Charge | 990.00 |
| 66.00 Day(s) @ $15.00/Day | |

| | |
|---|---|
| **Sub Total ($):** | 1,290.00 |
| **Tax ($):** | 0.00 |
| **Total Price ($):** | 1,290.00 |
| **Payments Received ($):** | 0.00 |
| **Amount Due:** | $1,290.00 |

---

THE UNDERSIGNED hereby for themselves, their principals, heirs, executors, successors, and assigns (collectively referred to as "Releasing Party") agree as follows:
1. Releasing Party releases and forever discharges, waives and releases Boulevard Trumbull and E & G Towing, its employees, and representative insurance companies (herein collectively referred to as the "Released Party") from any action, cause of action or claim for any and all damages suits claims or causes of action allegedly related to or arising out of Released Party's custody, control, transport, handling, or manipulation, in any way, of Releasing Party's property;
2. Releasing Party has had the opportunity to inspect his/her property and make a judgment as to its condition and has determined after inspection that Released Party has returned Releasing Party's property without damage;
3. Releasing Party agrees not to make any claim or take any proceedings against any person, corporation, or entity who might claim contribution or indemnity under the provision of any statute or otherwise.
4. Releasing Party understands and agrees that any payment, repair and/or consideration received from or performed by Released Party does not constitute any admission of liability on the part of the Released Party;
5. Releasing Party has knowingly and voluntarily claimed its property subject to this agreement, the terms of which are fully understood by Releasing Party. Releasing Party further covenants that any payment, repair, or other consideration provided for herein are the sole consideration of this release and is accepted voluntarily as a full and final settlement of any and all claims Releasing Party believes it has or may have.
6. Arbitration. Any controversy or dispute arising among the parties or under this agreement shall be resolved by arbitration conducted at Southfield, Michigan, in accordance with the rules of the American Arbitration Association. Judgment on any award rendered by the arbitrator(s) may be entered in any court having jurisdiction thereof.
7. In the event that any towing charges, lien expense and/or storage fee is unpaid on the Releasing Party's property, Releasing Party also agrees to pay reasonable attorney fees and other costs incurred for collection.

WITNESSED AND SIGNED this day of _____      IN THE PRESENCE OF:

_____                    _____
Witness (Please Print)                                                          Signature (Releasing Party)

# Boulevard & Trumbull

**Call # 540876**  **Invoice #540876**

Call Status: Inventory
Tow Customer: DPDCATS-COMMERCIAL AUTO
Location: 10565 Grand River
Tow Type: Light Duty                Priority: 1
Reason:
No Charge: No        Portal To Portal: No        2nd Commission Applies: No
Control Customer: DPDCATS-COMMERCIAL AUTO

Call Taken: 5/11/16  14:35 by tthomas
Sale Customer:
Destination: {VINE} Small Lot Fence
Appointment:                ETA: 5/11/16  13:27
                Mileage Reqd.: No        Discount %: 0.00
                Last Mod.: 8/25/16  11:49 by lpainter
Caller:                Phone #:

Dispatch Notes: Admin fees must always be collected whether DPD states give back for free or it is a title.  Always collect the $75.00 fee.
Driver Notes: LD-$125, 75 Ad Fee, $15 stg(ad trk $75) MD-$175, $75 fee, $20 Stge HD-$300, $75 fee, $25 Stg, EX trk $150 hr max 6hr, Boats/Rec $100 No  BBall Hoops
Yr/Make/Model: 2003 Chevrolet Tracker                Color/Body: Silver Sport Utility Vehicle  License: MI DLP1327
VIN: 2CNBJ134X36928349        Odometer:        Tag Expiry:                Other Info:
Zone:                                Police #: CATS                Police Beat:
User Defined #1: Auction 7/15/16
Call Source: TOPS        Seller:                        System Data:

Driver: DON TURNER [767]                Truck #: 162                Status: Completed
Assigned: 5/11/16 14:40 by tthomas        Dispatched: 5/11/16 14:40 by tthomas        Acknowledged: 5/11/16 14:41 by tthomas
Arrived: 5/11/16 14:53 by tthomas        Hooked: 5/11/16 15:22 by tthomas        Dropped: 5/11/16 15:30 by tthomas
Completed: 5/11/16 17:45 by montis1        Total Mileage:                Commissionable Amount ($):

Lot: 2411 Vinewood                Date In: 5/11/2016  5:45:20PM        Date Out:  by
Lot Location: small lot                Stop Billing Date: 07/15/2016        Planned Auction Date: 7/15/2016
Final Disposition: In Inventory        User Defined:                12:00:00AM

| Re | Driver # | Truck # | Min. | Max. | Qty. | Calc | Flat | Qty | Rate ($) | Units | Flat | Qty | Rate ($) | Units | Flat | Rate ($) | Unit | DTC | Price ($) |
|----|----------|---------|------|------|------|------|------|-----|----------|-------|------|-----|----------|-------|------|----------|------|-----|-----------|
|    |          |         |      |      |      |      |      |  Initial |     |    |  Secondary |     |     |    |  Tertiary |     |    |  Total |  |
| N | 767 | 162 | | | 1.00 | N | Y | | 125.00 | | N | | | | N | | | YNY | 125.00 |
| | Description: | Light Duty Towing Charge | | | | | | | | | | | | Last Modification: 5/11/16  14:35 by tthomas | | | | | |
| N | | | | | 1.00 | N | Y | | 10.00 | | N | | | | N | | | NNN | 10.00 |
| | Description: | Auction Advertising | | | | | | | | | | | | Last Modification: 8/25/16  11:49 by lpainter | | | | | |
| N | | | | | 1.00 | N | Y | | 75.00 | | N | | | | N | | | NNN | 75.00 |
| | Description: | City of Detroit Admin Fee | | | | | | | | | | | | Last Modification: 5/11/16  17:46 by montis1 | | | | | |
| N | | | | | 1.00 | N | Y | | 40.00 | | N | | | | N | | | NNN | 40.00 |
| | Description: | Michigan Statutory Assessment | | | | | | | | | | | | Last Modification: 5/11/16  17:46 by montis1 | | | | | |
| N | | | | | 1.00 | N | Y | | 50.00 | | N | | | | N | | | NNN | 50.00 |
| | Description: | TR52 Administrative Fee | | | | | | | | | | | | Last Modification: 8/25/16  11:49 by lpainter | | | | | |
| N | | | | | 66.00 | Y | N | | 15.00 | D | N | | | | D | N | | NNN | 990.00 |
| | Description: | Outdoor Storage Charge | | | | | | | | | | | | Last Modification: 8/25/16  11:49 by lpainter | | | | | |

Sub Total ($):                1,290.00
Discount Sub Total ($): 125.00 @ 0.00% =        0.00
Taxable Sub Total ($): 0.00 @ 0.00% =        0.00

Total ($):                1,290.00

8/25/2016 11:49 AM                                Page 1 of 2

DETROIT
DEPARTMENT
POLICE

## IMPOUNDED VEHICLE

C of D-653 RE -10 75! O P D 406

| MAKE | STYLE | YEAR | COLOR | LIC. PLATE NO. | STATE | V.I.N |
|---|---|---|---|---|---|---|
| Lincoln | Continental | 06 | Maroon | — | — | 1LNHM87A93Y691 7D |

| COMPLAINING OFFICER | BADGE NO | COMMAND | REASON FOR IMPOUNDING | DATE IMPOUNDED |
|---|---|---|---|---|
| Derek Owens | 1141 | CATS | Proper Ownership | 5/11/16 |

FROM WHOM TAKEN ARRESTED ADDRESS PHONE NO. TIME IMPOUNDED 1 pm

| IMPOUNDED AT ORIGINAL STREET LOCATION | HELD AT COMMAND | VEHICLE MAY BE RELEASED FROM DEPARTMENT? ☐ YES ☐ NO — HOLD |
|---|---|---|
| 9814 Dryden | Genes | |

HOLD FOR CRIME PER (RANK & NAME) COMMAND

KEYS None
☐ IGNITION
☐ TRUNK

PROPERTY TAG NO.
ENTERED IN COMP. BY

ANTI-FREEZE OK? ☐ YES ☐ NO    SIGNATURE OF PERSON FROM WHOM TAKEN

## TRANSFER OF VEHICLE TO AUTO POUND

| COMPUTER UPDATE BY | TRANSFERRED TO AUTO POUND FROM | OFFICER OR TOW CO. TRANSFERRING | TOW FEE $ |
|---|---|---|---|
| DATE IN POUND | RECEIVED AT | | AISLE |

## RELEASE OF VEHICLE FROM DEPARTMENT

| RELEASED TO | ADDRESS | CITY | | | PHONE NO. |
|---|---|---|---|---|---|
| DRIVER OR TOW CO. TAKING VEHICLE | OPERATOR'S LICENSE NO. | | RELEASE NO. | TOW FEE $ | STORAGE FEE $ |
| OFFICER RELEASING | BADGE NO | COMMAND | AUTHORIZED BY | BADGE NO | COMMAND |

SIGNATURE OF PERSON TO WHOM VEHICLE MAY BE GIVEN
PROOF OF OWNERSHIP ☐ TITLE ☐ REGISTRATION    DATE RELEASED    TIME

---

540838

## ABANDONED VEHICLE REPORT
(Print with ballpoint pen)

Control # / Report # _____

Photograph Taken? ☒ Yes ☐ No

Ord. Violation No. _____

**Location** ☐ Front of

**Vehicle:** ☐ Rear of (Address) 9814 Bryden

**Between** _____ and _____

**Year** ____ **Make** Lincoln LS  **Body Style** LI-N  **Color** RED

**Year** ____ **State** ____ **Lic. No.** ____ **VIN** 1 L N H M 8 7 A 9 3 Y 6 9 1 7 0 0

**Name of Owner If Known** _____ **Address** _____  **Telephone No.** _____

**Condition:** ☐ Junk ☐ Poor ☐ Fair ☒ Good ☐ Exceptional  • **Converter** ☒ Yes ☐ No  **Dolly required?** Yes ☐ No ☒

☐ Owner
☒ Renter   I hereby request the Designated Police Agency to dispose of the described vehicle which has remained
☐ Manager  on land owned or controlled by me, without my consent, for the last 48 hours.

**NAMES OF COMPLAINANTS OR WITNESSES**    ADDRESS    TELEPHONE NO.

**Reason** CATS  **Row** 2  **Entered by Emp.#** 181  **Initials** OD  **Truck#** 169

**POLICE HOLD** ☐ YES ☒ NO

**Signature of Officer** _____ **Badge#** _____ **Police Agency** CATS **Date** 5-11-16

BT Towing (Rev. 1-14)    **Checked:** LEIN ☐    NCIC ☐

Michigan Department of State
## ABANDONED VEHICLE/VESSEL – BILL OF SALE
Please note: Vehicle includes motor vehicles, ORVs, and snowmobiles.  Vessel includes watercraft.

The owner of record as kept by the Secretary of State of the vehicle/vessel may request a hearing with the named court to contest whether the vehicle/vessel was properly removed or deemed abandoned, or whether the towing and storage fees are reasonable, by filing a petition within 20 days of the date of this notice unless the vehicle/vessel is determined to be an unregistered, abandoned, scrap vehicle/vessel.

*56*

| | |
|---|---|
| Date of Notice | 06/09/2016 |
| Complaint Number | 8234904-53 |

DETROIT POLICE DEPT
2121 W FORT ST
ABANDONED VEHICLE TASK FORCE      48216
DETROIT, MI

| | |
|---|---|
| Court Name | 36TH DISTRICT COURT |
| Court Address | 421 MADISON AVE |
| | 5TH FLOOR |
| | DETROIT, MI |

· 48226

## Notice to Law Enforcement Agency:
Our records indicate that the law enforcement agency above notified the Secretary of State through LEIN of the abandoned vehicle/vessel listed below.  On the date of this notice, the Secretary of State sent an Abandoned Vehicle/Vessel Notice to the owner of record as kept by the Secretary of State and to the secured parties on record.

The back of this form may be used as a Bill of Sale following an auction.  Please make a copy of this notice for the law enforcement agency's records, if needed.  Once the vehicle/vessel has been disposed (claimed and redeemed by the owner, sold, released to the towing agency, custodian or a governmental unit, or scrapped), please enter the disposition of the vehicle/vessel through LEIN.

Michigan law [MCL 257.252g(2) and Sections 80130k(2), 81151, and 82161 2014 PA 549] provides that the money received from the public sale of a vehicle or vessel be applied in the following order of priority:
- Towing and storage charges
- Expenses incurred by the police agency or custodian
- Payment of the $40 abandoned fee, to be disbursed as follows:
  - Remit $25 to State of Michigan
  - Remit the remaining $15 of the abandoned fee to the towing agency.
- Any extra money shall be sent to the Michigan Department of Treasury's unclaimed property division

**Vehicle Information:**

| Year | Make | VIN/HIN/Serial Number | Model and Body Style |
|---|---|---|---|
| 2003 | LINCOLN | 1LNHM87A93Y691700 | 4D |

**Owner Name and Address:**
WAYNE NORRIS CORBETT
26825 GRAND RIVER AVE
REDFORD TWP      MI 48240

**First Secured Party Name and Address:**
CARMENS AUTO SALES III
45 E 8 MILE RD
HAZEL PARK      MI 48030

**Second Secured Party Name and Address:**

*41949481*

**Law Enforcement Agency Name and Address:**
DETROIT POLICE DEPT        ABANDONED VEHICLE TASK FORCE
2121 W FORT ST      48216
DETROIT, MI

**Date Vehicle/Vessel Taken Into Custody and Approximate Location From Which It Was Taken Into Custody:**
05/11/2016 9814 BRYDEN      DETROIT

**Custodian – Location  Where Vehicle/Vessel is Held:**
BOULEVARD TRUMBULL TOWING INC
2411 VINEWOOD ST
DETROIT      MI 48216

TR-52L (Rev. 04/2016)

**Call Receipt**

**Boulevard & Trumbull**
**2411 Vinewood Street**
**Detroit, MI 48216**
**Phone: 313-202-1700**
**Fax: 313-841-6641**

Tow Ticket #: 66540838

**Customer:** DPDCATS-COMMERCIAL AUTO

|  |  |  |
|---|---|---|
| Vehicle: 2003 Lincoln LS Red Four Door | | Tag: NO PLATE |
| VIN: 1LNHM87A93Y691700 | Odometer: | Owner Name: |

**Call Taken/Appointment**

| | | |
|---|---|---|
| Towed From: 10565 Grand River | | 05/11/16 13:11 |
| Towed To: {VINE} Row 2 | | Stop Billing Date: 07/15/16 00:00 |
| Date Into Lot: 05/11/16 17:22 | Date Out: | Released By: |
| Lot Location: 2411 Vinewood - 2 | Police #: CATS | Elapsed Time (mins.): 251 |
| Control Customer: DPDCATS-COMMERCIAL AUTO | | |

**Tow Charges** 125.00
    Light Duty Towing Charge     10.00
    Auction Advertising     75.00
    City of Detroit Admin Fee     40.00
    Michigan Statutory Assessment     50.00
    TR52 Administrative Fee

**Storage Charges** 990.00
    Outdoor Storage Charge
    66.00 Day(s) @ $15.00/Day

| | |
|---|---|
| Sub Total ($): | 1,290.00 |
| Tax ($): | 0.00 |
| Total Price ($): | 1,290.00 |
| Payments Received ($): | 0.00 |
| **Amount Due:** | **$1,290.00** |

THE UNDERSIGNED hereby for themselves, their principals, heirs, executors, successors, and assigns (collectively referred to as "Releasing Party") agree as follows:
1. Releasing Party releases and forever discharges, waives and releases Boulevard Trumbull and E & G Towing, its employees, and representative insurance companies (herein collectively referred to as the "Released Party") from any action, cause of action or claim for any and all damages suits claims or causes of action allegedly related to or arising out of Released Party's custody, control, transport, handling, or manipulation, in any way, of Releasing Party's property;
2. Releasing Party has had the opportunity to inspect his/her property and make a judgment as to its condition and has determined after inspection that Released Party has returned Releasing Party's property without damage;
3. Releasing Party agrees not to make any claim or take any proceedings against any person, corporation, or entity who might claim contribution or indemnity under the provision of any statute or otherwise.
4. Releasing Party understands and agrees that any payment, repair and/or consideration received from or performed by Released Party does not constitute any admission of liability on the part of any Released Party;
5. Releasing Party has knowingly and voluntarily claimed its property subject to this agreement, the terms of which are fully understood by Releasing Party. Releasing Party further covenants that any payment, repair, or other consideration provided for herein are the sole consideration of this release and is accepted voluntarily as a full and final settlement of any and all claims Releasing Party believes it has or may have.
6. Arbitration. Any controversy or dispute arising among the parties or under this agreement shall be resolved by arbitration conducted at Southfield, Michigan, in accordance with the rules of the American Arbitration Association. Judgment on any award rendered by the arbitrator(s) may be entered in any court having jurisdiction thereof.
7. In the event that any towing charges, lien expense and/or storage fee is unpaid on the Releasing Party's property, Releasing Party also agrees to pay reasonable attorney fees and other costs incurred for collection.

WITNESSED AND SIGNED this day of _____      IN THE PRESENCE OF:

_____      _____
Witness (Please Print)                         Signature (Releasing Party)

Page 1 of 1

8/25/2016 03:09 PM

**Boulevard & Trumbull**       Call # 540838       **Invoice #66540838**

---

| | |
|---|---|
| **Call Status:** Inventory | **Call Taken:** 5/11/16 13:11 by tthomas |
| **Tow Customer:** DPDCATS-COMMERCIAL AUTO | **Sale Customer:** |
| **Location:** 10565 Grand River | **Destination:** {VINE} Row 2 |
| **Tow Type:** Light Duty | **Priority:** 1   **Appointment:**   **Mileage Reqd.:** No   **ETA:** 5/11/16 13:27   **Discount %:** 0.00 |
| **Reason:** | **Truck Reqd.:** |
| **No Charge:** No   **Portal To Portal:** No | **2nd Commission Applies:** No   **Last Mod.:** 8/25/16 15:10 by lpainter |
| **Control Customer:** DPDCATS-COMMERCIAL AUTO | **Caller:**   **Phone #:** |

**Dispatch Notes:** Admin fees must always be collected whether DPD states give back for free or it is a title. Always collect the $75.00 fee.

**Driver Notes:** LD-$125, 75 Ad Fee, $15 stg(ad trk $75) MD-$175, $75 fee, $20 Stge HD-$300, $75 fee, $25 Stg, EX trk $150 hr max 6hr, Boats/Rec $100 No  BBall Hoops

**Yr/Make/Model:** 2003 Lincoln LS       **Color/Body:** Red Four Door       **License:** NO PLATE

**VIN:** 1LNHM87A93Y691700       **Odometer:**       **Tag Expiry:**       **Other Info:**

**Zone:**       **Police #:** CATS       **Police Beat:**

**User Defined #1:** Auction 7/15/2016       **System Data:**

**Call Source:** TOPS       **Seller:**

---

| | | |
|---|---|---|
| **Driver:** DAVID DENNIS/181 [181] | **Truck #:** 169 | **Status:** Completed |
| **Assigned:** 5/11/16 13:22 by tthomas | **Dispatched:** 5/11/16 13:22 by tthomas | **Acknowledged:** 5/11/16 13:23 by tthomas |
| **Arrived:** 5/11/16 13:57 by tthomas | **Hooked:** 5/11/16 13:57 by tthomas | **Dropped:** 5/11/16 14:14 by tthomas |
| **Completed:** 5/11/16 17:22 by montis1 | **Total Mileage:** | **Commissionable Amount ($):** |

---

| | | |
|---|---|---|
| **Lot:** 2411 Vinewood | **Date In:** 5/11/2016  5:22:58PM | **Date Out:**  by |
| **Lot Location:** 2 | **Stop Billing Date:** 07/15/2016 | **Planned Auction Date:** 7/15/2016 12:00:00AM |
| **Final Disposition:** In Inventory | **User Defined:** | |

---

| Re | Driver # | Truck # | Min. | Max. | Qty. | Calc | Flat | Qty | Rate ($) | Units | Flat | Qty | Rate ($) | Units | Flat | Rate ($) | Unit | DTC | Price ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | **Initial** | | | **Secondary** | | | **Tertiary** | | | **Total** |
| N | 181 | 169 | | | 1.00 | N | Y | | 125.00 | | N | | | | N | | | YNY | 125.00 |
| | Description:  Light Duty Towing Charge | | | | | | | | | | | | | | Last Modification: 5/11/16  13:11 by tthomas | | | | |
| N | | | | | 1.00 | N | Y | | 10.00 | | N | | | | N | | | NNN | 10.00 |
| | Description:  Auction Advertising | | | | | | | | | | | | | | Last Modification: 8/25/16  15:09 by lpainter | | | | |
| N | | | | | 1.00 | N | Y | | 75.00 | | N | | | | N | | | NNN | 75.00 |
| | Description:  City of Detroit Admin Fee | | | | | | | | | | | | | | Last Modification: 5/11/16  17:25 by montis1 | | | | |
| N | | | | | 1.00 | N | Y | | 40.00 | | N | | | | N | | | NNN | 40.00 |
| | Description:  Michigan Statutory Assessment | | | | | | | | | | | | | | Last Modification: 5/11/16  17:25 by montis1 | | | | |
| N | | | | | 1.00 | N | Y | | 50.00 | | N | | | | N | | | NNN | 50.00 |
| | Description:  TR52 Administrative Fee | | | | | | | | | | | | | | Last Modification: 8/25/16  15:09 by lpainter | | | | |
| N | | | | | 66.00 | Y | N | | 15.00 | | D | N | | | D | N | | NNN | 990.00 |
| | Description:  Outdoor Storage Charge | | | | | | | | | | | | | | Last Modification: 8/25/16  15:09 by lpainter | | | | |

| | |
|---|---|
| **Sub Total ($):** | 1,290.00 |
| **Discount Sub Total ($):** 125.00 @ 0.00% = | 0.00 |
| **Taxable Sub Total ($):** 0.00 @ 0.00% = | 0.00 |
| **Total ($):** | 1,290.00 |

Page 1 of 2

8/25/2016 03:10 PM

4-4
54087-4

# ABANDONED VEHICLE REPORT
(Print with ballpoint pen)

Control # / Report # _____

Photograph Taken? ☒ Yes ☐ No

Ord. Violation No. _____

Location Vehicle: ☐ Front of ☐ Rear of (Address) __10565 Grand River__

Between _____ and _____

Year 2004 Make Ford Taurus Body Style 4dr Color Silver

Year ____ State MI Lic. No. DJ20315 VIN 1F4FP53254G1176402

Name of Owner If Known _____ Address _____ Telephone No. _____

Condition: ☐ Junk ☐ Poor ☐ Fair ☐ Good ☐ Exceptional • Converter ☐ Yes ☐ No  Dolly required? Yes ☐ No ☐

☐ Owner
☒ Renter
☐ Manager

I hereby request the Designated Police Agency to dispose of the described vehicle which has remained on land owned or controlled by me, without my consent, for the last 48 hours.

NAMES OF COMPLAINANTS OR WITNESSES  SL Fake  ADDRESS _____ TELEPHONE NO. _____

Reason CATS  Row ____ Entered by Emp.# 771  Initials KW  Truck# 180

**POLICE HOLD** ☐ YES ☒ NO

Signature of Officer _____ Badge# _____ Police Agency _____ Date 5-11-16
BT Towing (Rev. 1-14)  Checked: LEIN ☐ NCIC ☐

---

## IMPOUNDED VEHICLE
DETROIT DEPARTMENT POLICE
C of D-633-RE (10-76)  D.P.D. 406

| MAKE | STYLE | YEAR | COLOR | LIC. PLATE NO. | STATE | V.I.N. |
|---|---|---|---|---|---|---|
| Ford | Taurus | 2004 | Silver | DJ20315 | | 1FAFP53254G176402 |

COMPLAINING OFFICER ____ BADGE NO. ____ COMMAND ____ REASON FOR IMPOUNDING Proper ownership  DATE IMPOUNDED 5-11-16

FROM WHOM TAKEN (ARRESTED) ____ ADDRESS ____ PHONE NO. ____ TIME IMPOUNDED

IMPOUNDED AT (ORIGINAL STREET LOCATION) 9814 Bryden  HELD AT (COMMAND) Genes  VEHICLE MAY BE RELEASED FROM DEPARTMENT? ☒ YES ☐ NO – HOLD

HOLD FOR (CRIME) ____ PER (RANK & NAME) ____ COMMAND ____ KEYS ☐ IGNITION ☐ TRUNK  PROPERTY TAG NO. ____ ENTERED IN COMP. BY

ANTI-FREEZE OK? ☐ YES ☐ NO  SIGNATURE OF PERSON FROM WHOM TAKEN

### TRANSFER OF VEHICLE TO AUTO POUND
COMPUTER UPDATE BY: ____ TRANSFERRED TO AUTO POUND FROM ____ OFFICER OR TOW CO. TRANSFERRING ____ TOW FEE $
DATE IN POUND ____ RECEIVED BY ____ AISLE

### RELEASE OF VEHICLE FROM DEPARTMENT
RELEASED TO ____ ADDRESS ____ CITY ____ PHONE NO.
DRIVER OR TOW CO. TAKING VEHICLE ____ OPERATOR'S LICENSE NO. ____ RELEASE NO. ____ TOW FEE $ ____ STORAGE FEE $
OFFICER RELEASING ____ BADGE NO. ____ COMMAND ____ AUTHORIZED BY ____ BADGE NO. ____ COMMAND
SIGNATURE OF PERSON TO WHOM VEHICLE WAS RELEASED ____ PROOF OF OWNERSHIP ☐ TITLE ☐ REGISTRATION  DATE RELEASED ____ TIME

Michigan Department of State
## ABANDONED VEHICLE/VESSEL – BILL OF SALE
Please note: *Vehicle includes motor vehicles, ORVs, and snowmobiles.  Vessel includes watercraft.*

*The owner of record as kept by the Secretary of State of the vehicle/vessel may request a hearing with the named court to contest whether the vehicle/vessel was properly removed or deemed abandoned, or whether the towing and storage fees are reasonable, by filing a petition within 20 days of the date of this notice unless the vehicle/vessel is determined to be an unregistered, abandoned, scrap vehicle/vessel.*

Date of Notice   06/09/2016
Complaint Number   8234904-53

Court Name   36TH DISTRICT COURT
Court Address   421 MADISON AVE

DETROIT POLICE DEPT                          5TH FLOOR
2121 W FORT ST                               DETROIT, MI                   48226
ABANDONED VEHICLE TASK FORCE    48216
DETROIT, MI

### Notice to Law Enforcement Agency:

Our records indicate that the law enforcement agency above notified the Secretary of State through LEIN of the abandoned vehicle/vessel listed below.  On the date of this notice, the Secretary of State sent an Abandoned Vehicle/Vessel Notice to the owner of record as kept by the Secretary of State and to the secured parties on record.

The back of this form may be used as a Bill of Sale following an auction.  Please make a copy of this notice for the law enforcement agency's records, if needed.  Once the vehicle/vessel has been disposed (claimed and redeemed by the owner, sold, released to the towing agency, custodian or a governmental unit, or scrapped), please enter the disposition of the vehicle/vessel through LEIN.

Michigan law [MCL 257.252g(2) and Sections 80130k(2), 81151, and 82161 2014 PA 549] provides that the money received from the public sale of a vehicle or vessel be applied in the following order of priority:
- Towing and storage charges
- Expenses incurred by the police agency or custodian
- Payment of the $40 abandoned fee, to be disbursed as follows:
  - Remit $25 to State of Michigan
  - Remit the remaining $15 of the abandoned fee to the towing agency.
- Any extra money shall be sent to the Michigan Department of Treasury's unclaimed property division

**Vehicle Information:**

| Year | Make | VIN/HIN/Serial Number | Model and Body Style |
|---|---|---|---|
| 2004 | FORD | 1FAFP53254G176402 | 4D |

**Owner Name and Address:**
KATRINA MARIE BEAL
3294 CLEMENTS ST
DETROIT          MI 48238

**First Secured Party Name and Address:**
CARMENS AUTO SALES III
45 E 8 MILE RD
HAZEL PARK       MI 48030

**Second Secured Party Name and Address:**

41949472

**Law Enforcement Agency Name and Address:**
DETROIT POLICE DEPT                    ABANDONED VEHICLE TASK FORCE
2121 W FORT ST                  48216
DETROIT, MI

Approximate Location From Which It Was Taken Into Custody:

**Date Vehicle/Vessel Taken Into Custody and**
05/11/2016 10565 GRAND RIVER       DETROIT

**Custodian – Location  Where Vehicle/Vessel is Held:**
BOULEVARD TRUMBULL TOWING INC
2411 VINEWOOD ST
DETROIT          MI 48216

TR-52L (Rev. 04/2016)

# Call Receipt

**Boulevard & Trumbull**
**2411 Vinewood Street**
**Detroit, MI  48216**
**Phone: 313-202-1700**
**Fax: 313-841-6641**

Tow Ticket #: 66540874

**Customer:** DPDCATS-COMMERCIAL AUTO

| | | |
|---|---|---|
| **Vehicle:** 2004 Ford Taurus Silver Four Door | | **Tag:** MI DJZ0315 |
| **VIN:** 1FAFP53254G176402 | **Odometer:** | **Owner Name:** |

**Call Taken/Appointment**

| | | |
|---|---|---|
| **Towed From:** 10565 Grand River | | |
| **Towed To:** {VINE} Small Lot Fence | | 05/11/16  14:35 |
| **Date Into Lot:** 05/11/16  15:29   **Date Out:** | | **Stop Billing Date:** 07/15/16  00:00 |
| **Lot Location:** 2411 Vinewood | | **Released By:** |
| **Control Customer:** DPDCATS-COMMERCIAL AUTO | **Police #:** CATS | **Elapsed Time (mins.):**   54 |

## Tow Charges

| | |
|---|---|
| | 125.00 |
| Light Duty Towing Charge | 10.00 |
| Auction Advertising | 75.00 |
| City of Detroit Admin Fee | 40.00 |
| Michigan Statutory Assessment | 50.00 |
| TR52 Administrative Fee | |

## Storage Charges

| | |
|---|---|
| | 990.00 |
| Outdoor Storage Charge | |
| 66.00 Day(s) @ $15.00/Day | |

| | |
|---|---|
| **Sub Total ($):** | 1,290.00 |
| **Tax ($):** | 0.00 |
| **Total Price ($):** | 1,290.00 |
| **Payments Received ($):** | 0.00 |
| **Amount Due:** | $1,290.00 |

THE UNDERSIGNED hereby for themselves, their principals, heirs, executors, successors, and assigns (collectively referred to as "Releasing Party") agree as follows:
1. Releasing Party releases and forever discharges, waives and releases Boulevard Trumbull and E & G Towing, its employees, and representative insurance companies (herein collectively referred to as the "Released Party") from any action, cause of action or claim for any and all damages suits claims or causes of action allegedly related to or arising out of Released Party's custody, control, transport, handling, or manipulation, in any way, of Releasing Party's property;
2. Releasing Party has had the opportunity to inspect his/her property and make a judgment as to its condition and has determined after inspection that Released Party has returned Releasing Party's property without damage;
3. Releasing Party agrees not to make any claim or take any proceedings against any person, corporation, or entity who might claim contribution or indemnity under the provision of any statute or otherwise.
4. Releasing Party understands and agrees that any payment, repair and/or consideration received from or performed by Released Party does not constitute any admission of liability on the part of the Released Party;
5. Releasing Party has knowingly and voluntarily claimed its property subject to this agreement, the terms of which are fully understood by Releasing Party. Releasing Party further covenants that any payment, repair, or other consideration provided for herein are the sole consideration of this release and is accepted voluntarily as a full and final settlement of any and all claims Releasing Party believes it has or may have.
6. Arbitration. Any controversy or dispute arising among the parties or under this agreement shall be resolved by arbitration conducted at Southfield, Michigan, in accordance with the rules of the American Arbitration Association. Judgment on any award rendered by the arbitrator(s) may be entered in any court having jurisdiction thereof.
7. In the event that any towing charges, lien expense and/or storage fee is unpaid on the Releasing Party's property, Releasing Party also agrees to pay reasonable attorney fees and other costs incurred for collection.

WITNESSED AND SIGNED this day of _____      IN THE PRESENCE OF:

_____          _____

Witness (Please Print)                                          Signature (Releasing Party)

8/25/2016 11:58 AM

Page 1 of 1

**Boulevard & Trumbull**   Call #540874   **Invoice #66540874**

**Call Status:** Inventory
**Call Taken:** 5/11/16 14:35 by tthomas
**Tow Customer:** DPDCATS-COMMERCIAL AUTO
**Sale Customer:**
**Location:** 10565 Grand River
**Destination:** {VINE} Small Lot Fence
**Tow Type:** Light Duty    **Priority:** 1   **Appointment:**   **ETA:** 5/11/16 13:27
**Mileage Reqd.:** No   **Discount %:** 0.00
**Reason:**   **Truck Reqd.:**
**No Charge:** No   **Portal To Portal:** No   **2nd Commission Applies:** No   **Last Mod:** 8/25/16 11:58 by lpainter
**Control Customer:** DPDCATS-COMMERCIAL AUTO   **Caller:**   **Phone #:**
**Dispatch Notes:** Admin fees must always be collected whether DPD states give back for free or it is a title. Always collect the $75.00 fee.
**Driver Notes:** LD-$125, 75 Ad Fee, $15 stg(ad trk $75) MD-$175, $75 fee, $20 Stge HD-$300, $75 fee, $25 Stg, EX trk $150 hr max 6hr, Boats/Rec $100 No BBall Hoops
**Yr/Make/Model:** 2004 Ford Taurus   **Color/Body:** Silver Four Door   **License:** MI DJZ0315
**VIN:** 1FAFP53254G176402   **Odometer:**   **Tag Expiry:**   **Other Info:**
**Zone:**   **Police #:** CATS   **Police Beat:**
**User Defined #1:** Auction 7/15/16
**Call Source:** TOPS   **Seller:**   **System Data:**

**Driver:** KENNITH WALLACE JR [771]   **Truck #:** 180   **Status:** Completed
**Assigned:** 5/11/16 14:39 by tthomas   **Dispatched:** 5/11/16 14:39 by tthomas   **Acknowledged:** 5/11/16 14:39 by tthomas
**Arrived:** 5/11/16 14:53 by tthomas   **Hooked:** 5/11/16 14:53 by tthomas   **Dropped:** 5/11/16 15:18 by tthomas
**Completed:** 5/11/16 15:29 by lpainter   **Total Mileage:**   **Commissionable Amount ($):**

**Lot:** 2411 Vinewood   **Date In:** 5/11/2016  3:29:13PM   **Date Out:**  by
**Lot Location:**   **Stop Billing Date:** 07/15/2016   **Planned Auction Date:** 7/15/2016
**Final Disposition:** In Inventory   **User Defined:**   12:00:00AM

| Re | Driver # | Truck # | Min. | Max. | Qty. | Calc | Flat | Initial Qty | Rate ($) | Units | Flat | Secondary Qty | Rate ($) | Units | Tertiary Flat | Rate ($) | Unit | Total DTC | Price ($) |
|----|----------|---------|------|------|------|------|------|-------------|----------|-------|------|---------------|----------|-------|---------------|----------|------|-----------|-----------|
| N | 771 | 180 | | | 1.00 | N | Y | | 125.00 | | N | | | | N | | | YNY | 125.00 |
| | Description: Light Duty Towing Charge | | | | | | | | | | | | | | | | | Last Modification: 5/11/16 14:35 by tthomas | |
| N | | | | | 1.00 | N | Y | | 10.00 | | N | | | | N | | | NNN | 10.00 |
| | Description: Auction Advertising | | | | | | | | | | | | | | | | | Last Modification: 8/25/16 11:57 by lpainter | |
| N | | | | | 1.00 | N | Y | | 75.00 | | N | | | | N | | | NNN | 75.00 |
| | Description: City of Detroit Admin Fee | | | | | | | | | | | | | | | | | Last Modification: 5/11/16 15:29 by lpainter | |
| N | | | | | 1.00 | N | Y | | 40.00 | | N | | | | N | | | NNN | 40.00 |
| | Description: Michigan Statutory Assessment | | | | | | | | | | | | | | | | | Last Modification: 5/11/16 15:29 by lpainter | |
| N | | | | | 1.00 | N | Y | | 50.00 | | N | | | | N | | | NNN | 50.00 |
| | Description: TR52 Administrative Fee | | | | | | | | | | | | | | | | | Last Modification: 8/25/16 11:57 by lpainter | |
| N | | | | | 66.00 | Y | N | | 15.00 | D | N | | | | D | N | | NNN | 990.00 |
| | Description: Outdoor Storage Charge | | | | | | | | | | | | | | | | | Last Modification: 8/25/16 11:57 by lpainter | |

Sub Total ($): 1,290.00
Discount Sub Total ($): 125.00 @ 0.00% = 0.00
Taxable Sub Total ($): 0.00 @ 0.00% = 0.00

Total ($): 1,290.00

8/25/2016 11:58 AM   Page 1 of 2

540835

## ABANDONED VEHICLE REPORT
(Print with ballpoint pen)

Control # / Report # _____

Photograph Taken? ☑Yes ☐ No

Ord. Violation No. _____

Location ☐ Front of
Vehicle: ☐ Rear of (Address) ____ 10565 Grand River

Between _____ and _____

Year 2004  Make Chrysler  Body Style 300 M  Color Black

Year ____ State ____ Lic. No. ____ VIN 2C 3 4 E 6 6 G 5 4 H 6 1 6 9 6

Name of Owner
If Known ____ Address ____ Telephone No. ____

Condition: ☐ Junk ☐ Poor ☐ Fair ☐ Good ☐ Exceptional • Converter ☐ Yes ☐ No  Dolly required? Yes ☐ No ☐

☐ Owner   I hereby request the Designated Police Agency to dispose of the described vehicle which has remained
☐ Renter   on land owned or controlled by me, without my consent, for the last 48 hours.
☐ Manager

NAMES OF COMPLAINANTS OR WITNESSES          ADDRESS                    TELEPHONE NO.

FENCE

Reason  CATS   Row SL  Entered by Emp.# 771  Initials KW  Truck# 180

**POLICE HOLD** ☐ YES ☑ NO

Signature of Officer _____ Badge# ____ Police Agency ____ Date 5-11-16
BT Towing (Rev. 1-14)                           Checked: LEIN ☐  NCIC ☐

---

DETROIT
DEPARTMENT
POLICE

## IMPOUNDED VEHICLE
C of D-633 RE (10 76)     DPD 406

| MAKE | STYLE | YEAR | COLOR | LIC. PLATE NO. | STATE | V.I.N. |
|------|-------|------|-------|----------------|-------|--------|
| Chrysler | Sdn | 04 | BLK | No-Plate | — | 2C3HE66G54H61696 |

COMPLAINING OFFICER Lewis C. Jackson Jr   BADGE NO. 4005   COMMAND CATS   REASON FOR IMPOUNDING Proper Ownership   DATE IMPOUNDED 5/11/16

FROM WHOM TAKEN (ARRESTED) ____  ADDRESS ____  PHONE NO. ____  TIME IMPOUNDED 1 PM

IMPOUNDED AT (ORIGINAL STREET LOCATION) 9814 Dryden   HELD AT (COMMAND) Genes   VEHICLE MAY BE RELEASED FROM DEPARTMENT? ☐ YES ☐ NO - HOLD

HOLD FOR CRIME ____  PER (RANK & NAME) ____  COMMAND ____  KEYS ☐ IGNITION ☐ TRUNK   PROPERTY TAG NO. ____

ANTI FREEZE OK? ☐ YES ☐ NO   SIGNATURE OF PERSON FROM WHOM TAKEN ____  ENTERED IN COMP. BY ____

### TRANSFER OF VEHICLE TO AUTO POUND

COMPUTER UPDATE BY ____  TRANSFERRED TO AUTO POUND FROM ____  OFFICER OR TOW CO. TRANSFERRING. ____  TOW FEE $ ____

DATE IN POUND ____  RECEIVED BY ____  AISLE ____

### RELEASE OF VEHICLE FROM DEPARTMENT

RELEASED TO ____  ADDRESS ____  CITY ____  PHONE NO. ____

DRIVER OR TOW CO. TAKING VEHICLE ____  OPERATOR'S LICENSE NO. ____  RELEASE NO. ____  TOW FEE $ ____  STORAGE FEE $ ____

OFFICER RELEASING ____  BADGE NO. ____  COMMAND ____  AUTHORIZED BY ____  BADGE NO. ____  COMMAND ____

SIGNATURE OF PERSON TO WHOM VEHICLE WAS RELEASED ____  PROOF OF OWNERSHIP ☐ TITLE ☐ REGISTRATION   DATE RELEASED ____  TIME ____

Michigan Department of State
## ABANDONED VEHICLE/VESSEL – BILL OF SALE
Please note: Vehicle includes motor vehicles, ORVs, and snowmobiles. Vessel includes watercraft.

The owner of record as kept by the Secretary of State of the vehicle/vessel may request a hearing with the named court to contest whether the vehicle/vessel was properly removed or deemed abandoned, or whether the towing and storage fees are reasonable, by filing a petition within 20 days of the date of this notice unless the vehicle/vessel is determined to be an unregistered, abandoned, scrap vehicle/vessel.

Date of Notice    06/09/2016
Complaint Number    8234904-53

*26*

Court Name    36TH DISTRICT COURT
Court Address    421 MADISON AVE
                 5TH FLOOR
                 DETROIT, MI

DETROIT POLICE DEPT
2121 W FORT ST
ABANDONED VEHICLE TASK FORCE    48216
DETROIT, MI

48226

### Notice to Law Enforcement Agency:

Our records indicate that the law enforcement agency above notified the Secretary of State through LEIN of the abandoned vehicle/vessel listed below.  On the date of this notice, the Secretary of State sent an Abandoned Vehicle/Vessel Notice to the owner of record as kept by the Secretary of State and to the secured parties on record.

The back of this form may be used as a Bill of Sale following an auction.  Please make a copy of this notice for the law enforcement agency's records, if needed.  Once the vehicle/vessel has been disposed (claimed and redeemed by the owner, sold, released to the towing agency, custodian or a governmental unit, or scrapped), please enter the disposition of the vehicle/vessel through LEIN.

Michigan law [MCL 257.252g(2) and Sections 80130k(2), 81151, and 82161 2014 PA 549] provides that the money received from the public sale of a vehicle or vessel be applied in the following order of priority:

- Towing and storage charges
- Expenses incurred by the police agency or custodian
- Payment of the $40 abandoned fee, to be disbursed as follows:
  - Remit $25 to State of Michigan
  - Remit the remaining $15 of the abandoned fee to the towing agency.
  - Remit the remaining $15 of the abandoned fee to the Michigan Department of Treasury's unclaimed property division
- Any extra money shall be sent to the Michigan Department of Treasury's unclaimed property division

### Vehicle Information:

| Year | Make | VIN/HIN/Serial Number | Model and Body Style |
|------|------|----------------------|---------------------|
| 2004 | CHRYSLER | 2C3HE66G54H616696 | 4D |

Owner Name and Address:
JANE RENNAE WILSON
51291 VILLAGE EDGE E APT 103
NEW BALTIMORE    MI 48047

First Secured Party Name and Address:

Second Secured Party Name and Address:

*41949465*

Law Enforcement Agency Name and Address:
DETROIT POLICE DEPT          ABANDONED VEHICLE TASK FORCE
2121 W FORT ST
DETROIT, MI          48216

Date Vehicle/Vessel Taken Into Custody and Approximate Location From Which It Was Taken Into Custody:
05/11/2016 10565 GRAND RIVER    DETROIT

Custodian – Location Where Vehicle/Vessel is Held:
BOULEVARD TRUMBULL TOWING INC
2411 VINEWOOD ST    MI 48216
DETROIT

TR-52L (Rev. 04/2016)

**Boulevard & Trumbull**
**2411 Vinewood Street**
**Detroit, MI  48216**
**Phone: 313-202-1700**
**Fax: 313-841-6641**

## Call Receipt

**Tow Ticket #:** 66540835

**Customer:** DPDCATS-COMMERCIAL AUTO

| | | |
|---|---|---|
| **Vehicle:** 2004 Chrysler 300M Black Four Door | | **Tag:** NO PLATE |
| **VIN:** 2C3HE66G54H616696 | **Odometer:** | **Owner Name:** |

**Towed From:** 10565 Grand River
**Towed To:** {VINE} Small Lot Fence

**Call Taken/Appointment**
05/11/16  13:11
**Stop Billing Date:** 07/15/16  00:00
**Released By:**

**Date Into Lot:** 05/11/16  14:39      **Date Out:**
**Lot Location:** 2411 Vinewood
**Control Customer:** DPDCATS-COMMERCIAL AUTO      **Police #:** CATS      **Elapsed Time (mins.):**   88

---

## Tow Charges

| | |
|---|---|
| Light Duty Towing Charge | 125.00 |
| Auction Advertising | 10.00 |
| City of Detroit Admin Fee | 75.00 |
| Michigan Statutory Assessment | 40.00 |
| TR52 Administrative Fee | 50.00 |

## Storage Charges

| | |
|---|---|
| Outdoor Storage Charge | 990.00 |
| 66.00 Day(s) @ $15.00/Day | |

| | |
|---|---|
| **Sub Total ($):** | 1,290.00 |
| **Tax ($):** | 0.00 |
| **Total Price ($):** | 1,290.00 |
| **Payments Received ($):** | 0.00 |
| **Amount Due:** | $1,290.00 |

THE UNDERSIGNED hereby for themselves, their principals, heirs, executors. successors, and assigns (collectively referred to as "Releasing Party") agree as follows:
1. Releasing Party releases and forever discharges, waives and releases Boulevard Trumbull and E & G Towing, its employees, and representative insurance companies (herein collectively referred to as the "Released Party") from any action, cause of action or claim for any and all damages suits claims or causes of action allegedly related to or arising out of Released Party's custody, control, transport, handling, or manipulation, in any way, of Releasing Party's property;
2. Releasing Party has had the opportunity to inspect his/her property and make a judgment as to its condition and has determined after inspection that Released Party has returned Releasing Party's property without damage;
3. Releasing Party agrees not to make any claim or take any proceedings against any person, corporation, or entity who might claim contribution or indemnity under the provision of any statute or otherwise.
4. Releasing Party understands and agrees that any payment, repair and/or consideration received from or performed by Released Party does not constitute any admission of liability on the part of the Released Party;
5. Releasing Party has knowingly and voluntarily claimed its property subject to this agreement, the terms of which are fully understood by Releasing Party. Releasing Party further covenants that any payment, repair, or other consideration provided for herein are the sole consideration of this release and is accepted voluntarily as a full and final settlement of any and all claims Releasing Party believes it has or may have.
6. Arbitration. Any controversy or dispute arising among the parties or under this agreement shall be resolved by arbitration conducted at Southfield, Michigan, in accordance with the rules of the American Arbitration Association. Judgment on any award rendered by the arbitrator(s) may be entered in any court having jurisdiction thereof.
7. In the event that any towing charges, lien expense and/or storage fee is unpaid on the Releasing Party's property, Releasing Party also agrees to pay reasonable attorney fees and other costs incurred for collection.

WITNESSED AND SIGNED this day of _____        IN THE PRESENCE OF:

_____        _____
Witness (Please Print)                              Signature (Releasing Party)

**Boulevard & Trumbull**          **Call #540835**          **Invoice #66540835**

| | |
|---|---|
| **Call Status:** Inventory | **Call Taken:** 5/11/16 13:11 by tthomas |
| **Tow Customer:** DPDCATS-COMMERCIAL AUTO | **Sale Customer:** |
| **Location:** 10565 Grand River | **Destination:** {VINE} Small Lot Fence |
| **Tow Type:** Light Duty     **Priority:** 1 | **ETA:** 5/11/16 13:27 |
| **Appointment:** | **Mileage Reqd.:** No     **Discount %:** 0.00 |
| **Reason:**     **Truck Reqd.:** | |
| **No Charge:** No     **Portal To Portal:** No     **2nd Commission Applies:** No | **Last Mod:** 8/25/16 13:04 by lpainter |
| **Control Customer:** DPDCATS-COMMERCIAL AUTO     **Caller:** | **Phone #:** |

**Dispatch Notes:** Admin fees must always be collected whether DPD states give back for free or it is a title. Always collect the $75.00 fee.
**Driver Notes:** LD-$125, 75 Ad Fee, $15 stg(ad trk $75) MD-$175, $75 fee, $20 Stge HD-$300, $75 fee, $25 Stg, EX trk $150 hr max 6hr, Boats/Rec $100 No BBall Hoops

| | | |
|---|---|---|
| **Yr/Make/Model:** 2004 Chrysler 300M | **Color/Body:** Black Four Door | **License:** NO PLATE |
| **VIN:** 2C3HE66G54H616696     **Odometer:** | **Tag Expiry:** | **Other Info:** |
| **Zone:** | **Police #:** CATS | **Police Beat:** |
| **User Defined #1:** Auction 7/15/16 | | |
| **Call Source:** TOPS     **Seller:** | **System Data:** | |

| | | |
|---|---|---|
| **Driver:** KENNITH WALLACE JR [771] | **Truck #:** 180 | **Status:** Completed |
| **Assigned:** 5/11/16 13:12 by thomas | **Dispatched:** 5/11/16 13:12 by tthomas | **Acknowledged:** 5/11/16 13:18 by tthomas |
| **Arrived:** 5/11/16 14:04 by tthomas | **Hooked:** 5/11/16 14:14 by tthomas | **Dropped:** 5/11/16 14:39 by lpainter |
| **Completed:** 5/11/16 14:39 by lpainter | **Total Mileage:** | **Commissionable Amount ($):** |

| | | |
|---|---|---|
| **Lot:** 2411 Vinewood | **Date In:** 5/11/2016  2:39:39PM | **Date Out:** by |
| **Lot Location:** | **Stop Billing Date:** 07/15/2016 | **Planned Auction Date:** 7/15/2016 |
| **Final Disposition:** In Inventory | **User Defined:** | 12:00:00AM |

| Re | Driver # | Truck # | Min. | Max. | Qty. | Calc | Flat | Initial Qty | Rate ($) | Units | Flat | Secondary Qty | Rate ($) | Units | Tertiary Flat | Rate ($) | Unit | DTC | Total Price ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | 771 | 180 | | | 1.00 | N | Y | | 125.00 | | N | | | | N | | | YNY | 125.00 |
| | **Description:** Light Duty Towing Charge | | | | | | | | | | | | | **Last Modification:** 5/11/16 13:11 by tthomas | | | | NNN | 10.00 |
| N | | | | | 1.00 | N | Y | | 10.00 | | N | | | | N | | | NNN | 10.00 |
| | **Description:** Auction Advertising | | | | | | | | | | | | | **Last Modification:** 8/25/16 13:04 by lpainter | | | | NNN | 75.00 |
| N | | | | | 1.00 | N | Y | | 75.00 | | N | | | | N | | | NNN | 75.00 |
| | **Description:** City of Detroit Admin Fee | | | | | | | | | | | | | **Last Modification:** 5/11/16 14:40 by lpainter | | | | NNN | 40.00 |
| N | | | | | 1.00 | N | Y | | 40.00 | | N | | | | N | | | NNN | 40.00 |
| | **Description:** Michigan Statutory Assessment | | | | | | | | | | | | | **Last Modification:** 5/11/16 14:40 by lpainter | | | | NNN | 50.00 |
| N | | | | | 1.00 | N | Y | | 50.00 | | N | | | | N | | | NNN | 50.00 |
| | **Description:** TR52 Administrative Fee | | | | | | | | | | | | | **Last Modification:** 8/25/16 13:04 by lpainter | | | | NNN | 990.00 |
| N | | | | | 66.00 | Y | N | | 15.00 | D | N | | | | D | N | | NNN | 990.00 |
| | **Description:** Outdoor Storage Charge | | | | | | | | | | | | | **Last Modification:** 8/25/16 13:04 by lpainter | | | | | |

|  |  |
|---|---|
| **Sub Total ($):** | 1,290.00 |
| **Discount Sub Total ($):** 125.00 @ 0.00% = | 0.00 |
| **Taxable Sub Total ($):** 0.00 @ 0.00% = | 0.00 |
| **Total ($):** | 1,290.00 |

540841

## ABANDONED VEHICLE REPORT
(Print with ballpoint pen)

Control # / Report # _____

Photograph Taken? ☑Yes ☐ No

Ord. Violation No. _____

Location Vehicle: ☐ Front of ☐ Rear of (Address) 10565 GRAND River

Between _____ and _____

Year 2008 Make Chevy Body Style Impala Color white

Year _____ State _____ Lic. No. _____ VIN 2G11WlK1518lKl3l8l/l2l9l8l2l5ll

Name of Owner If Known _____ Address _____ Telephone No. _____

Condition: ☐ Junk ☑ Poor ☐ Fair ☐ Good ☐ Exceptional • Converter ☐ Yes ☑ No Dolly required? Yes ☐ No ☑

☐ Owner ☐ Renter ☐ Manager

I hereby request the Designated Police Agency to dispose of the described vehicle which has remained on land owned or controlled by me, without my consent, for the last 48 hours.

NAMES OF COMPLAINANTS OR WITNESSES SL FENE     ADDRESS _____     TELEPHONE NO. _____

Reason Proper Ownership Row 65 Entered by Emp.# 398 Initials _____ Truck# 441

**POLICE HOLD** ☐ YES ☑ NO

Signature of Officer _____ Badge# _____ Police Agency _____ Date 5-11-16

BT Towing (Rev. 1-14) Checked: LEIN ☐ NCIC ☐

---

DETROIT DEPARTMENT POLICE

## IMPOUNDED VEHICLE

C of D-653 RE (10-76)    D P D  406

| MAKE | TITLE | YEAR | COLOR | LIC. PLATE NO. | STATE | V.I.N |
| Chevy | Impala | 2008 | White | — | — | 2G1WT58K381298 25 |

COMPLAINING OFFICER P.O. N. DEDEUK    BADGE NO. 1271    COMMAND CATS    REASON FOR IMPOUNDING Proper Ownership    DATE IMPOUNDED 5/11/16

(IF, IN WHOM TAKEN ARRESTED)    ADDRESS _____    PHONE NO. _____    TIME IMPOUNDED 1PM

IMPOUNDED AT ORIGINAL STREET LOCATION 9814 Dryden    HELD AT (COMMAND) Gracs    VEHICLE MAY BE RELEASED FROM DEPARTMENT? ☑ YES ☐ NO – HOLD

HOLD FOR CRIME _____    (PLK. RANA & NAME) _____    COMMAND _____    KEYS ☑ None ☐ IGNITION ☐ TRUNK    PROPERTY TAG NO. _____

ANTI-FREEZE CAP ☐ YES ☐ NO    SIGNATURE OF PERSON FROM WHOM TAKEN _____    ENTERED IN COMP. BY _____

### TRANSFER OF VEHICLE TO AUTO POUND

COMPUTER UPDATE BY _____    TRANSFERRED TO AUTO POUND FROM _____    OFFICER OR TOW CO. TRANSFER. TO _____ B + 7    TOW FEE $ _____

DATE IN POUND _____    RECEIVED BY _____    AISLE _____

### RELEASE OF VEHICLE FROM DEPARTMENT

RELEASED TO _____    ADDRESS _____    CITY _____    PHONE NO. _____

DRIVER OR TOW CO. TAKING VEHICLE _____    OPERATOR'S LICENSE NO. _____    RELEASE NO. _____    TOW FEE $ _____    STORAGE FEE $ _____

RELEASE AUTHORIZED _____    BADGE NO. _____    COMMAND _____    AUTHORIZED BY _____    BADGE NO. _____    COMMAND _____

SIGNATURE OF PERSON TO WHOM VEHICLE WAS RELEASED _____    PROOF OF OWNERSHIP ☐ TITLE ☐ REGISTRATION    DATE RELEASED _____    TIME _____

Michigan Department of State
## ABANDONED VEHICLE/VESSEL – BILL OF SALE
Please note: Vehicle includes motor vehicles, ORVs, and snowmobiles.  Vessel includes watercraft.

The owner of record as kept by the Secretary of State of the vehicle/vessel may request a hearing with the named court to contest whether the vehicle/vessel was properly removed or deemed abandoned, or whether the towing and storage fees are reasonable, by filing a petition within 20 days of the date of this notice unless the vehicle/vessel is determined to be an unregistered, abandoned, scrap vehicle/vessel.

*Z Z*

| | |
|---|---|
| Date of Notice | 06/09/2016 |
| Complaint Number | 8234904-53 |

| | |
|---|---|
| Court Name | 36TH DISTRICT COURT |
| Court Address | 421 MADISON AVE |
| | 5TH FLOOR |
| | DETROIT, MI |

DETROIT POLICE DEPT
2121 W FORT ST
ABANDONED VEHICLE TASK FORCE
DETROIT, MI          48216

48226

**Notice to Law Enforcement Agency:**

Our records indicate that the law enforcement agency above notified the Secretary of State through LEIN of the abandoned vehicle/vessel listed below.  On the date of this notice, the Secretary of State sent an Abandoned Vehicle/Vessel Notice to the owner of record as kept by the Secretary of State and to the secured parties on record.

The back of this form may be used as a Bill of Sale following an auction.  Please make a copy of this notice for the law enforcement agency's records, if needed.  Once the vehicle/vessel has been disposed (claimed and redeemed by the owner, sold, released to the towing agency, custodian or a governmental unit, or scrapped), please enter the disposition of the vehicle/vessel through LEIN.

Michigan law [MCL 257.252g(2) and Sections 80130k(2), 81151, and 82161 2014 PA 549] provides that the money received from the public sale of a vehicle or vessel be applied in the following order of priority:
- Towing and storage charges
- Expenses incurred by the police agency or custodian
- Payment of the $40 abandoned fee, to be disbursed as follows:
  - Remit $25 to State of Michigan
  - Remit the remaining $15 of the abandoned fee to the towing agency.
- Any extra money shall be sent to the Michigan Department of Treasury's unclaimed property division

**Vehicle Information:**

| | | VIN/HIN/Serial Number | Model and Body Style | |
|---|---|---|---|---|
| Year | Make | 2G1WT58K381298251 | IMPALA | 4D |
| 2008 | CHEVROLET | | | |

**Owner Name and Address:**
AMBER DEANNA EDWARDS
17183 WORMER ST
DETROIT          MI 48219

**First Secured Party Name and Address:**
CARMENS AUTO SALES III
17183 E 8 MILE
HAZEL PARK          MI 48030

**Second Secured Party Name and Address:**

*41949478*

**Law Enforcement Agency Name and Address:**          ABANDONED VEHICLE TASK FORCE
DETROIT POLICE DEPT
2121 W FORT ST          48216
DETROIT, MI

**Date Vehicle/Vessel Taken Into Custody and Approximate Location From Which It Was Taken Into Custody:**
05/11/2016 10565 GRAND RIVER          DETROIT

**Custodian – Location Where Vehicle/Vessel is Held:**
BOULEVARD TRUMBULL TOWING INC
2411 VINEWOOD ST
DETROIT          MI 48216

TR-52L (Rev. 04/2016)

# Call Receipt

**Boulevard & Trumbull**
2411 Vinewood Street
Detroit, MI 48216
Phone: 313-202-1700
Fax: 313-841-6641

**Tow Ticket #:** 66540841

**Customer:** DPDCATS-COMMERCIAL AUTO

| | |
|---|---|
| **Vehicle:** 2008 Chevrolet Impala White Four Door | **Tag:** NO PLATE |
| **VIN:** 2G1WT58K381298251 | **Odometer:** **Owner Name:** |

**Call Taken/Appointment**

| | |
|---|---|
| **Towed From:** 10565 Grand River | 05/11/16 13:17 |
| **Towed To:** {VINE} Small Lot Fence | **Stop Billing Date:** 07/15/16 00:00 |
| **Date Into Lot:** 05/11/16 14:43    **Date Out:** | **Released By:** |
| **Lot Location:** 2411 Vinewood - 5 | |
| **Control Customer:** DPDCATS-COMMERCIAL AUTO | **Police #:** CATS    **Elapsed Time (mins.):** 86 |

| **Tow Charges** | 125.00 |
|---|---|
| Light Duty Towing Charge | 10.00 |
| Auction Advertising | 75.00 |
| City of Detroit Admin Fee | 40.00 |
| Michigan Statutory Assessment | 50.00 |
| TR52 Administrative Fee | |
| **Storage Charges** | 990.00 |
| Outdoor Storage Charge | |
| 66.00 Day(s) @ $15.00/Day | |

| | |
|---|---|
| **Sub Total ($):** | 1,290.00 |
| **Tax ($):** | 0.00 |
| **Total Price ($):** | 1,290.00 |
| **Payments Received ($):** | 0.00 |
| **Amount Due:** | $1,290.00 |

THE UNDERSIGNED hereby for themselves, their principals, heirs, executors, successors, and assigns (collectively referred to as "Releasing Party") agree as follows:
1. Releasing Party releases and forever discharges, waives and releases Boulevard Trumbull and E & G Towing, its employees, and representative insurance companies (herein collectively referred to as the "Released Party") from any action, cause of action or claim for any and all damages suits claims or causes of action allegedly related to or arising out of Released Party's custody, control, transport, handling, or manipulation, in any way, of Releasing Party's property;
2. Releasing Party has had the opportunity to inspect his/her property and make a judgment as to its condition and has determined after inspection that Released Party has returned Releasing Party's property without damage;
3. Releasing Party agrees not to make any claim or take any proceedings against any person, corporation, or entity who might claim contribution or indemnity under the provision of any statute or otherwise.
4. Releasing Party understands and agrees that any payment, repair and/or consideration received from or performed by Released Party does not constitute any admission of liability on the part of the Released Party;
5. Releasing Party has knowingly and voluntarily claimed its property subject to this agreement, the terms of which are fully understood by Releasing Party. Releasing Party further covenants that any payment, repair, or other consideration provided for herein are the sole consideration of this release and is accepted voluntarily as a full and final settlement of any and all claims Releasing Party believes it has or may have.
6. Arbitration. Any controversy or dispute arising among the parties or under this agreement shall be resolved by arbitration conducted at Southfield, Michigan, in accordance with the rules of the American Arbitration Association. Judgment on any award rendered by the arbitrator(s) may be entered in any court having jurisdiction thereof.
7. In the event that any towing charges, lien expense and/or storage fee is unpaid on the Releasing Party's property, Releasing Party also agrees to pay reasonable attorney fees and other costs incurred for collection.

WITNESSED AND SIGNED this day of _____    IN THE PRESENCE OF:

_____    _____
Witness (Please Print)                                          Signature (Releasing Party)

8/25/2016 12:25 PM

**Boulevard & Trumbull**    **Call # 540841**    **Invoice # 540841**

| | | |
|---|---|---|
| **Call Status:** Inventory | | **Call Taken:** 5/11/16 13:17 by tthomas |
| **Tow Customer:** DPDCATS-COMMERCIAL AUTO | | **Sale Customer:** |
| **Location:** 10565 Grand River | | **Destination:** {VINE} Small Lot Fence |
| **Tow Type:** Light Duty | **Priority:** 1 | **ETA:** 5/11/16 13:27 |
| **Reason:** | **Truck Reqd.:** | **Appointment:**   **Mileage Reqd.:** No   **Discount %:** 0.00 |
| **No Charge:** No   **Portal To Portal:** No | **2nd Commission Applies:** No | **Last Mod:** 8/25/16 12:26 by lpainter |
| **Control Customer:** DPDCATS-COMMERCIAL AUTO | **Caller:** | **Phone #:** |

**Dispatch Notes:** Admin fees must always be collected whether DPD states give back for free or it is a title. Always collect the $75.00 fee.

**Driver Notes:** LD-$125, 75 Ad Fee, $15 stg(ad trk $75) MD-$175, $75 fee, $20 Stge HD-$300, $75 fee, $25 Stg, EX trk $150 hr max 6hr, Boats/Rec $100 No  BBall Hoops

| | | |
|---|---|---|
| **Yr/Make/Model:** 2008 Chevrolet Impala | **Color/Body:** White Four Door | **License:** NO PLATE |
| **VIN:** 2G1WT58K381298251   **Odometer:** | **Tag Expiry:** | **Other Info:** |
| **Zone:** | **Police #:** CATS | **Police Beat:** |
| **User Defined #1:** Auction 7/15/16 | | |
| **Call Source:** TOPS   **Seller:** | | **System Data:** |

| | | |
|---|---|---|
| **Driver:** JOHN GRIGGS 398 [398] | **Truck #:** 441 | **Status:** Completed |
| **Assigned:** 5/11/16 13:18 by tthomas | **Dispatched:** 5/11/16 13:18 by tthomas | **Acknowledged:** 5/11/16 13:23 by tthomas |
| **Arrived:** 5/11/16 14:04 by tthomas | **Hooked:** 5/11/16 14:04 by tthomas | **Dropped:** 5/11/16 14:35 by jgriggs |
| **Completed:** 5/11/16 14:43 by montis1 | **Total Mileage:** | **Commissionable Amount ($):** |

| | | |
|---|---|---|
| **Lot:** 2411 Vinewood | **Date In:** 5/11/2016  2:43:45PM | **Date Out:**  by |
| **Lot Location:** 5 | **Stop Billing Date:** 07/15/2016 | **Planned Auction Date:** 7/15/2016 12:00:00AM |
| **Final Disposition:** In Inventory | **User Defined:** | |

| | | | | | | | Initial | | | Secondary | | | | Tertiary | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Re | Driver # | Truck # | Min. | Max. | Qty. | Calc | Flat | Qty | Rate ($) | Units | Flat | Qty | Rate ($) | Units | Flat | Rate ($) | Unit | DTC | Price ($) |
| N | 398 | 441 | | | 1.00 | N | Y | | 125.00 | | N | | | | N | | | YNY | 125.00 |
| | **Description:** Light Duty Towing Charge | | | | | | | | | | | | Last Modification: 5/11/16 13:17 by tthomas | | | | | NNN | 10.00 |
| N | | | | | 1.00 | N | Y | | 10.00 | | N | | | | N | | | | |
| | **Description:** Auction Advertising | | | | | | | | | | | | Last Modification: 8/25/16 12:25 by lpainter | | | | | NNN | 75.00 |
| N | | | | | 1.00 | N | Y | | 75.00 | | N | | | | N | | | | |
| | **Description:** City of Detroit Admin Fee | | | | | | | | | | | | Last Modification: 5/11/16 14:46 by montis1 | | | | | NNN | 40.00 |
| N | | | | | 1.00 | N | Y | | 40.00 | | N | | | | N | | | | |
| | **Description:** Michigan Statutory Assessment | | | | | | | | | | | | Last Modification: 5/11/16 14:46 by montis1 | | | | | NNN | 50.00 |
| N | | | | | 1.00 | N | Y | | 50.00 | | N | | | | N | | | | |
| | **Description:** TR52 Administrative Fee | | | | | | | | | | | | Last Modification: 8/25/16 12:25 by lpainter | | | | | NNN | 990.00 |
| N | | | | | 66.00 | Y | N | | 15.00 | D | N | | | | D | N | | | |
| | **Description:** Outdoor Storage Charge | | | | | | | | | | | | Last Modification: 8/25/16 12:25 by lpainter | | | | | | |

| | |
|---|---|
| Sub Total ($): | 1,290.00 |
| Discount Sub Total ($): 125.00 @ 0.00% = | 0.00 |
| Taxable Sub Total ($): 0.00 @ 0.00% = | 0.00 |
| **Total ($):** | **1,290.00** |