# TRUE COPY CERTIFICATE

STATE OF MICHIGAN } SS
City of Detroit

### CITY CLERK'S OFFICE, DETROIT

I, _____Janice M. Winfrey_____, City Clerk of the City of Detroit, in said State, do hereby certify that the annexed paper is a TRUE COPY OF _____RESOLUTION_____

adopted (passed) by the City Council at session of _____January 19,_____ 20 16

and approved by Mayor _____January 25,_____ 20 16

as appears from the Journal of said City Council in the office of the City Clerk of Detroit, aforesaid; that I have compared the same with the original, and the same is a correct transcript therefrom, and of the whole of such original.

In Witness Whereof, I have hereunto set my hand and affixed the corporate seal of said City, at Detroit, this __17th__ day of __February__ A.D. 20__16__

_____
CITY CLERK

USE!

By Council Member _____Leland_____

WHEREAS, the City of Detroit Planning and Development Department ("P&DD") has received an offer from First United Enterprises Corp., a Michigan Corporation ("Offeror") requesting the conveyance by the City of Detroit (the "City") of the real property, having a street address of 9814 Bryden Avenue, Detroit, MI 48204, (the "Property") described in Exhibit A; and

WHEREAS, P&DD entered into a Purchase Agreement dated December 16, with the Offeror; and

WHEREAS, in furtherance of the redevelopment of the City it is deemed in the best interests of the City that the Property be sold without further public advertisement or the taking of additional bids.

WHEREAS, Offeror intends to use this land-locked property for the storage of operable personal vehicles in conjunction with their current vehicle resale operation, which is permitted as a conditional use in an M-4 Zone, section 61-10-84.

NOW, THEREFORE, BE IT RESOLVED, that the sale of Property to Offeror, more particularly described in the attached Exhibit A, in furtherance of the redevelopment of the City without further public advertisement or the taking of additional bids is hereby approved; and be it further

RESOLVED, that Property may be transferred and conveyed to Offeror, in consideration for its payment of **Fifteen Thousand and 00/100 Dollars ($15,000.00)**; and be it further

RESOLVED, that the Director of the Planning and Development Department, or his or her designee, is authorized to execute deeds and other documents necessary or convenient for the consummation of the transaction pursuant to and in accordance with the Purchase Agreement; and be it further

RESOLVED, that customary closing costs up to **One Hundred and Ten Dollars ($110.00)**, and broker commissions of **Seven Hundred Fifty and 00/100 Dollars ($750.00)** be paid from the sale proceeds under the City's contract with the Detroit Building Authority; and be it further

RESOLVED, that a transaction fee of **Two Thousand Five Hundred and 00/100 Dollars ($2,500.00)** be paid to the Detroit Building Authority from the sale proceeds pursuant to its contract with the City; and be it further

RESOLVED, that the Director of the Planning and Development Department, or his or her designee is authorized to execute any required instruments to make and incorporate technical amendments or changes to the Quit Claim Deed (including but not limited to corrections to or confirmations of legal descriptions, or timing of tender of possession of particular parcels) in the event that changes are required to correct minor inaccuracies or are required due to unforeseen circumstances or technical matters that may arise prior to the conveyance of the Property, provided that the changes do not materially alter the substance or terms of the transfer and sale; and be it finally

RESOLVED, that the Quit Claim Deed will be considered confirmed when executed by the Director of the Planning and Development Department, or his or her designee and approved by the Corporation Counsel as to form.

## ADOPTED AS FOLLOWS
## COUNCIL MEMBERS

|  | YEAS | NAYS |
|---|---|---|
| Janee AYERS | ✓ |  |
| Scott BENSON | ✓ |  |
| Raquel CASTANEDA-LOPEZ | ✓ |  |
| *George CUSHINGBERRY, JR. |  |  |
| Gabe LELAND | ✓ |  |
| Mary SHEFFIELD | ✓ |  |
| Andre SPIVEY | ✓ |  |
| James TATE | ✓ |  |
| Brenda PRESIDENT JONES | ✓ |  |
| *PRESIDENT PRO TEM |  |  |
|  | 8 | 0 |